**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                                                 (State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**  _____

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   _____
   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)  __ __ – __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   _____
   Number    Street

   _____

   _____
   City          State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City          State    ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor _____    Case number (*if known*)_____
       Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* <br> ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ❏ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ❏ None of the above <br><br> B. *Check all that apply:* <br> ❏ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . <br><br> ___ ___ ___ ___ |
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ❏ Chapter 7 <br> ❏ Chapter 9 <br> ❏ Chapter 11. *Check all that apply*: <br>   ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that). <br>   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>   ❏ A plan is being filed with this petition. <br>   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ❏ Chapter 12 |
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ❏ No <br> ❏ Yes.  District _____  When _____  Case number _____ <br>                                               MM / DD / YYYY <br>         District _____  When _____  Case number _____ <br>                                               MM / DD / YYYY |
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ❏ No <br> ❏ Yes.  Debtor _____  Relationship _____ <br>         District _____  When _____ <br>                                                              MM / DD / YYYY <br>         Case number, if known _____ |

Debtor _____   Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>❏ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ❏ No<br>❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>    **Why does the property need immediate attention?**  (*Check all that apply.*)<br>    ❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>      What is the hazard? _____<br>    ❏ It needs to be physically secured or protected from the weather.<br>    ❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>    ❏ Other _____<br><br>    **Where is the property?**_____<br>        Number      Street<br>    _____<br>    _____  _____  _____<br>    City                                            State      ZIP Code<br><br>    **Is the property insured?**<br>    ❏ No<br>    ❏ Yes. Insurance agency _____<br>           Contact name      _____<br>           Phone                _____ |

## ■ Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>❏ Funds will be available for distribution to unsecured creditors.<br>❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ❏ 1-49               ❏ 1,000-5,000            ❏ 25,001-50,000<br>❏ 50-99           ❏ 5,001-10,000          ❏ 50,001-100,000<br>❏ 100-199       ❏ 10,001-25,000       ❏ More than 100,000<br>❏ 200-999 |
| **15.** | **Estimated assets** | ❏ $0-$50,000            ❏ $1,000,001-$10 million     ❏ $500,000,001-$1 billion<br>❏ $50,001-$100,000     ❏ $10,000,001-$50 million    ❏ $1,000,000,001-$10 billion<br>❏ $100,001-$500,000    ❏ $50,000,001-$100 million   ❏ $10,000,000,001-$50 billion<br>❏ $500,001-$1 million    ❏ $100,000,001-$500 million  ❏ More than $50 billion |

Debtor _____        Case number (*if known*)_____
           Name

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million

- ❑ $1,000,001-$10 million
- ❑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million

- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ❑ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ❑ I have been authorized to file this petition on behalf of the debtor.
- ❑ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
                    MM  / DD / YYYY

✘ _____          _____
Signature of authorized representative of debtor              Printed name

Title _____

**18. Signature of attorney**

✘ _____          Date   _____
Signature of attorney for debtor                                                MM  / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number        Street

_____      _____   _____
City                                                                                   State           ZIP Code

_____          _____
Contact phone                                                    Email address

_____     _____
Bar number                                                                              State

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **4**

## SCHEDULE 1– PENDING BANKRUPTCY CASES FILED BY AFFILIATES OF THIS DEBTOR

The following list identifies all of the affiliated entities that have filed voluntary petitions for relief in this Court under title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, substantially contemporaneously with the filing of this petition.

| Name of entity | Date filed | Jurisdiction | Relationship |
|---|---|---|---|
| Double Jump, Inc. | 1/30/19 | District of Nevada | Parent |
| DC Solar Distribution, Inc. | 1/30/19 | District of Nevada | Affiliate |
| DC Solar Freedom, Inc. | 1/30/19 | District of Nevada | Affiliate |
| Brandy Boy Properties, LLC | 1/30/19 | District of Nevada | Affiliate |
| Dog Blue Properties, LLC | 1/30/19 | District of Nevada | Affiliate |
| Dora Dog Properties LLC | 1/30/19 | District of Nevada | Affiliate |
| 475 Channel Road, LLC | 1/30/2019 | District of Nevada | Affiliate |
| Park Road, LLC | 1/30/2019 | District of Nevada | Affiliate |
| 140 Mason Circle, LLC | 1/30/2019 | District of Nevada | Affiliate |
| DC Solar Distribution, Inc. | 2/3/2019 | District of Nevada | Affiliate |