Fill in this information to identify the case:

Debtor name: **DC Solar Solutions, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Americrown Daytona Speedway 1800 West International Speedway PO Box 2801 Daytona Beach, FL | | | | | | $750,000.00 |
| AT&T Mobility PO Box 6463 Carol Stream, IL 60197-6463 | | | | | | $106,721.61 |
| CED PO Box 398847 San Francisco, CA 94139-8847 | | | | | | $104,092.79 |
| Charge Point, Inc. Dept LA 24104 Pasadena, CA | | | | | | $585,330.76 |
| Chip Ganassi Racing, LLC 8500 Westmoreland Dr. Concord, NC 28027 | | | | | | $4,310,000.00 |
| Cranbrook Realty Investment Fund, LP 4701 Sisk Road, Suite 101 Modesto, CA 95350 | | | | | | $81,447.34 |
| ECI Fuel Systems 1794 west 11th St. Upland, CA 91786 | | | | | | $294,726.07 |
| Exide c/o Exide Technologies P.O. Box 933479 Atlanta, GA 31193-3479 | | | | | | $2,031,653.68 |

Debtor  **DC Solar Solutions, Inc.**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hanover Insurance Group, Inc.<br>PO Box 580045<br>Charlotte, NC 28258-0045 | | | | | | $185,198.07 |
| International Speedway Corp.<br>Attn: Accounting Department<br>PO Box 2801<br>Daytona Beach, FL 32120 | | | | | | $1,025,000.00 |
| Kansas Speedway<br>Attn: Accounting Department<br>PO Box 2801<br>Daytona Beach, FL 32120 | | | | | | $750,000.00 |
| Net Jet Sales Inc.<br>PO Box 933300<br>Atlanta, GA 31193-3300 | | | | | | $294,490.73 |
| Pacific Metal Fab LLC<br>311 Chambers St.<br>PO Box 41090<br>Eugene, OR 97404 | | | | | | $474,308.69 |
| Phoenix Motor Speedway<br>7602 S. Avondale Blvd.<br>Avondale, AZ 85323 | | | | | | $750,000.00 |
| Richmond International Raceway<br>600 East Laburnum Ave.<br>Richmond, VA 23222 | | | | | | $750,000.00 |
| Soligent Distibution LLC<br>1500 Valley House Dr., Suite 210<br>Rohnert Park, CA 94928 | | | | | | $79,927.79 |
| Talladega Superspeedway<br>Attn: Accounting Department<br>PO Box 2801<br>Daytona Beach, FL 32120 | | | | | | $750,000.00 |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims       page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor **DC Solar Solutions, Inc.**                                                Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Tower Corp<br>1099 West Ropes Ave.<br>Woodlake, CA 93286 | | | | | | **$2,059,979.11** |
| WEX Fleet<br>PO Box 6293<br>Carol Stream, IL 60197 | | | | | | **$97,722.82** |
| Xtreme Manufacturing LLC<br>8350 Eastgate Road<br>Henderson, NV 89015 | | | | | | **$1,156,624.00** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy