| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ (State) |
| Case number (*If known*): _____ Chapter \_\_\_\_\_ |

❑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**    _____

2. **All other names debtor used in the last 8 years**    _____
   _____
   Include any assumed names, trade names, and *doing business as* names    _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)    __ __ – __ __ __ __ __ __ __

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| _____ | _____ |
| Number       Street | Number       Street |
| _____ | _____ |
|  | P.O. Box |
| _____ | _____ |
| City       State   ZIP Code | City       State   ZIP Code |
|  | **Location of principal assets, if different from principal place of business** |
| _____ | _____ |
| County | Number       Street |
|  | _____ |
|  | _____ |
|  | City       State   ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
   ❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ❑ Partnership (excluding LLP)
   ❑ Other. Specify: _____

Debtor _____   Case number (*if known*)_____
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br><br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. § 101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>❑ None of the above<br><br>B. *Check all that apply:*<br><br>❑ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br><br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br><br>❑ Chapter 7<br>❑ Chapter 9<br>❑ Chapter 11. *Check all that apply*:<br>    ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>    ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ❑ A plan is being filed with this petition.<br>    ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ❑ No<br>❑ Yes.  District _____  When _____  Case number _____<br>                                                    MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                                    MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ❑ No<br>❑ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                                                   MM / DD / YYYY<br>        Case number, if known _____ |

Debtor _____   Case number (*if known*)_____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* <br> ❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ❑ No <br> ❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br> What is the hazard? _____ <br> ❑ It needs to be physically secured or protected from the weather. <br> ❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ❑ Other _____ <br><br> **Where is the property?** _____ <br>                Number      Street <br> _____ <br> _____ <br>  City                                     State     ZIP Code <br><br> **Is the property insured?** <br> ❑ No <br> ❑ Yes. Insurance agency _____ <br>        Contact name _____ <br>        Phone _____ |

### ■ Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* <br> ❑ Funds will be available for distribution to unsecured creditors. <br> ❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ❑ 1-49 <br> ❑ 50-99 <br> ❑ 100-199 <br> ❑ 200-999 | ❑ 1,000-5,000 <br> ❑ 5,001-10,000 <br> ❑ 10,001-25,000 | ❑ 25,001-50,000 <br> ❑ 50,001-100,000 <br> ❑ More than 100,000 |
| 15. | **Estimated assets** | ❑ $0-$50,000 <br> ❑ $50,001-$100,000 <br> ❑ $100,001-$500,000 <br> ❑ $500,001-$1 million | ❑ $1,000,001-$10 million <br> ❑ $10,000,001-$50 million <br> ❑ $50,000,001-$100 million <br> ❑ $100,000,001-$500 million | ❑ $500,000,001-$1 billion <br> ❑ $1,000,000,001-$10 billion <br> ❑ $10,000,000,001-$50 billion <br> ❑ More than $50 billion |

Debtor _____    Case number (*if known*)_____
       Name

| | | | |
|---|---|---|---|
| **16.** **Estimated liabilities** | ❏ $0-$50,000<br>❏ $50,001-$100,000<br>❏ $100,001-$500,000<br>❏ $500,001-$1 million | ❏ $1,000,001-$10 million<br>❏ $10,000,001-$50 million<br>❏ $50,000,001-$100 million<br>❏ $100,000,001-$500 million | ❏ $500,000,001-$1 billion<br>❏ $1,000,000,001-$10 billion<br>❏ $10,000,000,001-$50 billion<br>❏ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

❏ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

❏ I have been authorized to file this petition on behalf of the debtor.

❏ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

✘ _____       _____
   Signature of authorized representative of debtor       Printed name

Title _____

**18. Signature of attorney**

✘ _____      Date _____
   Signature of attorney for debtor                        MM / DD / YYYY

_____
Printed name
_____
Firm name
_____
Number      Street
_____     _____  _____
City                                           State     ZIP Code

_____                  _____
Contact phone                                     Email address

_____   _____
Bar number                                     State

## SCHEDULE 1– PENDING BANKRUPTCY CASES FILED BY AFFILIATES OF THIS DEBTOR

The following list identifies all of the affiliated entities that have filed voluntary petitions for relief in this Court under title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, substantially contemporaneously with the filing of this petition.

| Name of entity | Date filed | Jurisdiction |
|---|---|---|
| Double Jump, Inc. | 1/30/19 | District of Nevada |
| DC Solar Distribution, Inc. | 2/3/19 | District of Nevada |
| DC Solar Solutions, Inc. | 2/3/19 | District of Nevada |
| Brandy Boy Properties, LLC | 1/30/19 | District of Nevada |
| Dog Blue Properties, LLC | 1/30/19 | District of Nevada |
| Dora Dog Properties LLC | 1/30/19 | District of Nevada |
| Park Road LLC | 1/30/19 | District of Nevada |
| 140 Mason Circle LLC | 1/30/19 | District of Nevada |
| 475 Channel Road, LLC | 1/30/19 | District of Nevada |

## DC SOLAR SOLUTIONS, INC.

Secretary's Certificate

The undersigned, being the Secretary of DC Solar Solutions, Inc. (the "Company"), a California corporation, does hereby certify as follows:

Attached hereto as Annex A is a true, correct, and complete copy of the resolutions duly adopted by the Board of Directors of the Company on February 3, 2019 (the "Resolutions"), and such Resolutions have not been modified or rescinded in whole, in part, or in any respect and are in full force and effect.

IN WITNESS WHEREOF, the undersigned, in his capacity as Secretary of the Company has duly executed and caused this certificate to be delivered as of February 3, 2019.

