CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
CLARK HILL PLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:    (702) 862-8300
Facsimile:    (702) 862-8400
CCarlyon@ClarkHill.com
TOSteen@ClarkHill.com

*[Proposed] Counsel for Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

DC SOLAR SOLUTIONS, INC

              Debtor.

Case No.: BK-19-50130-BTB
Chapter 11

Proposed Joint Administration with:

| | |
|---|---|
| 19-50102-btb | Double Jump, Inc. |
| 19-50103-btb | Dora Dog Properties, LLC |
| 19-50104-btb | Dog Blue Properties LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50109-btb | 140 Mason Circle, LLC |
| 19-50131-btb | DC Solar Distribution, Inc. |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEBTOR'S INITIAL EMERGENCY MOTIONS**

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time to hear Debtors' Initial Emergency Motions. The parties agree or disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Agree | Disagree | Comments |
|---|---|---|---|---|
| Kristine Kinne, Office of the US Trustee | 2/4/19 | | | No response |
| Dan Bryant, Internal Revenue Service | 2/4/19 | | | No response |
| Marc Schultz and Joe Adams, Counsel for Solarmore Management, Inc. | 2/4/19 | | | No response |
| Michael Stepanian, Halo Management Services | 2/4/19 | | | No response |
| Mark J. Connot, Counsel for Xtreme Manufacturing | 2/4/19 | | | No response |
| Zachary M. Moretz, Counsel for Green Energy Concepts, Inc. | 2/4/19 | | | No response |
| James Recker, Crestmark Bank | 2/4/19 | | | No response |
| Larry Cooper, Suntrust Equipment Finance & Leasing Corp. | 2/4/19 | | | No response |
| Thomas Pericak and Harry Hardin, Hancock Whitney Equipment Finance & Leasing LLC | 2/4/19 | | | No response |
| Steven Speece, Counsel for Solarsense | 2/4/19 | | | No response |
| Adam Schwartz, Counsel for Barry Hacker | 2/4/19 | | | No response |
| Craig Sheftell, Fallbrook Capital Securities | 2/4/19 | | | No response |
| Paymon Hifai, Counsel for AMAC Construction McDouglass Group, Inc. | 2/4/19 | | | No response |
| Jim Voyles, Counsel for Chip Ganassi Racing | 2/4/19 | | | No response |
| Kirk Giberson, Counsel for Benicia Investment LLC/Benicia Industrial LLC | 2/4/19 | | | No response |
| Chad Golder, Counsel for GEICO | 2/4/19 | | | No response |
| Matthew W. Quall and Matthew W. Dardenne, Counsel for US Tower | 2/4/19 | | | No response |
| Andre Espinosa and Kevin Khasigian, U.S. Department of Justice | 2/4/19 | | | No response |

| Name | Date Contacted | Agree | Disagree | Comments |
|---|---|---|---|---|
| Sara Cho, Chris Nee, Daniel Michael and Andrew Sporkin, U.S. Securities and Exchange Commission | 2/4/19 | | X – The SEC objects to Debtor's request for order shortening time with respect to the Motion to Retail Glass Ratner and designation of Seth Freeman as the Debtors' chief restructuring officer. SEC's position is that either a Chapter 11 trustee should be appointed, or the case converted to chapter 7 or dismissed. | |
| Naysan Grey, SMI | 2/4/19 | | | No response |
| Jason Sparks, Sparks Power | 2/4/19 | X | | |
| Troy Vitus, Pacific Metal Fabrication | 2/4/19 | | | No response |
| Gurmeet Naroola, ChargeIt Mobility | 2/4/19 | | | No response |
| David Mitchell, ECI Fuel Systems | 2/4/19 | | | No response |
| Larry Pearce, Crestmark | 2/4/19 | | | No response |
| Chris Fraga, Alternative Energy Development Group LLC & SolarSense LLC | 2/4/19 | X | | |
| Department of Employment, Training & Rehab., Employment Security Division | 2/4/19 | | | No response |
| Nevada Department of Taxation, Bankruptcy Section | 2/4/19 | | | No response |
| Bay Area Drainage, Inc. | 2/4/19 | | | No response |
| Gwen Bertolami, Bertolami Engineering | 2/4/19 | | | No response |
| BPXpress | 2/4/19 | | | No response |
| CA Construction | 2/4/19 | | | No response |
| Contra Costa County Tax Collector | 2/4/19 | | | No response |
| DeBolt Civil Engineering | 2/4/19 | | | No response |
| Harris & Sloan Consulting Engineers, Inc. | 2/4/19 | | | No response |
| JQ Yu Constructcion, Inc. | 2/4/19 | | | No response |
| Legacy Framers, Inc. | 2/4/19 | | | No response |
| Lester Construction | 2/4/19 | | | No response |

