CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
CLARK HILL PLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
CCarlyon@ClarkHill.com
TOSteen@ClarkHill.com

*[Proposed] Counsel for Debtors in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

DC SOLAR SOLUTIONS, INC.

Debtor.

Case No.: BK-19-50130-btb
Chapter 11

Proposed Joint Administration with:

| | |
|---|---|
| 19-50102-btb | Double Jump, Inc. (Lead) |
| 19-50103-btb | Dora Dog Properties, LLC |
| 19-50104-btb | Dog Blue Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50130-btb | DC Solar Solutions, Inc. |
| 19-50131-btb | DC Solar Distribution, Inc. |

***EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING, (II) SCHEDULING FINAL HEARING, AND (III) GRANTING RELATED RELIEF**

Hearing Date:  N/A
Hearing Time: N/A

Double Jump, Inc., and certain of its affiliates listed in the above caption, debtors and debtors-in-possession (collectively, the "Debtors"), by and through their proposed counsel, the law firm of Clark Hill PLC, hereby submits their *ex parte* application (the "Application") for an order shortening time to hear their Emergency Motion for Entry of Interim and Final Orders (i)

1  Authorizing the Debtors to Obtain Postpetition Secured Financing, (ii) Scheduling Final Hearing, and (iii) Granting Related Relief [ECF No. 23] (the "DIP Motion").

This Application is made and based upon Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 9006 of the Local Rules for the United States Bankruptcy Court for the District of Nevada (the "Local Rules"), the Attorney Information Sheet and declaration of Tracy M. O'Steen, Esq., filed contemporaneously herewith (the "O'Steen Declaration"), the points and authorities set forth below, and the papers and pleadings on file herein.

## I.

## LEGAL ARGUMENT

11 U.S.C. § 105 allows this court to issue such orders as are necessary to carry out the provisions of this title. Bankruptcy Rule 9006(c)(1) permits a bankruptcy court, for cause shown and in its discretion, to reduce the period during which any notice is given in accordance with the bankruptcy rules. Bankruptcy Rule 9006(c)(1) provides as follows:

> Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Fed. R. Bankr. P. 9006(c).

Local Rule 9006 provides further authority for shortening the time for a hearing. According to Local Rule 9006(b), every application for an order shortening time must be accompanied by a declaration stating the reasons for an expedited hearing. As set forth in the Carlyon Declaration, there are compelling reasons for an expedited hearing on the motions identified above. The Debtors are requesting that the DIP Motion be heard on shortened time as such approval is necessary to provide for the operation of the Debtors' business post-petition, to finance the reorganization, to pay employees, to stabilize operations, and ultimately to allow for a successful reorganization. The Debtors are requesting that the DIP Motion be heard with the Debtors' other Initial Emergency Motions which are scheduled to be heard on February 8, 2019 at 10:00 a.m.

Local Rule 9006 also requires the moving party to submit an "Attorney Information Sheet" indicating whether opposing counsel was provided notice, whether opposing counsel consented to a hearing on an order shortening time, the date opposing counsel was provided with said notice, and how such notice was provided or attempted to be provided. An Attorney Information Sheet is being filed contemporaneously with this Application.

Debtors will provide notice of the date and time of the hearing on the DIP Motion to the Office of the U.S. Trustee, the parties directly affected by the DIP Motion, and the 20 largest unsecured creditors of each of the Debtors. To the extent possible, such notice shall be provided pursuant to Local Rule 9006(e) via email, facsimile, or overnight delivery.

*[Remainder of Page intentionally left blank]*

## II.

## CONCLUSION

Debtors respectfully request that this Court grant the Application and issue an order shortening time to hear the DIP Motion on February 8, 2019 at 10:00 a.m., and for such other relief as the court deems just and proper.

Respectfully submitted this 5th day of February 2019.

CLARK HILL PLC

/s/ Tracy M. O'Steen

---

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: 702-862-8300
Facsimile: 702-862-8400
CCarlyon@ClarkHill.com
TOSteen@ClarkHill.com

*[Proposed] Counsel for Debtors in Possession*

4