_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 12, 2019

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
CLARK HILL PLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:    (702) 862-8300
Facsimile:    (702) 862-8400
CCarlyon@ClarkHill.com
TOSteen@ClarkHill.com
*[Proposed] Counsel for Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re

DC SOLAR SOLUTIONS, INC.

           Debtor.

Lead Case No.: BK-19-50130-btb
Chapter 11

Proposed Joint Administration with:

| | |
|---|---|
| 19-50102-btb | Double Jump, Inc. (Lead) |
| 19-50103-btb | Dora Dog Properties, LLC |
| 19-50104-btb | Dog Blue Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50109-btb | 140 Mason Circle, LLC. |
| 19-50131-btb | DC Solar Distribution, Inc. |
| 19-50135-btb | DC Solar Freedom, Inc. |

Hearing Date:  February 8, 2019
Hearing Time:  10:00 a.m.

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF CASES UNDER BANKRUPTCY RULE 1015(b)**

1

Upon the motion (the "Motion")[1] of the Debtors for entry of an order under Bankruptcy Rule 1015(b), directing joint administration of these cases and administratively consolidating the respective chapter 11 cases of each Debtor for procedural purposes only; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and for good and sufficient cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is GRANTED as set forth herein.

2. Each of the above-captioned Chapter 11 Cases of the Debtors will be jointly administered by the Court. Consolidation is approved for administrative and procedural purposes only, and these Chapter 11 Cases will not be substantively consolidated.

3. All papers except for proofs of claim shall be filed in the lead case, Double Jump, Inc., Case No. 19-50102-btb, and shall indicate on the caption which case(s) the paper relates to.

4. Proofs of Claim shall be filed only in the case to which such proof of claim relates, and a separate claims register shall be maintained for each case.

5. The Debtors will be required to file separate and individual monthly operating reports, schedules and statements.

6. A docket entry shall be made in each of the Chapter 11 Cases (except that of Double Jump, Inc.) substantially as follows:

> An order has been entered in this case consolidating this case with the case of Double Jump, Inc., Case No. 19-50102-btb, for procedural and administrative purposes only and providing for its joint administration in accordance with the terms thereof. Consolidation is not substantive. The docket in Case No. 19-50102-btb should be consulted for all matters affecting this case other this Case.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

7. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. Nothing in this order shall prejudice any rights of any party with respect to other issues, including issues relating to any future plan of reorganization.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**IT IS SO ORDERED.**

Submitted by:
CLARK HILL PLC

_____
CANDACE C. CARLYON, ESQ.
TRACY M. O'STEEN, ESQ.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
*[Proposed] Counsel for Debtors*

Approved:
OFFICE OF THE U.S. TRUSTEE

/s/ Cameron Gulden
_____
CAMERON GULDEN, ESQ.
300 Booth Street, Room 3009
Reno, NV 89509
Telephone: (775) 784-5335
Facsimile: (775) 784-5531

Approved:
FOX ROTHSCHILD LLP

/s/ Brett A. Axelrod
_____
Brett A. Axelrod
1980 Festival Plaza Drive, Suite 700
Las Vegas NV 89135
Telephone: (702) 699-5901
Facsimile: (702) 597-5503

**LR 9021 CERTIFICATION**

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_ No party appeared at the hearing or filed an objection to the motion.

_x_ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing and opposed the relief, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to repond to the document]:

Jared A. Day, Esq. – Office of the US Trustee

Brett A. Axelrod, Esq. – Exide Technologies

\_\_\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###