*Bruce T Beesley*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
CLARK HILL PLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
CCarlyon@ClarkHill.com
TOSteen@ClarkHill.com
*Counsel for Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

DOUBLE JUMP, INC.

Debtor.

__X__ Affects ALL Debtors
____ Affects Double Jump, Inc.
____ Affects Dora Dog Properties, LLC
____ Affects Dog Blue Properties, LLC
____ Affects Brandy Boy Properties, LLC
____ Affects 475 Channel Road, LLC
____ Affects Park Road, LLC
____ Affects 140 Mason Circle, LLC
____ Affects DC Solar Solutions, Inc.
____ Affects DC Solar Distribution, Inc.
____ Affects DC Solar Freedom, Inc.

Lead Case No.: BK-19-50102-btb
Chapter 11

Jointly Administered with:

| Case No. | Debtor |
|---|---|
| 19-50103-btb | Dora Dog Properties, LLC |
| 19-50104-btb | Dog Blue Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50109-btb | 140 Mason Circle, LLC |
| 19-50130-btb | DC Solar Solutions, Inc. |
| 19-50131-btb | DC Solar Distribution, Inc. |
| 19-50135-btb | DC Solar Freedom, Inc. |

Hearing Date: March 22, 2019
Hearing Time: 2:00 p.m.

**ORDER GRANTING DEBTORS' MOTION TO CONVERT CASES TO CHAPTER 7**

1  This matter having come before the court upon the *Ex Parte Motion to Convert Cases to Chapter 7* (the "Motion") filed by Double Jump, Inc., *et al.*, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned, jointly administered chapter 11 bankruptcy cases (the "Chapter 11 Cases"); and the court finding that none of the disqualifying factors set forth in Section 1112(a) of title 11 of the United States Code (the "Bankruptcy Code") are present and that sufficient cause is shown to enter the order of conversion on an *ex parte* basis pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and for good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED. These Chapter 11 Cases are immediately converted to cases under Chapter 7 of the Bankruptcy Code.

2. The United States Trustee is directed to appoint a Chapter 7 Trustee or Trustees.

3. Pursuant to this Court's Order Granting Debtors' Emergency Motion to Establish Notice Procedures and to Limit Notice, this Order shall be served on the Master Service List.

**IT IS SO ORDERED.**

| Submitted by: | Approved: |
|---|---|
| CLARK HILL PLC | OFFICE OF THE U.S. TRUSTEE |
| */s/ Candace Carlyon* | */s/ Edward McDonald* |
| CANDACE C. CARLYON, ESQ. | 300 Booth Street |
| Nevada Bar No. 2666 | Reno, Nevada |
| TRACY M. O'STEEN, ESQ. | |
| Nevada Bar No. 10949 | |
| 3800 Howard Hughes Parkway, Suite 500 | |
| Las Vegas, NV 89169 | |

2

## LR 9021 CERTIFICATION

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing and opposed the relief, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Edward McDonald- Approved

\_\_\_\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

3