UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
RENO, NEVADA

In re:                                                    ) Case No. 19-50130-btb
                                                          ) Chapter 7
DC SOLAR SOLUTIONS, INC.                                  )
                                                          )
            Debtor(s).                                    )

AMENDED APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
AND DESIGNATION OF REQUIRED BOND

CHRISTINA LOVATO of RENO, NEVADA

is hereby appointed Interim Trustee for the estate(s) of the above named debtor(s). Unless a Trustee is elected at the meeting of creditors to be called pursuant to §341 of Title 11, United States Code, in the above referenced case, the Interim Trustee shall serve as Trustee.

In order to perform the duties of trustee pursuant to 11 U.S.C. § 704(a), Trustee Christina Lovato is authorized to collect and reduce to money all property of the estate, both real and personal, and to have full and unconditional access to and control of any and all commercial or personal accounts and documents established by, maintained by or funded by the Debtor, including without limitation, freezing accounts, wiring funds to estate's federal depository, maintaining and transacting business with the existing accounts, changing the mailing addresses, and obtaining past account and document histories.

This case is covered by the blanket bond for Chapter 7 case Trustees, the original of which is on file with the Court.

James L. Snyder
Acting United States Trustee
for Region 12[1]

Dated: March 22, 2019                    by: /s/ Nicholas Strozza
                                         NICHOLAS STROZZA
                                         Assistant United States Trustee

---

[1] James L. Snyder, Acting United States Trustee for Region 12, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned case.