DC SOLAR SOLUTIONS, INC.

By: /s/Robert A. Karmann
Name: Robert A. Karmann
Title: Secretary and Chief Financial Officer

1

## ANNEX A

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## DC SOLAR SOLUTIONS, INC.

**Chapter 11 Filing**

     **RESOLVED**, that the Board of Directors (the "**Board**") of DC Solar Solutions, Inc., a California corporation (the "**Company**"), has determined, after consultation with the management and the advisors of the Company, that it is desirable and in the best interests of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that the Company be authorized and empowered to file a voluntary petition (the "**Chapter 11 Petition**") in the United States Bankruptcy Court for the District of Nevada (the "**Bankruptcy Court**") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and be it further

     **RESOLVED**, that, upon consideration of the Chapter 11 Petition, the Board hereby approves the form, terms, and provisions of the Chapter 11 Petition and the transactions contemplated thereby, and the Company and each of the Authorized Persons (as defined below), as applicable, be, and each of them hereby is, empowered, authorized and directed, on behalf of and in the name of the Company, to execute, verify, and cause to be filed in the Bankruptcy Court the Chapter 11 Petition in substantially the form previously submitted to the Board with such changes as any director or executive officer of the Company, or any other officer, agent or representative designated by any of them (each, an "**Authorized Person**" and collectively the "**Authorized Persons**") may deem necessary, desirable or appropriate, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the filing of the Chapter 11 Petition; and be it further

     **RESOLVED**, that the Company and each of the Authorized Persons, as applicable, be, and each of them hereby is, empowered, authorized and directed, with full power of delegation, on behalf of and in the name of the Company, to take any and all actions in connection with the case to be commenced by Company by the filing of the Chapter 11 Petition (the "**Chapter 11 Case**") with a view to the successful prosecution of the case, including, without limitation, seeking authority for the Company to operate as debtors in possession and conducting business operations as determined by any of them to be in the best interests of the Company's estate and the Company's creditors; and be it further

     **RESOLVED**, that the Authorized Persons be, and each of them hereby is, empowered, authorized and directed, on behalf of and in the name of the Company, to cause to be prepared and to execute, verify, deliver, and file, or cause to be executed, verified, delivered, and filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, including any modifications, amendments, or supplements thereto, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all other action with a view to the successful prosecution of the Chapter 11 Case which they or any one of them may deem necessary, desirable or appropriate in connection with the Chapter 11 Case contemplated hereby, including, without limitation, negotiating and obtaining the use of cash collateral, and executing,

delivering, and performing any and all documents, agreements, certificates, and/or instruments in connection with such use of cash collateral, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the taking of any such action; and be it further

**RESOLVED**, that all actions heretofore taken for and on behalf of the Company by any of the Authorized Persons to seek relief for the Company under the Bankruptcy Code or in connection with the Chapter 11 Case or any matter related thereto be, and they hereby are, in all respects, ratified, authorized and approved by the Board as acts of the Company; and be it further

**Retention of Advisors**

**RESOLVED**, that each of the Authorized Persons be, and hereby is, empowered, authorized and directed to employ the law firm of Clark Hill PLLC and its affiliates, as general bankruptcy counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby empowered, authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Clark Hill PLLC; and be it further

**RESOLVED**, that each of the Authorized Persons be, and hereby is, empowered, authorized and directed to employ the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates, as special counsel, to assist the Company with certain specified bankruptcy matters, ongoing tax matters, and ongoing governmental investigation matters; and in connection therewith, each of the Authorized Persons is, with power of delegation, hereby empowered, authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Skadden, Arps, Slate, Meagher & Flom LLP; and be it further

**RESOLVED**, that each of the Authorized Persons be, and hereby is, empowered, authorized and directed to employ the firm of GlassRatner Advisory & Capital Group, LLC (or its affiliates), as financial advisor, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each of the Company's rights and obligations; and in connection therewith, each of the Authorized Persons is, with power of delegation, hereby empowered, authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of GlassRatner Advisory & Capital Group, LLC; and be it further

**Omnibus Resolutions**

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, empowered, authorized and directed on behalf of and in the name of the Company to take, from time to time, any and all such action and to execute, verify and deliver any and all such agreements, amendments, instruments, requests, receipts, applications, reports, certificates and other documents, and to make all payments and incur all expenses in connection with any actions contemplated by the foregoing resolutions as they or any of them deem necessary, desirable or

appropriate, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the execution and delivery thereof, or action in support thereof, by such Authorized Persons; and be it further

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, empowered, authorized and directed for and on behalf of the Company to execute and deliver such documents, and to take all such further actions as they or any of them deem necessary, desirable or appropriate, to effect the intent and purposes of the foregoing resolutions, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the execution and delivery thereof, or action in support thereof, by such Authorized Person; and be it further

**RESOLVED**, that the omission from these Resolutions of any agreement, document or other arrangement contemplated by any of the agreements, documents or instruments described in these Resolutions or any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in these Resolutions shall in no manner derogate from the authority of the Authorized Persons to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, these Resolutions; and be it further

**RESOLVED**, that any and all actions lawfully done for and on behalf of the Company by any of the Authorized Persons or any of the Company's advisors in connection with the Chapter 11 Case and with respect to any transactions contemplated by these Resolutions before or after their adoption be, and they are, in all respects, ratified, authorized, approved, adopted in good faith and consented to acts of the Company for all purposes.