| Name | Date Contacted | Agree | Disagree | Comments |
|---|---|---|---|---|
| National Construction Rentals, Inc. | 2/4/19 | | | No response |
| RB Painting | 2/4/19 | | | No response |
| Steven, Ferrone & Bailey Engineering Co. | 2/4/19 | | | No response |
| Stillwater Insurance Company | 2/4/19 | | | No response |
| Foremost Insurance | 2/4/19 | | | No response |
| Las Vegas Valley Water District | 2/4/19 | | | No response |
| NV Energy | 2/4/19 | | | No response |
| Republic Service | 2/4/19 | | | No response |
| Clark County Treasurer | 2/4/19 | | | No response |
| Texas Workforce Commission | 2/4/19 | | | No response |
| Regulatory Integrity Division | 2/4/19 | | | No response |
| Vintage Valley | 2/4/19 | | | No response |
| AIG Private Client Group | 2/4/19 | | | No response |
| C.L. Raffety, CPA | 2/4/19 | | | No response |
| CA Construction | 2/4/19 | | | No response |
| City of Martinez | 2/4/19 | | | No response |
| Freds Floor Coverings | 2/4/19 | | | No response |
| Lester Construction | 2/4/19 | | | No response |
| Mark Scott Construction, Inc. | 2/4/19 | | | Sent response thanking us for the information, but did not indicate whether consent was given. |
| Napa County Tax Collector | 2/4/19 | | | No response |
| Native Sons Landscaping, Inc. | 2/4/19 | | | No response |
| Pacific Link Intl. | 2/4/19 | | | No response |
| Shaun Rang | 2/4/19 | | | No response |
| Alderwood Property CA | 2/4/19 | | | No response |
| Alexander & Associates | 2/4/19 | | | No response |
| California Retaining Walls Co. | 2/4/19 | | | No response |
| Clark County Treasurer | 2/4/19 | | | No response |
| Contra Costa County Dept. of Development | 2/4/19 | | | No response |
| Zalanta Association | 2/4/19 | | | No response |
| Williamson County Tax Office | 2/4/19 | | | No response |
| Maricopa County Treasurer | 2/4/19 | | | No response |

| Name | Date Contacted | Agree | Disagree | Comments |
|---|---|---|---|---|
| South Tahoe Public Utility | 2/4/19 | | | No response |
| The Boulders Casitas Condo Assoc. | 2/4/19 | | | No response |
| City of Scottsdale | 2/4/19 | | | No response |
| A Valdivia Landscaping | 2/4/19 | | | No response |
| AVD Security | 2/4/19 | | | No response |
| Boulder Exterminators, Inc. | 2/4/19 | | | No response |
| Charter Communications | 2/4/19 | | | No response |
| Green Leaf A/C & Heating | 2/4/19 | | | No response |
| Liberty Utilities | 2/4/19 | | | No response |
| California Pacific Electric Co. | 2/4/19 | | | No response |
| Charles Lomeli, Tax Collector Solano County | 2/4/19 | | | No response |
| Indoor Environmental Services Corp. | 2/4/19 | | | No response |
| Orkin Services of California, Inc. | 2/4/19 | | | No response |
| City of Benicia | 2/4/19 | | | No response |
| Coast Landscape Management Corp. | 2/4/19 | | | No response |
| PG&E | 2/4/19 | | | No response |
| Coast Landscape Mgmt., Inc. | 2/4/19 | | | No response |
| CRS Commercial Real Estate | 2/4/19 | X | | |
| Orkin Services of California | 2/4/19 | | | No response |
| AT&T | 2/4/19 | | | No response |
| Family Security Locksmith | 2/4/19 | | | No response |
| Americrown Daytona Speedway | 2/4/19 | | | No response |
| AT&T Mobility | 2/4/19 | | | No response |
| CED | 2/4/19 | | | No response |
| Charge Point | 2/4/19 | | | No response |
| Chip Ganassi Racing, LLC | 2/4/19 | | | No response |
| Cranbrook Realty Investment Fund, LP | 2/4/19 | | | No response |
| ECI Fuel Systems | 2/4/19 | | | No response |
| Exide (c/o Exide Technilogies) | 2/4/19 | | | No response |
| Hanover Insurance Group | 2/4/19 | | | No response |
| International Speedway Corp. | 2/4/19 | | | No response |
| Kansas Speedway | 2/4/19 | | | No response |
| NetJet Sales, Inc. | 2/4/19 | | | No response |
| Pacific Metal Fabrication LLC | 2/4/19 | | | No response |
| Phoenix Motor Speedway | 2/4/19 | | | No response |

| Name | Date Contacted | Agree | Disagree | Comments |
|---|---|---|---|---|
| Richmond International Raceway | 2/4/19 | | | No response |
| Soligent Distribution LLC | 2/4/19 | | | No response |
| Talladega Superspeedway | 2/4/19 | | | No response |
| US Tower Corp. | 2/4/19 | | | No response |
| WEX Fleet | 2/4/19 | | | No response |
| Xtreme Manufacturing LLC | 2/4/19 | | | No response |
| Americrown Daytona Speedway | 2/4/19 | | | No response |
| Ahern Rentals, Inc. | 2/4/19 | | | No response |
| Hancock Whitney Equipment Finance & Leasing LLC | 2/4/19 | | | No response |
| JG Energy Solutions, LLC | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund IV | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund VII | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund VIII | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XII | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XIV | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XVI | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XVIII | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XXII | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XXIII | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XXIX | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XXVI | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XXVII | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XXX | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XXX II | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XXX III | 2/4/19 | | | No response |
| Solar Eclipse Investment Fund XXXIV | 2/4/19 | | | No response |
| Suntrust Equipment Finance & Leasing Corp | 2/4/19 | | | No response |

Respectfully submitted this 4th day of February, 2019.

        CLARK HILL PLC

        /s/: *Tracy M. O'Steen*

        _____
        CANDACE C. CARLYON, ESQ.
        Nevada Bar No. 2666
        TRACY M. O'STEEN, ESQ.
        Nevada Bar No. 10949
        3800 Howard Hughes Parkway, Suite 500
        Las Vegas, NV 89169
        Telephone: 702-862-8300
        Facsimile: 702-862-8400
        CCarlyon@ClarkHill.com
        TOSteen@ClarkHill.com

        *[Proposed] Counsel for Debtors in Possession*