Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
Telephone: (775) 324-2800
Fax:  (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Jointly Administered with: |

| 19-50130-gs | DC Solar Solutions, Inc. |
|---|---|
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

 X Affects DC Solar Solutions, Inc.
___Affects DC Solar Distribution, Inc.
___Affects DC Solar Freedom, Inc.
___Affects Double Jump, Inc.

**GLOBAL NOTES, RESERVATION OF RIGHTS, AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER**

**SCHEDULES OF ASSETS AND LIABILITIES**

**STATEMENT OF FINANCIAL AFFAIRS**

**No Hearing Required**

      1.     Christina Lovato, Chapter 7 trustee ("Trustee"), for the jointly administered bankruptcy estates ("Estates") of Double Jump, Inc., DC Solar Solutions, Inc., DC Solar Distribution, Inc. and DC Solar Freedom, Inc. is contemporaneously filing these Global Notes (as defined below) as a supplement to and integral part of the Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") for DC Solar Solutions, Inc. ("DC Solar Solutions" or the "Debtor") filed in the United States Bankruptcy Court, District of Nevada. The Trustee prepared the Schedules and SOFA as of the Petition Date (as defined in the following section) pursuant to section 521 of Title 11 of the United States Bankruptcy Code, as amended (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), with the assistance of her financial advisors. These Global Notes, Reservation of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules and SOFA (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA.

**Background**

2.     On January 30, 2019, Double Jump, Inc.[1] and the Real Estate Debtors each commenced a case by filing petitions for relief under chapter 11 of the Bankruptcy Code. On February 3, 2019 (the "Petition Date"), DC Solar Solutions commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code. On February 4, 2019, DC Solar Distribution, Inc. ("DC Solar Distribution") commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code. Finally, on February 5, 2019, DC Solar Freedom, Inc. commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").

3.     On February 12, 2019, the Court granted the Debtors' request that the Chapter 11 Cases be jointly administered.

4.     On March 14, 2019, the Court entered its *Final Order (I) Authorizing the Retention of GlassRatner Advisory & Capital Group, LLC to Provide Chief Restructuring Officer and Certain Additional Personnel, (II) Designating Seth R. Freeman as Debtors' Chief Restructuring Officer Effective as of the Petition Date* [Doc. 350].

5.     Despite their efforts, and those of the Debtors' financial advisor, the CRO and other court-approved professionals, the Debtors were unable to secure financing and, as a result, were left without funds to reorganize. Accordingly, on March 20, 2019, the Debtors filed a motion to convert the case to Chapter 7 [Doc. No. 390].

---

[1] Double Jump, Inc. ("Holdings"), Dora Dog Properties, LLC, Dog Blue Properties, LLC, Brandy Boy Properties, LLC, 475 Channel Road, LLC, Park Road, LLC, 140 Mason Circle, LLC (the "Real Estate Debtors"), DC Solar Solutions, Inc., DC Solar Distribution, Inc., and DC Solar Freedom, Inc., (the "DC Solar Debtors") (collectively, the "Debtors").

6.      By order dated March 22, 2019, the Chapter 11 Cases were converted to Chapter 7.  On the same day, Christina Lovato was appointed Trustee of Holdings and the DC Solar corporate Debtors.

**General Disclaimer**

7.      The Schedules and the SOFA are unaudited and subject to potential adjustment.  In preparing the Schedules and the SOFA, the Trustee and her professionals relied on financial data derived from the Debtor's books and records that was available at the time of preparation.  The Trustee and her professionals have made reasonable efforts to ensure that the Schedules and the SOFA are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in changes to the Schedules and SOFA and errors or omissions may exist.  It is noted that on December 18, 2018, the business offices operated by DC Solar Solutions were the subject of a seizure action by the United States during which substantially all of its business records were removed and are currently being held by the FBI.  Although the Trustee has a copy of the main server maintained by the Debtor, its accuracy and completeness is unknown.  Thus, the Trustee is at a disadvantage in her efforts to prepare complete and accurate Schedules and SOFA for the DC Solar Solutions estate as of the Petition Date.

8.      The Trustee reserves all rights to amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and SOFA as to any amount, liability, classification, identity of debtor or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated". Furthermore, nothing contained in the Schedules, SOFA, or the General Notes shall constitute a waiver of any of the Trustee's rights or an admission with respect to these chapter 7 cases, including any issues involving objections to claims, substantive consolidation, defenses, affirmative claims against third parties or rights against third parties, other issues that typically arise under the Bankruptcy Code.

///

///

///

3

## Notes on Schedules of Assets and Liabilities

**Method of Valuation**

9.    Unless otherwise noted, the carrying value on the Debtor's books and records (net book value) as of the Petition Date, rather than the current market values, of the Debtor's interest in the property and of the Debtor's liabilities, is reflected on the Debtor's Schedules and SOFA. The net book value may not correspond to market value, or liquidation value, of which may be either higher or lower.

**Insiders**

10.    The Trustee and her professionals have attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed to be an "insider". The listing of a party as an insider in the SOFA is not intended to be nor should be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

Global Notes Control.  In the event that the Schedules and SOFA differ from the foregoing Global Notes, the Global Notes shall control.

* * * END OF GLOBAL NOTES * * *

* SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE *

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | DC Solar Solutions, Inc. |
| United States Bankruptcy Court for the: | District of Nevada, Reno Division |
| Case number (if known): | 19-50130-GS |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 **CTBC Bank** | **Checking account** | **1916** | ($2,205.93) |
| 3.1 **Bank of America** | **Checking account** | **1020** | ($369.91) |

4. **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)
**None**

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| ($2,575.84) |
|---|

---

### Part 2:   Deposits and prepayments

Debtor    **DC Solar Solutions, Inc.**                    Case number (if known) **19-50130-gs**
          Name

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1 **Escrow Deposit (See Attachment 7.1)** | $100,000.00 |
| 7.2 **Deposit (See Attachment 7.2)** | $508.63 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | |
|---|---|
| 8.1 **Prepaid Expenses (See Attachment 8.1)** | $9,590,553.00 |

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    $9,691,061.63

---

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts Receivable**

| 11a. 90 days old or less: | $86,341,003.17 | – | Unknown | = ...... → | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | $1,596,248,277.21 | − | Unknown | = ..... → | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

*Substantially all of the A/R is doubtful as to collectibility.

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    Unknown

---

**Part 4:    Investments**

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or join venture**

Name of entity:                          % of ownership:

**None**

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

17.  **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                    _____

---

**Part 5:    Inventory, excluding agriculture assets**

Attachment 7.1

**DC Solar Solutions, Inc**

**Account QuickReport**

As of February 3, 2019

| Type | Date | Name | Memo | Amount |
|------|------|------|------|--------|
| **19300 · Escrow Deposit** | | | | |
| Bill | 10/25/2018 | First American Title - Henderson NV | APN 191-10-101-004 - Green Valley Carnegie Escrow Deposit | 75,000.00 |
| Bill | 10/25/2018 | First American Title - Henderson NV | APN 191-10-101-007 - Beltway Escrow Deposit | 25,000.00 |
| Total 19300 · Escrow Deposit | | | | 100,000.00 |
| **TOTAL** | | | | **100,000.00** |

DC Solar Solutions, Inc
**Account QuickReport**
As of February 3, 2019

| | Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|---|
| **19500 · Deposit** | | | | | | |
| | Check | 07/27/2016 | Petty Cash | City of Benicia | Receipt 517183 Water for 603 Indiana | $ 100.00 |
| | Check | 08/31/2016 | Debit BofA | Republic Services Inc | Acct# 306209999991 Deposit for Las Vegas Garbage | 408.63 |
| **Total** | | | | | | $ 508.63 |

# DC Solar Solutions, Inc.

## Prepaid Expenses

| Description | Balance as of 02/03/19 |
|---|---|
| Chip Ganassi Racing, LLC | $ 2,991,916.74 |
| Gregory & Appel, Inc. | 2,166.67 |
| The Hartford | 64,542.79 |
| Liberty Mutual | 749,790.25 |
| Hanover Insurance Group | 151,009.53 |
| Stone Creek Insurance | 54,782.69 |
| Misc. Insurance | (20,951.67) |
| US Tower | 3,083,260.00 |
| Luminary Diffusion | 1,621,500.00 |
| Extreme Manufacturing | 89,846.00 |
| Oakhurst Country Club | 19,741.00 |
| STADCP (LV Stadium) | 782,949.00 |
| **Total** | **$ 9,590,553.00** |

9:21 AM
06/05/19

DC Solar Solutions, Inc

**Accounts Receivable**

## A/R Aging Summary
As of February 3, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Solar Eclipse Investment Fund XXXIII | 0.00 | 551,777.83 | 29,075,145.84 | 555,179.95 | 225,136,232.75 | 255,318,336.37 |
| Solar Eclipse Investment Fund XXIX | 0.00 | 594,595.04 | 596,585.26 | 598,570.48 | 237,842,572.70 | 239,632,323.48 |
| Solar Eclipse Investment Fund XXIII | 0.00 | 519,958.75 | 521,881.53 | 523,799.90 | 228,510,961.63 | 230,076,601.81 |
| Solar Eclipse Investment Fund XXXIV | 0.00 | 381,374.90 | 382,527.21 | 383,676.35 | 139,518,673.59 | 140,666,252.05 |
| Solar Eclipse Investment Fund XXX | 0.00 | 304,214.33 | 305,262.77 | 306,308.81 | 133,662,118.11 | 134,577,904.02 |
| Solar Eclipse Investment Fund XVIII | 0.00 | 240,382.51 | 241,329.64 | 242,274.72 | 110,537,656.68 | 111,261,643.55 |
| Solar Eclipse Investment Fund XXVI | 0.00 | 123,852.16 | 124,317.30 | 124,781.56 | 65,103,512.23 | 65,476,463.25 |
| Solar Eclipse Invest Fund IX | 0.00 | 0.00 | 0.00 | 270,096.83 | 52,807,199.09 | 53,077,295.92 |
| Solar Eclipse Investment Fund XXXV | 0.00 | 0.00 | 0.00 | 46,439,770.62 | 0.00 | 46,439,770.62 |
| Solar Eclipse Investment Fund XXXII | 0.00 | 99,713.58 | 100,057.86 | 100,401.34 | 43,811,579.46 | 44,111,752.24 |
| Solar Eclipse Investment Fund XVI | 0.00 | 61,055.86 | 61,304.78 | 61,553.19 | 29,545,620.89 | 29,729,534.72 |
| Solar Eclipse Investment Fund XXVII | 0.00 | 76,584.77 | 76,851.11 | 77,116.75 | 29,471,459.81 | 29,702,012.44 |
| Solar Eclipse Invest Fund IV | 0.00 | 80,332.68 | 80,675.41 | 81,016.92 | 22,659,463.65 | 22,901,488.66 |
| Solar Eclipse Investment Fund XIV | 0.00 | 43,068.77 | 43,249.06 | 43,428.99 | 21,624,482.88 | 21,754,229.70 |
| Solar Eclipse Investment Fund VII | 0.00 | 57,888.95 | 58,132.59 | 58,375.54 | 20,848,498.23 | 21,022,895.31 |
| Solar Eclipse Investment Fund XXII | 0.00 | 37,442.17 | 37,589.88 | 37,737.31 | 19,435,613.91 | 19,548,383.27 |
| Solar Eclipse Invest Fund VIII | 0.00 | 50,238.44 | 50,449.35 | 50,659.71 | 19,360,488.65 | 19,511,836.15 |
| Solar Eclipse Invest Fund XI | 0.00 | 43,125.61 | 43,306.74 | 43,487.46 | 19,045,694.14 | 19,175,613.95 |
| Solar Eclipse Invest Fund XII | 0.00 | 37,852.84 | 38,011.09 | 38,168.99 | 16,716,437.09 | 16,830,470.01 |
| Solar Eclipse Investment Fund XIX | 0.00 | 33,019.61 | 33,148.78 | 33,277.67 | 15,247,818.50 | 15,347,264.56 |
| Solar Eclipse Investment Fund XV | 0.00 | 28,737.62 | 28,858.67 | 28,979.48 | 14,429,705.77 | 14,516,281.54 |
| USB DC Solar Fund II | 0.00 | 37,246.06 | 37,414.16 | 37,581.71 | 13,021,071.04 | 13,133,312.97 |
| Solar Eclipse Investment Fund XXXI | 0.00 | 27,873.77 | 27,970.08 | 28,066.18 | 12,336,638.11 | 12,420,548.14 |
| Solar Eclipse Investment Fund XXVIII | 0.00 | 27,245.95 | 27,343.70 | 27,441.23 | 11,974,447.31 | 12,056,478.19 |
| Solar Eclipse Investment Fund XXIV | 0.00 | 21,570.79 | 21,655.52 | 21,740.09 | 11,594,806.99 | 11,659,773.39 |
| Solar Eclipse Investment Fund XXI | 0.00 | 25,031.20 | 25,127.34 | 25,223.28 | 11,552,738.71 | 11,628,120.53 |
| Solar Eclipse Investment Fund XVII | 0.00 | 23,922.87 | 24,016.53 | 24,109.99 | 11,085,144.79 | 11,157,194.18 |
| Solar Eclipse Invest Fund VI | 0.00 | 28,689.84 | 28,813.56 | 28,936.95 | 10,459,453.02 | 10,545,893.37 |
| Solar Eclipse Invest Fund V | 0.00 | 28,485.88 | 28,608.23 | 28,730.24 | 10,230,445.09 | 10,316,269.44 |
| Solar Eclipse Investment Fund XX | 0.00 | 22,018.11 | 22,104.24 | 22,190.19 | 10,167,571.66 | 10,233,884.20 |
| USB DC Solar Fund I | 0.00 | 24,922.09 | 25,036.44 | 25,150.44 | 8,718,877.68 | 8,793,986.65 |
| Solar Eclipse Invest Fund X | 0.00 | 20,912.81 | 21,000.09 | 21,087.15 | 8,520,154.03 | 8,583,154.08 |
| FEI Investors I, LLC | 0.00 | 12,749.68 | 12,789.94 | 0.00 | 3,836,982.79 | 3,862,522.41 |
| Somay Holdings LLC | 0.00 | 7,145.29 | 7,167.85 | 0.00 | 2,150,355.75 | 2,164,668.89 |
| Solar Eclipse Invest Fund | 0.00 | 0.00 | 0.00 | 0.00 | 895,221.00 | 895,221.00 |
| Barry Hacker Solutions | 0.00 | 0.00 | 0.00 | 0.00 | 723,496.34 | 723,496.34 |
| JG Energy Solutions | 0.00 | 0.00 | 0.00 | 1,268.75 | 644,791.13 | 646,059.88 |
| Jeff & Paulette Carpoff | 0.00 | 0.00 | 0.00 | 0.00 | 560,000.00 | 560,000.00 |
| Efficient Energy Distribution_Inc | 0.00 | 0.00 | 2,746.91 | 0.00 | 313,959.41 | 316,706.32 |
| Dog Blue Property | 0.00 | 0.00 | 0.00 | 505.58 | 300,198.08 | 300,703.66 |
| Ronald Elvidge | 0.00 | 0.00 | 0.00 | 0.00 | 280,195.36 | 280,195.36 |
| Dwulet & Dwulet_1 | 0.00 | 0.00 | 0.00 | 0.00 | 260,381.60 | 260,381.60 |
| Solar Eclipse Invest Fund III | 0.00 | 0.00 | 0.00 | 0.00 | 250,091.53 | 250,091.53 |
| Dos Hernans LLC | 0.00 | 0.00 | 0.00 | 750.30 | 226,543.43 | 227,293.73 |
| Dwulet Family Partners_1 | 0.00 | 0.00 | 0.00 | 0.00 | 173,333.80 | 173,333.80 |
| 2750 Maxwell Way, LLC. | 0.00 | 0.00 | 0.00 | 470.06 | 145,303.14 | 145,773.20 |
| Greg_Nelson | 0.00 | 0.00 | 0.00 | 0.00 | 129,381.45 | 129,381.45 |
| Allan Huang and Chin-Wen Cho | 0.00 | 0.00 | 786.63 | 0.00 | 69,295.17 | 70,081.80 |
| Ken_Carpoff | 0.00 | 0.00 | 0.00 | 0.00 | 61,417.95 | 61,417.95 |
| Misc Income | 0.00 | 0.00 | 0.00 | 0.00 | 52,513.00 | 52,513.00 |
| 475 Channel Road LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 52,200.68 | 52,200.68 |
| Park Road, LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 48,287.20 | 48,287.20 |
| Raule Ocampo | 0.00 | 8,000.00 | 8,000.00 | 0.00 | 27,515.69 | 43,515.69 |
| Martinez Clippers Baseball Corporation | 0.00 | 0.00 | 0.00 | 2,717.80 | 33,523.04 | 36,240.84 |
| Insight Glass, Inc. | 0.00 | 13,200.00 | 13,200.00 | 0.00 | 0.00 | 26,400.00 |
| Mark Scott Construction | 0.00 | 7,380.00 | 7,380.00 | 0.00 | 190.00 | 14,950.00 |
| Antioch Mini Storage | 0.00 | 0.00 | 0.00 | 39.99 | 14,177.74 | 14,217.73 |
| Bay Area Screenprint | 0.00 | 0.00 | 0.00 | 486.38 | 9,772.96 | 10,259.34 |
| Dora Dog Properties | 0.00 | 0.00 | 0.00 | 944.46 | 5,014.58 | 5,959.04 |
| Go Green Studio Rentals, Inc. | 0.00 | 0.00 | 0.00 | 896.82 | 2,636.57 | 3,533.39 |

DC Solar Solutions, Inc

**Accounts Receivable**

**A/R Aging Summary**

As of February 3, 2019

| | | | | | |
|---|---|---|---|---|---|
| Ahern AD, LLC | 0.00 | 1,273.08 | 1,273.08 | 0.00 | -100.00 | 2,446.16 |
| 140 Mason LLC | 0.00 | 0.00 | 0.00 | 0.00 | 2,048.51 | 2,048.51 |
| Headways Hair and Day Spa | 0.00 | 0.00 | 0.00 | 0.00 | 729.46 | 729.46 |
| Brandy Boy Properties | 0.00 | 0.00 | 0.00 | 0.00 | 714.45 | 714.45 |
| 4021 Pike Lane, LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| Fou Dog Properties | 0.00 | 0.00 | 0.00 | 0.00 | 204.58 | 204.58 |
| Solarmore Investments, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 89.34 | 89.34 |
| SolarMore Management Serivces, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 89.34 | 89.34 |
| CDRL Nutritional, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 83.95 | 83.95 |
| Renewable Waste Solutions LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SAIC - CRANE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Subtotal accounts receivable** | **0.00** | **3,702,883.84** | **32,241,119.17** | **50,397,000.16** | **1,596,248,277.21** | **1,682,589,280.38** |
| DC Solar Freedom, Inc | 0.00 | 0.00 | 0.00 | 197.07 | 0.00 | 197.07 |
| DC SOLAR DISTRIBUTION | 0.00 | 0.00 | 0.00 | 31,575.08 | 400,442.09 | 432,017.17 |
| **Total accounts receivable per QuickBooks** | $ - | $ 3,702,883.84 | $ 32,241,119.17 | $ 50,428,772.31 | $ 1,596,648,719.30 | $ 1,683,021,494.62 |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| See Footnote | MM / DD / YYYY | $5,000,000.00 | | $5,000,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | $5,000,000.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

*The net book value of inventory was estimated based on best available information, including an estimate provided by the auctioneer. The Debtor's records do not provide sufficient detail to classify inventory by raw materials, work-in-process, and finished goods.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| None | | | |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| None | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| None | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| None | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

None

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

     **38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office Furniture & Equipment | See footnote in Part 8 | Tax Basis (See attached Basis and Depreciation Schedule) | Unknown |
| **40. Office fixtures** | | | |
| Roof Top Solar System | $0.00 | Tax Basis (See attached Basis and Depreciation Schedule) | Unknown |
| Leasehold Improvements | $0.00 | Tax Basis (See attached Basis and Depreciation Schedule) | Unknown |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Other Misc. Equipment (Computers, Copier, etc.) | See footnote in Part 8 | Tax Basis (See attached Basis and Depreciation Schedule) | Unknown |

Debtor    **DC Solar Solutions, Inc.**                    Case number (if known) **19-50130-gs**
          Name

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other
    artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
    or baseball card collections; other collections, memorabilia, or collectibles

    **None**

43. **Total of Part 7**                                                    | **Unknown** |

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **Automobiles** | See footnote below | Tax Basis (See attached Basis and Depreciation Schedule) | Unknown |
| 47.2  **Motorcycle** | See footnote below | Tax Basis (See attached Basis and Depreciation Schedule) | Unknown |
| 47.3  **Transportation Equipment (Fractional Interests in Private Jets)** | $5,000,000.00 | Tax Basis (See attached Basis and Depreciation Schedule) | Unknown |
| 47.4  **Transportation Equipment (Water Trailer)** | See footnote below | Tax Basis (See attached Basis and Depreciation Schedule) | Unknown |
| 48. **Watercraft, trailers, motors, and related accesories** *Examples:* Boats trailers, motors, floating homes, personal watercraft, and fishing vesels<br>**None** | | *Lines 39, 41, 47.1, 47.2, and 47.4 are included in the $5MM estimate by auctioneer stated on line 22. Line 47.3 is estimated to have a current net book value of $5MM (not included in the auctioneer estimate on Line 22).* | |
| 49. **Aircraft and accesories**<br>**None** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | *Line 47.3 - Fractional Interests in Private Jets were seized by FBI post-petition.* | |
| 50.1  **Tax Basis (See attached Basis and Depreciation Schedule** | Unknown | Tax Basis (See attached Basis and Depreciation Schedule) | Unknown |

| | |
|---|---|
| 51. **Total of Part 8** <br> Add lines 47 through 50. Copy the total to line 87. | **Unknown** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No <br>
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No <br>
☐ Yes

## Part 9:   Real Property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10. <br>
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| Description and location of property <br> Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment, or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest <br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| None | | | | |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any addition sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No <br>
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No <br>
☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11. <br>
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest <br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

# 2017 Federal Depreciation Schedule

## DC SOLAR SOLUTIONS, INC.

12/31/17

Page 1

27-0789917

Form 1120S

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reductn. | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DESKS & CHAIRS | 7/30/09 | | 34,000 | | | | | | | 34,000 | 34,000 | 200DB HY | 5 | | 0 |
| 2 | COMPUTERS | 7/30/09 | | 31,200 | | | | | | | 31,200 | 31,200 | 200DB HY | 3 | | 0 |
| 3 | CONFERENCE TABLE | 7/30/09 | | 2,800 | | | | | | | 2,800 | 2,800 | 200DB HY | 5 | | 0 |
| 4 | PHONE SYSTEM | 7/30/09 | | 26,000 | | | | | | | 26,000 | 26,000 | 200DB HY | 5 | | 0 |
| 5 | PHONES | 7/30/09 | | 11,700 | | | | | | | 11,700 | 11,700 | 200DB HY | 5 | | 0 |
| 6 | PRINTER AND FAX MACHINES | 7/30/09 | | 8,900 | | | | | | | 8,900 | 8,900 | 200DB HY | 5 | | 0 |
| 7 | TELEVISIONS | 7/30/09 | | 1,800 | | | | | | | 1,800 | 1,800 | 200DB HY | 5 | | 0 |
| 8 | SERVER | 7/30/09 | | 4,400 | | | | | | | 4,400 | 4,400 | 200DB HY | 5 | | 0 |
| 9 | FILE CABINETS | 7/30/09 | | 4,800 | | | | | | | 4,800 | 4,800 | 200DB HY | 5 | | 0 |
| 10 | REFRIGERATORS | 7/30/09 | | 1,400 | | | | | | | 1,400 | 1,400 | 200DB HY | 5 | | 0 |
| 11 | KITCHEN | 7/30/09 | | 400 | | | | | | | 400 | 400 | 200DB HY | 5 | | 0 |
| 12 | ERASE BOARDS | 7/30/09 | | 300 | | | | | | | 300 | 300 | 200DB HY | 5 | | 0 |
| 13 | CAMERAS & VIDEO EQUIPMENT | 7/30/09 | | 5,800 | | | | | | | 5,800 | 5,800 | 200DB HY | 5 | | 0 |
| 14 | LAPTOPS | 7/30/09 | | 5,300 | | | | | | | 5,300 | 5,300 | 200DB HY | 3 | | 0 |
| 15 | SOFTWARE | 7/30/09 | | 8,000 | | | | | | | 8,000 | 8,000 | 200DB HY | 3 | | 0 |
| 16 | SMALL EQUIPMENT | 7/30/09 | | 2,500 | | | | | | | 2,500 | 2,500 | 200DB HY | 5 | | 0 |
| 17 | SOLOMETRIC SUN EYE | 7/30/09 | | 2,150 | | | | | | | 2,150 | 1,798 | 200DB HY | 10 | .06550 | 141 |
| 18 | SHADE FINDER | 7/30/09 | | 840 | | | | | | | 840 | 840 | 200DB HY | 5 | | 0 |
| 19 | LETTERS | 7/30/09 | | 750 | | | | | | | 750 | 750 | 200DB HY | 5 | | 0 |
| 20 | SAFETY HARNESS | 7/30/09 | | 1,600 | | | | | | | 1,600 | 1,600 | 200DB HY | 5 | | 0 |
| 21 | ELECTRIC METERS | 7/30/09 | | 2,360 | | | | | | | 2,360 | 2,360 | 200DB HY | 5 | | 0 |
| 22 | MAN LIFT | 7/30/09 | | 6,400 | | | | | | | 6,400 | 6,400 | 200DB HY | 5 | | 0 |
| 23 | PRESSURE MONITORS | 7/30/09 | | 1,440 | | | | | | | 1,440 | 1,440 | 200DB HY | 5 | | 0 |
| 24 | BATTERY BOX 5-10K | 7/30/09 | | 45,000 | | | | | | | 45,000 | 37,627 | 200DB HY | 10 | .06550 | 2,948 |
| 25 | BATTERY BOX 20K | 7/30/09 | | 65,000 | | | | | | | 65,000 | 54,350 | 200DB HY | 10 | .06550 | 4,258 |

12/31/17

# 2017 Federal Depreciation Schedule

## DC SOLAR SOLUTIONS, INC.

Page 2

27-0789917

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | HAND TOOLS | 7/30/09 | | 74,539 | | | | | | | 74,539 | 74,539 | 200DB HY | 5 | | 0 |
| 27 | BIG BAND SAW | 7/30/09 | | 24,664 | | | | | | | 24,664 | 24,664 | 200DB HY | 5 | | 0 |
| 28 | PALLET JACKS | 7/30/09 | | 3,900 | | | | | | | 3,900 | 3,900 | 200DB HY | 5 | | 0 |
| 29 | TOYOTA FORKLIFT | 7/30/09 | | 8,400 | | | | | | | 8,400 | 7,024 | 200DB HY | 10 | .06550 | 550 |
| 30 | RACKING & SHELVING | 7/30/09 | | 43,900 | | | | | | | 43,900 | 36,707 | 200DB HY | 10 | .06550 | 2,875 |
| 31 | SMALL WELDERS | 7/30/09 | | 8,600 | | | | | | | 8,600 | 8,600 | 200DB HY | 5 | | 0 |
| 32 | LANGE WELDERS | 7/30/09 | | 9,200 | | | | | | | 9,200 | 9,200 | 200DB HY | 5 | | 0 |
| 33 | ROLL BENCHES | 7/30/09 | | 4,500 | | | | | | | 4,500 | 4,500 | 200DB HY | 5 | | 0 |
| 34 | LARGE AIR COMP | 7/30/09 | | 5,600 | | | | | | | 5,600 | 5,600 | 200DB HY | 5 | | 0 |
| 35 | SMALL COMPRESSOR | 7/30/09 | | 1,300 | | | | | | | 1,300 | 1,300 | 200DB HY | 5 | | 0 |
| 36 | SPRAY GUNS | 7/30/09 | | 4,700 | | | | | | | 4,700 | 4,700 | 200DB HY | 5 | | 0 |
| 37 | FIRE CABINETS | 7/30/09 | | 7,600 | | | | | | | 7,600 | 7,600 | 200DB HY | 5 | | 0 |
| 38 | DRILL PRESS | 7/30/09 | | 2,800 | | | | | | | 2,800 | 2,800 | 200DB HY | 5 | | 0 |
| 39 | DRILL PRESS | 7/30/09 | | 740 | | | | | | | 740 | 740 | 200DB HY | 5 | | 0 |
| 40 | LOCKERS | 7/30/09 | | 3,400 | | | | | | | 3,400 | 3,400 | 200DB HY | 5 | | 0 |
| 41 | SHOP HEATERS | 7/30/09 | | 2,450 | | | | | | | 2,450 | 2,450 | 200DB HY | 5 | | 0 |
| 42 | 96 DODGE TRUCK | 7/30/09 | | 6,500 | | | | | | | 6,500 | 6,500 | 200DB HY | 5 | | 0 |
| 43 | 2004 E300 VAN | 7/30/09 | | 9,200 | | | | | | | 9,200 | 9,200 | 200DB HY | 5 | | 0 |
| 44 | 1994 BOX VAN | 7/30/09 | | 3,500 | | | | | | | 3,500 | 3,500 | 200DB HY | 5 | | 0 |
| 45 | 10KW GAS GENERATOR | 7/30/09 | | 5,800 | | | | | | | 5,800 | 5,800 | 200DB HY | 5 | | 0 |
| 46 | 25KW DIESEL GENERATOR | 7/30/09 | | 11,300 | | | | | | | 11,300 | 11,300 | 200DB HY | 5 | | 0 |
| 47 | SHOP TRAILER | 7/30/09 | | 2,250 | | | | | | | 2,250 | 2,250 | 200DB HY | 5 | | 0 |
| 48 | STEEL WORK BENCHES | 7/30/09 | | 4,060 | | | | | | | 4,060 | 4,060 | 200DB HY | 5 | | 0 |
| 49 | 36 COOLER FAN | 7/30/09 | | 1,200 | | | | | | | 1,200 | 1,200 | 200DB HY | 5 | | 0 |
| 50 | HITCHES | 7/30/09 | | 2,350 | | | | | | | 2,350 | 2,350 | 200DB HY | 5 | | 0 |
| 51 | SINGLE PHASE CHARGERS | 7/30/09 | | 4,650 | | | | | | | 4,650 | 4,650 | 200DB HY | 5 | | 0 |
| 52 | 3 PHASE CHARGERS | 7/30/09 | | 5,720 | | | | | | | 5,720 | 5,720 | 200DB HY | 5 | | 0 |

| 12/31/17 | | | | | | | | 2017 Federal Depreciation Schedule | | | | | | | | | Page 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DC SOLAR SOLUTIONS, INC. | | | | | | | | | 27-0789917 |
| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/Bonus/Sp. Depr. | Prior Dec. Bal. Depr. | Salvage/Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
| 53 | 50 AMP CHARGER | 7/30/09 | | 850 | | | | | | | 850 | 850 | 200DB HY | 5 | | 0 |
| 54 | AUTO | 7/01/10 | | 2,000 | | | | 1,000 | | | 1,000 | 2,000 | 200DB HY | 5 | | 0 |
| 55 | JIG TABLE | 7/30/09 | | 442,200 | | | | 221,100 | | | 221,100 | 148,650 | 200DB HY | 10 | .06550 | 14,482 |
| 56 | 2011 DODGE RAM | 3/25/11 | | 60,358 | | | | 60,358 | | | 0 | 60,358 | 200DB HY | 5 | | 0 |
| 57 | 2007 DODGE TRUCK | 3/05/11 | | 10,954 | | | | 10,954 | | | 0 | 10,954 | 200DB HY | 5 | | 0 |
| 58 | 2006 HUMMER | 4/08/11 | | 26,000 | | | | | | | 26,000 | 26,000 | 200DB HY | 5 | | 0 |
| 59 | FORD F150 | 5/02/11 | | 25,316 | | | | 25,316 | | | 0 | 25,316 | 200DB HY | 5 | | 0 |
| 60 | MOTORCYCLES | 12/27/11 | | 9,201 | | | | 9,201 | | | 0 | 9,201 | 200DB HY | 5 | | 0 |
| 61 | CISCO PHONE SYSTEM | 5/26/11 | | 23,092 | | | | 23,092 | | | 0 | 23,092 | 200DB HY | 5 | | 0 |
| 62 | VENDING MACHINES | 4/12/11 | | 2,000 | | | | 2,000 | | | 0 | 2,000 | 200DB HY | 5 | | 0 |
| 63 | 2HP COMPUTERS | 3/11/11 | | 1,898 | | | | 1,898 | | | 0 | 1,898 | 200DB HY | 3 | | 0 |
| 64 | PALLETT AND RACKING | 6/09/11 | | 5,163 | | | | 5,163 | | | 0 | 5,163 | 200DB HY | 5 | | 0 |
| 65 | 2 DELL 990 | 8/24/11 | | 2,720 | | | | 2,720 | | | 0 | 2,720 | 200DB HY | 3 | | 0 |
| 66 | FIREWALL | 8/24/11 | | 3,100 | | | | 3,100 | | | 0 | 3,100 | 200DB HY | 5 | | 0 |
| 67 | RACKING AND CABINETS | 9/02/11 | | 1,200 | | | | 1,200 | | | 0 | 1,200 | 200DB HY | 5 | | 0 |
| 68 | COMPUTER | 5/23/11 | | 599 | | | | 599 | | | 0 | 599 | 200DB HY | 3 | | 0 |
| 69 | EQUIPMENT | 12/31/11 | | 7,924 | | | | 7,924 | | | 0 | 7,924 | 200DB HY | 5 | | 0 |
| 70 | FURNITURE | 7/01/11 | | 4,848 | | | | 4,848 | | | 0 | 4,848 | 200DB HY | 5 | | 0 |
| 71 | 2011 RANGE ROVER | 4/08/11 | | 131,244 | | | | 131,244 | | | 0 | 131,244 | 200DB HY | 5 | | 0 |
| 72 | EQUIPMENT CART | 2/06/12 | | 5,300 | | | | | | | 5,300 | 5,227 | 200DB MQ | 5 | .01380 | 73 |
| 73 | 2006 DODGE 2500 SILVER | 6/14/12 | | 20,874 | | | | | | | 20,874 | 19,984 | 200DB MQ | 5 | .04260 | 890 |
| 74 | TOME CLOCK | 6/06/12 | | 271 | | | | 135 | | | 136 | 130 | 200DB MQ | 5 | .04260 | 6 |
| 75 | APPLE COMPUTER | 1/03/12 | | 3,193 | | | | 1,596 | | | 1,597 | 1,597 | 200DB MQ | 3 | | 0 |
| 76 | DELL COMPUTER | 3/12/12 | | 1,863 | | | | 931 | | | 932 | 932 | 200DB MQ | 3 | | 0 |
| 77 | EPSON PRINTER | 6/06/12 | | 296 | | | | 148 | | | 148 | 148 | 200DB MQ | 3 | | 0 |
| 78 | DRILL DRIVER | 9/05/12 | | 410 | | | | 205 | | | 205 | 191 | 200DB MQ | 5 | .07060 | 14 |
| 79 | SPRAY BOOTH | 11/30/12 | | 21,000 | | | | 10,500 | | | 10,500 | 9,495 | 200DB MQ | 5 | .09580 | 1,005 |

| 12/31/17 | | | | | | | 2017 Federal Depreciation Schedule | | | | | | | | | Page 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DC SOLAR SOLUTIONS, INC. | | | | | | | | | 27-0789917 |
| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/Bonus/Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
| 80 | ROOF TOP SOLAR | 1/03/12 | | 1,940 | | | | 970 | 970 | | 970 | 957 | 200DB MQ | 5 | .01380 | 13 |
| 81 | AUTOMOBILE | 7/01/13 | | 32,231 | | | | 16,115 | 16,116 | | 16,116 | 13,157 | 200DB MQ | 5 | .11300 | 1,821 |
| 82 | FURNITURE | 7/01/13 | | 3,683 | | | | 1,841 | 1,842 | | 1,842 | 1,504 | 200DB MQ | 5 | .11300 | 208 |
| 83 | FORKLIFT | 12/28/13 | | 18,345 | | | | | | | 18,345 | 14,581 | 200DB MQ | 5 | .10940 | 2,007 |
| 84 | FORKLIFT | 12/28/13 | | 18,345 | | | | | | | 18,345 | 14,581 | 200DB MQ | 5 | .10940 | 2,007 |
| 85 | FORKLIFT | 12/28/13 | | 18,345 | | | | | | | 18,345 | 14,581 | 200DB MQ | 5 | .10940 | 2,007 |
| 87 | SMALL EQUIPMENT | 7/01/13 | | 567 | | | | 283 | 284 | | 284 | 232 | 200DB MQ | 5 | .11300 | 32 |
| 88 | 2013 DODGE RAM 2500 | 7/29/13 | | 52,386 | | | | 26,193 | 26,193 | | 26,193 | 21,384 | 200DB MQ | 5 | .11300 | 2,960 |
| 89 | 2013 DODGE RAM 2500 CREW | 7/29/13 | | 44,355 | | | | 22,177 | 22,178 | | 22,178 | 18,106 | 200DB MQ | 5 | .11300 | 2,506 |
| 92 | 2014 RAM 2500 | 1/31/14 | | 46,907 | | | | 23,453 | 23,454 | | 23,454 | 16,699 | 200DB HY | 5 | .11520 | 2,702 |
| 93 | 2014 RAM 2500 | 1/31/14 | | 46,919 | | | | 23,459 | 23,460 | | 23,460 | 16,703 | 200DB HY | 5 | .11520 | 2,703 |
| 94 | 2014 RAM 2500 | 5/18/14 | | 61,147 | | | | 30,573 | 30,574 | | 30,574 | 21,769 | 200DB HY | 5 | .11520 | 3,522 |
| 95 | TESLA | 7/14/14 | | 124,234 | | | | 113,074 | 113,074 | | 11,160 | 2,143 | 200DB HY | 5 | .11520 | 1,286 |
| 96 | 2014 TESLA | 7/14/14 | | 124,234 | | | | 113,074 | 113,074 | | 11,160 | 2,143 | 200DB HY | 5 | .11520 | 1,286 |
| 97 | 2014 RAM 2500 | 8/22/14 | | 48,889 | | | | 24,444 | 24,444 | | 24,445 | 17,405 | 200DB HY | 5 | .11520 | 2,816 |
| 98 | 2014 DODGE RAM | 9/16/14 | | 32,025 | | | | 16,012 | 16,012 | | 16,013 | 11,401 | 200DB HY | 5 | .11520 | 1,845 |
| 99 | 2014 DODGE RAM | 9/30/14 | | 48,582 | | | | 24,291 | 24,291 | | 24,291 | 17,295 | 200DB HY | 5 | .11520 | 2,798 |
| 100 | 2014 DODGE RAM | 9/30/14 | | 57,825 | | | | 28,912 | 28,913 | | 28,913 | 20,586 | 200DB HY | 5 | .11520 | 3,331 |
| 101 | 2014 DODGE RAM | 10/10/14 | | 50,124 | | | | 25,062 | 25,062 | | 25,062 | 17,844 | 200DB HY | 5 | .11520 | 2,887 |
| 102 | 2014 DODGE RAM | 10/17/14 | | 63,506 | | | | 31,753 | 31,753 | | 31,753 | 22,609 | 200DB HY | 5 | .11520 | 3,658 |
| 103 | 2015 DODGE RAM | 10/28/14 | | 51,076 | | | | 25,538 | 25,538 | | 25,538 | 18,183 | 200DB HY | 5 | .11520 | 2,942 |
| 104 | 2014 RAM 1500 | 11/11/14 | | 33,719 | | | | 16,859 | 16,860 | | 16,860 | 12,004 | 200DB HY | 5 | .11520 | 1,942 |
| 105 | 2014 TESLA MODEL D | 12/16/14 | | 147,535 | | | | 136,375 | | | 11,160 | 2,143 | 200DB HY | 5 | .11520 | 1,286 |
| 106 | DESKS | 7/30/14 | | 1,842 | | | | 921 | 921 | | 921 | 656 | 200DB HY | 5 | .11520 | 106 |
| 107 | OFFICE FURNITURE | 9/04/14 | | 7,054 | | | | 3,527 | 3,527 | | 3,527 | 2,511 | 200DB HY | 5 | .11520 | 406 |
| 108 | OFFICE FURNITURE | 9/04/14 | | 607 | | | | 303 | 304 | | 304 | 216 | 200DB HY | 5 | .11520 | 35 |
| 109 | TOOLS | 2/04/14 | | 1,087 | | | | 543 | 544 | | 544 | 387 | 200DB HY | 5 | .11520 | 63 |

**12/31/17**  **2017 Federal Depreciation Schedule**  **Page 5**

**DC SOLAR SOLUTIONS, INC.**

27-0789917

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | OFFICE EQUIPMENT | 7/01/14 | | 8,000 | | | | 4,000 | | | 4,000 | 2,848 | 200DB HY | 5 | .11520 | 461 |
| 111 | TELEPHONE SYSTEM | 6/03/14 | | 11,663 | | | | 5,831 | | | 5,832 | 4,153 | 200DB HY | 5 | .11520 | 672 |
| 112 | COMPUTER | 9/27/14 | | 2,350 | | | | 1,175 | | | 1,175 | 1,088 | 200DB HY | 3 | .07410 | 87 |
| 113 | COPY/LABEL MACHINE | 2/04/14 | | 13,000 | | | | 6,500 | | | 6,500 | 4,628 | 200DB HY | 5 | .11520 | 749 |
| 114 | COPY/LABEL MAKER | 2/12/14 | | 12,844 | | | | 6,422 | | | 6,422 | 4,572 | 200DB HY | 5 | .11520 | 740 |
| 115 | COPIER | 6/13/14 | | 7,630 | | | | 3,815 | | | 3,815 | 2,716 | 200DB HY | 5 | .11520 | 439 |
| 116 | HYSTER FORKLIFT | 1/09/14 | | 3,500 | | | | 1,750 | | | 1,750 | 1,246 | 200DB HY | 5 | .11520 | 202 |
| 117 | MILLING MACHINE | 6/10/14 | | 3,800 | | | | 1,900 | | | 1,900 | 1,353 | 200DB HY | 5 | .11520 | 219 |
| 118 | FORKLIFT | 6/30/14 | | 7,500 | | | | 3,750 | | | 3,750 | 2,670 | 200DB HY | 5 | .11520 | 432 |
| 119 | WAREHOUSE EQUIPMENT | 7/31/14 | | 26,368 | | | | 13,184 | | | 13,184 | 9,387 | 200DB HY | 5 | .11520 | 1,519 |
| 120 | DIESEL GENERATORS | 8/16/14 | | 4,000 | | | | 2,000 | | | 2,000 | 1,424 | 200DB HY | 5 | .11520 | 230 |
| 121 | FORKLIFT EQUIPMENT | 8/22/14 | | 1,400 | | | | 700 | | | 700 | 498 | 200DB HY | 5 | .11520 | 81 |
| 122 | BATTERY CHARGER | 9/26/14 | | 2,015 | | | | 1,007 | | | 1,008 | 718 | 200DB HY | 5 | .11520 | 116 |
| 123 | BATTERY CHARGER | 9/25/14 | | 2,015 | | | | 1,007 | | | 1,008 | 718 | 200DB HY | 5 | .11520 | 116 |
| 124 | BATTERY CHARGER | 9/26/14 | | 2,015 | | | | 1,007 | | | 1,008 | 718 | 200DB HY | 5 | .11520 | 116 |
| 125 | BATTERY CHARGER | 9/26/14 | | 2,015 | | | | 1,007 | | | 1,008 | 718 | 200DB HY | 5 | .11520 | 116 |
| 126 | BATTERY CHARGER | 9/26/14 | | 2,015 | | | | 1,007 | | | 1,008 | 718 | 200DB HY | 5 | .11520 | 116 |
| 127 | WATERING CART | 10/14/14 | | 2,610 | | | | 1,305 | | | 1,305 | 930 | 200DB HY | 5 | .11520 | 150 |
| 128 | ACCESORIES | 10/14/14 | | 152 | | | | 76 | | | 76 | 55 | 200DB HY | 5 | .11520 | 9 |
| 129 | LOADING RAMP | 10/30/14 | | 16,800 | | | | 8,400 | | | 8,400 | 5,981 | 200DB HY | 5 | .11520 | 968 |
| 130 | ACCESORIES | 11/07/14 | | 711 | | | | 355 | | | 356 | 253 | 200DB HY | 5 | .11520 | 41 |
| 131 | BATTERY CHARGER | 11/07/14 | | 2,485 | | | | 1,242 | | | 1,243 | 886 | 200DB HY | 5 | .11520 | 143 |
| 132 | BATTERY CHARGER | 11/07/14 | | 2,485 | | | | 1,242 | | | 1,243 | 886 | 200DB HY | 5 | .11520 | 143 |
| 133 | BATTERY CHARGER | 11/07/14 | | 2,485 | | | | 1,242 | | | 1,243 | 886 | 200DB HY | 5 | .11520 | 143 |
| 134 | BATTERY CHARGER | 11/07/14 | | 2,485 | | | | 1,242 | | | 1,243 | 886 | 200DB HY | 5 | .11520 | 143 |
| 135 | BATTERY CHARGER | 11/07/14 | | 2,485 | | | | 1,242 | | | 1,243 | 886 | 200DB HY | 5 | .11520 | 143 |
| 136 | LOAD BANK | 11/26/14 | | 4,000 | | | | 2,000 | | | 2,000 | 1,424 | 200DB HY | 5 | .11520 | 230 |

| 12/31/17 | | | | | | | | | | | | | 2017 Federal Depreciation Schedule | | | Page 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**DC SOLAR SOLUTIONS, INC.**

27-0789917

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/Bonus/Sp. Depr. | Prior Dec. Bal. Depr. | Salvage/Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 137 | FORK ATTACHMENT | 11/26/14 | | 855 | | | | 427 | | | 428 | 305 | 200DB HY | 5 | .11520 | 49 |
| 138 | MITERING SAW | 12/05/14 | | 7,339 | | | | 3,669 | | | 3,670 | 2,614 | 200DB HY | 5 | .11520 | 423 |
| 139 | EQUIPMENT | 7/01/14 | | 10,002 | | | | 5,001 | | | 5,001 | 3,561 | 200DB HY | 5 | .11520 | 576 |
| 141 | DODGE RAM | 1/06/15 | | 48,890 | | | | 24,445 | | | 24,445 | 12,711 | 200DB HY | 5 | .19200 | 4,693 |
| 142 | DODGE RAM | 1/06/15 | | 48,890 | | | | 24,445 | | | 24,445 | 12,711 | 200DB HY | 5 | .19200 | 4,693 |
| 143 | DODGE RAM | 9/29/15 | | 50,104 | | | | 25,052 | | | 25,052 | 13,027 | 200DB HY | 5 | .19200 | 4,810 |
| 144 | DODGE RAM | 9/29/15 | | 57,293 | | | | 28,646 | | | 28,647 | 14,897 | 200DB HY | 5 | .19200 | 5,500 |
| 145 | CAMERA EQUIPMENT | 7/29/15 | | 7,007 | | | | 3,503 | | | 3,504 | 1,822 | 200DB HY | 5 | .19200 | 673 |
| 146 | CAMERA EQUIPMENT | 11/12/15 | | 2,430 | | | | 1,215 | | | 1,215 | 632 | 200DB HY | 5 | .19200 | 233 |
| 147 | TOOLS | 2/24/15 | | 3,832 | | | | 1,916 | | | 1,916 | 996 | 200DB HY | 5 | .19200 | 368 |
| 148 | TOOLS | 4/02/15 | | 343 | | | | 171 | | | 172 | 90 | 200DB HY | 5 | .19200 | 33 |
| 149 | TOOLS | 5/12/15 | | 8,515 | | | | 4,257 | | | 4,258 | 2,215 | 200DB HY | 5 | .19200 | 818 |
| 150 | TOOLS | 6/01/15 | | 849 | | | | 424 | | | 425 | 221 | 200DB HY | 5 | .19200 | 82 |
| 151 | FUEL METER | 10/16/15 | | 2,640 | | | | 1,320 | | | 1,320 | 686 | 200DB HY | 5 | .19200 | 253 |
| 152 | TOOLS | 12/10/15 | | 2,298 | | | | 1,149 | | | 1,149 | 598 | 200DB HY | 5 | .19200 | 221 |
| 153 | COMPUTER EQUIPMENT | 8/04/15 | | 2,138 | | | | 1,069 | | | 1,069 | 831 | 200DB HY | 3 | .14810 | 158 |
| 154 | APPLE COMPUTER | 8/17/15 | | 5,268 | | | | 2,634 | | | 2,634 | 2,049 | 200DB HY | 3 | .14810 | 390 |
| 155 | COMPUTER | 11/05/15 | | 2,082 | | | | 1,041 | | | 1,041 | 810 | 200DB HY | 3 | .14810 | 154 |
| 156 | FORKLIFT | 1/23/15 | | 22,500 | | | | | | | 22,500 | 11,700 | 200DB HY | 5 | .19200 | 4,320 |
| 157 | PNEUMATIC | 1/30/15 | | 6,509 | | | | 3,254 | | | 3,255 | 1,693 | 200DB HY | 5 | .19200 | 625 |
| 158 | PNEUMATIC | 1/30/15 | | 6,509 | | | | 3,254 | | | 3,255 | 1,693 | 200DB HY | 5 | .19200 | 625 |
| 159 | FORKLIFT | 2/17/15 | | 16,800 | | | | | | | 16,800 | 8,736 | 200DB HY | 5 | .19200 | 3,226 |
| 160 | TOOLS | 2/27/15 | | 932 | | | | 466 | | | 466 | 242 | 200DB HY | 5 | .19200 | 89 |
| 161 | FORKLIFT | 4/01/15 | | 17,500 | | | | | | | 17,500 | 9,100 | 200DB HY | 5 | .19200 | 3,360 |
| 162 | FORKLIFT EQUIPMENT | 9/02/15 | | 1,373 | | | | 686 | | | 687 | 358 | 200DB HY | 5 | .19200 | 132 |
| 163 | FORK SET | 9/02/15 | | 1,324 | | | | 662 | | | 662 | 344 | 200DB HY | 5 | .19200 | 127 |
| 164 | FORKLIFT | 10/21/15 | | 16,800 | | | | | | | 16,800 | 8,736 | 200DB HY | 5 | .19200 | 3,226 |

| 12/31/17 | | | | | | | | 2017 Federal Depreciation Schedule | | | | | | | | Page 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | DC SOLAR SOLUTIONS, INC. | | | | | | | | 27-0789917 |

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp.Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Dec. Bal. Depr. | Prior Depr. | Method | Life | Rate | Current Depr. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 165 | TOOLS | 11/30/15 | | 1,674 | | | | 837 | | 837 | | 435 | 200DB HY | 5 | .19200 | 161 |
| 166 | TOOLS | 12/16/15 | | 4,300 | | | | 2,150 | | 2,150 | | 1,118 | 200DB HY | 5 | .19200 | 413 |
| 167 | TOOLS | 12/16/15 | | 3,620 | | | | 1,810 | | 1,810 | | 941 | 200DB HY | 5 | .19200 | 348 |
| 168 | 2016 DODGE RAM 2500 | 11/01/16 | | 55,352 | | | | 27,676 | | 27,676 | | 29,060 | 200DB MQ | 5 | .38000 | 0 |
| 169 | 2016 DODGE RAM 2500 | 11/01/16 | | 55,124 | | | | 27,562 | | 27,562 | | 28,940 | 200DB MQ | 5 | .38000 | 0 |
| 170 | 2016 DODGE RAM 2500 | 11/01/16 | | 52,253 | | | | 26,127 | | 26,126 | | 27,433 | 200DB MQ | 5 | .38000 | 0 |
| 171 | 2016 DODGE RAM 2500 | 11/01/16 | | 52,253 | | | | 26,127 | | 26,126 | | 27,433 | 200DB MQ | 5 | .38000 | 0 |
| 172 | 2016 DODGE RAM 2500 | 11/01/16 | | 51,848 | | | | 27,220 | | 24,628 | | 1,231 | 200DB MQ | 5 | .38000 | 9,359 |
| 173 | 2016 DODGE RM 2500 | 11/01/16 | | 52,253 | | | | 26,127 | | 26,126 | | 27,433 | 200DB MQ | 5 | .38000 | 0 |
| 174 | 2016 DODGE RAM 2500 | 11/01/16 | | 52,253 | | | | 26,127 | | 26,126 | | 27,433 | 200DB MQ | 5 | .38000 | 0 |
| 175 | 2016 DODGE RAM 2500 | 11/01/16 | | 52,253 | | | | 26,127 | | 26,126 | | 27,433 | 200DB MQ | 5 | .38000 | 0 |
| 176 | 2016 DODGE RAM 2500 | 11/01/16 | | 52,253 | | | | 26,127 | | 26,126 | | 27,433 | 200DB MQ | 5 | .38000 | 0 |
| 177 | 2016 DODGE RAM 2500 | 11/01/16 | | 52,253 | | | | 26,127 | | 26,126 | | 27,433 | 200DB MQ | 5 | .38000 | 0 |
| 178 | 2016 DODGE RAM 2500 | 11/01/16 | | 52,253 | | | | 26,127 | | 26,126 | | 27,433 | 200DB MQ | 5 | .38000 | 0 |
| 179 | 2016 DODGE RAM 2500 | 11/01/16 | | 52,253 | | | | 26,127 | | 26,126 | | 27,433 | 200DB MQ | 5 | .38000 | 0 |
| 180 | 2016 DODGE RAM | 11/01/16 | | 71,272 | | | | 35,636 | | 35,636 | | 37,418 | 200DB MQ | 5 | .38000 | 0 |
| 181 | 2016 DODGE RAM | 11/01/16 | | 64,805 | | | | 32,403 | | 32,402 | | 34,023 | 200DB MQ | 5 | .38000 | 0 |
| 182 | TRANSPORTATION EQUIPMENT | 9/30/16 | 10/18/17 | 1,577,601 | | | | 788,801 | | 788,800 | | 788,800 | 200DB MQ | 5 | .34000 | 0 |
| 183 | TRANSPORTATION EQUIPMENT | 12/06/16 | 10/18/17 | 3,118,750 | | | | 1,559,375 | | 1,559,375 | | 1,559,375 | 200DB MQ | 5 | .38000 | 0 |
| 184 | OFFICE FURNITURE | 7/13/16 | | 133,439 | | | | 66,720 | | 66,719 | | 76,727 | 200DB MQ | 5 | .34000 | 0 |
| 185 | OFFICE FURNITURE | 7/22/16 | | 1,547 | | | | 774 | | 773 | | 890 | 200DB MQ | 5 | .34000 | 0 |
| 186 | FURNITURE | 8/16/16 | | 12,316 | | | | 6,158 | | 6,158 | | 7,082 | 200DB MQ | 5 | .34000 | 0 |
| 187 | CANYON SPORTS | 10/29/16 | | 3,288 | | | | 1,644 | | 1,644 | | 7,082 | 200DB MQ | 5 | .38000 | 0 |
| 188 | INSIGHT GLASS | 10/31/16 | | 1,200 | | | | 600 | | 600 | | 630 | 200DB MQ | 5 | .38000 | 0 |
| 189 | SMALL EQUIPMENT | 7/01/16 | | 23,114 | | | | 11,557 | | 11,557 | | 13,291 | 200DB MQ | 5 | .34000 | 0 |
| 190 | PHONE SYSTEM | 2/11/16 | | 137,963 | | | | 68,982 | | 68,981 | | 93,125 | 200DB MQ | 5 | .26000 | 0 |
| 191 | PHONE SYSTEM | 2/11/16 | | 82,769 | | | | 41,385 | | 41,384 | | 55,869 | 200DB MQ | 5 | .26000 | 0 |

| 12/31/17 | | | | | | | | 2017 Federal Depreciation Schedule | | | | | | | | Page 8 |

**DC SOLAR SOLUTIONS, INC.**

27-0789917

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 192 | PHONE SYSTEM | 2/11/16 | | 82,769 | | | | 41,385 | | | 41,384 | 55,869 | 200DB MQ | 5 | .26000 | 0 |
| 193 | PHONE SYSTEM | 5/09/16 | | 141,796 | | | | 70,898 | | | 70,898 | 88,623 | 200DB MQ | 5 | .30000 | 0 |
| 194 | PHONE SYSTEM | 8/08/16 | | 40,668 | | | | 20,334 | | | 20,334 | 23,384 | 200DB MQ | 5 | .34000 | 0 |
| 195 | PHONE SYSTEM | 8/08/16 | | 20,050 | | | | 10,025 | | | 10,025 | 11,529 | 200DB MQ | 5 | .34000 | 0 |
| 196 | PHONE EQUIPMENT | 8/19/16 | | 17,746 | | | | 8,873 | | | 8,873 | 10,204 | 200DB MQ | 5 | .34000 | 0 |
| 197 | PHONE SYSTEM | 9/21/16 | | 42,435 | | | | 21,218 | | | 21,217 | 24,400 | 200DB MQ | 5 | .34000 | 0 |
| 198 | COPIER | 12/08/16 | | 23,980 | | | | 11,990 | | | 11,990 | 12,590 | 200DB MQ | 5 | .38000 | 0 |
| 199 | PHONE EQUIPMENT | 2/11/16 | | 8,325 | | | | 4,163 | | | 4,162 | 5,619 | 200DB MQ | 5 | .26000 | 0 |
| 200 | PHONE EQUIPMENT | 2/11/16 | | 19,000 | | | | 9,500 | | | 9,500 | 12,825 | 200DB MQ | 5 | .26000 | 0 |
| 201 | COMMUNICATIONS EQUIPMENT | 2/29/16 | | 21,378 | | | | 10,689 | | | 10,689 | 14,430 | 200DB MQ | 5 | .26000 | 0 |
| 202 | COMPUTER | 7/22/16 | | 6,167 | | | | 3,084 | | | 3,083 | 3,546 | 200DB MQ | 5 | .34000 | 0 |
| 203 | PHONE SYSTEM | 8/02/16 | | 14,641 | | | | 7,321 | | | 7,320 | 8,419 | 200DB MQ | 5 | .34000 | 0 |
| 204 | MACHINERY | 7/01/16 | | 13,728 | | | | 6,864 | | | 6,864 | 7,894 | 200DB MQ | 5 | .34000 | 0 |
| 205 | AIR TRANSPORTATION EQUIP | 12/20/13 | 10/18/17 | 833,125 | | | | 426,562 | | | 426,563 | 426,563 | 200DB HY | 5 | .11520 | 0 |
| 206 | Outlaw Prevost H3-45 | 1/01/17 | | 1,300,395 | | | 650,198 | | | | 650,197 | | 200DB MQ | 5 | .35000 | 227,569 |
| 207 | 2017 Chevy Volt VIN#84901 | 3/27/17 | | 39,890 | | | 11,160 | | | | 28,730 | | 200DB MQ | 5 | .35000 | 0 |
| 208 | 2017 Chevy Volt VIN#88476 | 3/27/17 | | 39,735 | | | 11,160 | | | | 28,575 | | 200DB MQ | 5 | .35000 | 0 |
| 209 | 2017 Chevy Volt VIN#91587 | 3/27/17 | | 39,359 | | | 11,160 | | | | 28,199 | | 200DB MQ | 5 | .35000 | 0 |
| 210 | 2017 Chevy Volt VIN#03093 | 4/26/17 | | 39,254 | | | 11,160 | | | | 28,094 | | 200DB MQ | 5 | .25000 | 0 |
| 211 | 2017 Chevy Volt VIN#03889 | 4/26/17 | | 39,254 | | | 11,160 | | | | 28,094 | | 200DB MQ | 5 | .25000 | 0 |
| 212 | Phenom 300 - 15.625% | 10/18/17 | | 917,890 | | | 917,890 | | | | 0 | | 200DB MQ | 5 | .05000 | 0 |
| 213 | Citation Latitude-21.875% | 10/18/17 | | 2,249,032 | | | 2,249,032 | | | | 0 | | 200DB MQ | 5 | .05000 | 0 |
| 214 | Challenger 350 - 18.75% | 10/18/17 | | 1,776,456 | | | 1,776,456 | | | | 0 | | 200DB MQ | 5 | .05000 | 0 |
| 215 | DCS288 4 table top glass | 1/04/17 | | 928 | | | 464 | | | | 464 | 464 | 200DB MQ | 7 | .25000 | 116 |
| 216 | Welding Table | 1/12/17 | | 15,590 | | | 7,795 | | | | 7,795 | 7,795 | 200DB MQ | 7 | .25000 | 1,949 |
| 217 | Welding Table Accessory K | 1/24/17 | | 5,590 | | | 2,795 | | | | 2,795 | 2,795 | 200DB MQ | 7 | .25000 | 699 |
| 218 | Furniture | 1/12/17 | | 4,079 | | | 2,040 | | | | 2,039 | 2,039 | 200DB MQ | 7 | .25000 | 510 |

**12/31/17**   **2017 Federal Depreciation Schedule**   **Page 9**

**DC SOLAR SOLUTIONS, INC.**

27-0789917

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Our 179 Bonus | Special Depr. Allow. | Prior 179/Bonus/Sp.Depr. | Prior Dec. Bal. Depr. | Salvage/Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 219 | Welding Table | 1/24/17 | | 15,590 | | | 7,795 | | | | 7,795 | | 200DB MQ | 7 | .25000 | 1,949 |
| 220 | Welding Table Accessory K | 1/24/17 | | 2,795 | | | 1,398 | | | | 1,397 | | 200DB MQ | 7 | .25000 | 349 |
| 221 | Conference Room Table Top | 3/10/17 | | 920 | | | 460 | | | | 460 | | 200DB MQ | 7 | .25000 | 115 |
| 222 | Sony KD70X690E 70in 4K HD | 10/02/17 | | 1,636 | | | 1,636 | | | | 0 | | 200DB MQ | 5 | .05000 | 0 |
| 223 | 36" Ride On Auto Scrubber | 1/12/17 | | 25,607 | | | 12,804 | | | | 12,803 | | 200DB MQ | 5 | .35000 | 4,481 |
| 224 | Workstation EPIQ TK | 2/02/17 | | 17,335 | | | 8,668 | | | | 8,667 | | 200DB MQ | 7 | .25000 | 2,167 |
| 225 | 37PC Mstr SD Bit KT | 2/09/17 | | 185 | | | 93 | | | | 92 | | 200DB MQ | 5 | .35000 | 32 |
| 226 | HX WRSET, SKSET, HX LNG D | 2/09/17 | | 4,445 | | | 2,223 | | | | 2,222 | | 200DB MQ | 5 | .35000 | 778 |
| 227 | Inv# 0713746361 DCS 441 | 7/13/17 | | 498 | | | 249 | | | | 249 | | 200DB MQ | 5 | .15000 | 37 |
| 228 | Snap On sockets and flash | 11/09/17 | | 395 | | | 395 | | | | 0 | | 200DB MQ | 5 | .05000 | 0 |
| 229 | 28K RC Midblu Tgry tr and | 8/03/17 | | 7,541 | | | 3,771 | | | | 3,770 | | 200DB MQ | 5 | .15000 | 566 |
| 230 | Inv# 0921174B127 | 9/21/17 | | 1,645 | | | 823 | | | | 822 | | 200DB MQ | 5 | .15000 | 123 |
| 231 | Blue Point Sightglass Inf | 9/28/17 | | 97 | | | 97 | | | | 0 | | 200DB MQ | 5 | .15000 | 0 |
| 232 | 18NC Nat Crse thr Tap | 10/05/17 | | 68 | | | 68 | | | | 0 | | 200DB MQ | 5 | .15000 | 0 |
| 233 | IP Phone IP655, Anti gla | 2/09/17 | | 10,988 | | | 5,494 | | | | 5,494 | | 200DB MQ | 5 | .35000 | 1,923 |
| 234 | IP Phone | 6/03/17 | | 6,058 | | | 3,029 | | | | 3,029 | | 200DB MQ | 5 | .25000 | 757 |
| 235 | Voice Data, Alarm | 7/21/17 | | 37,720 | | | 18,860 | | | | 18,860 | | 200DB MQ | 5 | .15000 | 2,829 |
| 236 | Welding Equipment | 2/28/17 | | 2,108 | | | 1,054 | | | | 1,054 | | 200DB MQ | 5 | .35000 | 369 |
| 237 | 2011 Toyota Forklift | 10/18/17 | | 27,489 | | | 11,160 | | | | 16,329 | | 200DB MQ | 5 | .05000 | 0 |
| 238 | 2013 Toyota Forklift | 10/18/17 | | 28,389 | | | 11,160 | | | | 17,229 | | 200DB MQ | 5 | .05000 | 0 |
| 239 | Conference Room Audio / V | 11/29/17 | | 29,290 | | | 29,290 | | | | 0 | | 200DB MQ | 5 | .05000 | 0 |
| 240 | Vegas Security Camera | 12/12/17 | | 2,972 | | | 2,972 | | | | 0 | | 200DB MQ | 5 | .05000 | 0 |
| 241 | EQUIPMENT | 8/31/17 | | 343 | | | 172 | | | | 171 | | 200DB MQ | 5 | .05000 | 26 |
| 242 | Fortigate 200E | 11/18/17 | | 6,124 | | | 6,124 | | | | 0 | | 200DB MQ | 5 | .15000 | 0 |
| 243 | Water Trailer | 8/28/17 | | 5,995 | | | 2,598 | | | | 2,997 | | 200DB MQ | 5 | .15000 | 450 |
| | Total | | | 16,868,648 | | 0 | 5,795,263 | 5,033,437 | 0 | 0 | 6,039,948 | 5,172,773 | | | | 382,873 |

| | | | |
|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | |
| | Unknown | Unknown | Unknown | Unknown |
| 61. | Internet domain names and websites | | |
| | www.dcsolarsolutions.com | Unknown | Unknown | Unknown |
| 62. | Licenses, franchises, and royalties | | |
| | Unknown | Unknown | Unknown | Unknown |
| 63. | Customer lists, mailing lists, or other compilations | | |
| | Unknown | Unknown | Unknown | Unknown |
| 64. | Other intangibles, or intellectual property | | |
| | Sirius Light Tower | Unknown | Unknown | Unknown |
| 65. | Goodwill | | |
| | Unknown | Unknown | Unknown | Unknown |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                            Unknown

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

**70.   Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of
debtor's interest

**71.** **Notes receivable**

Description (include name of obligor)

Unknown                         Unknown  −  Unknown  ═➡  Unknown

Total face amount        doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Unknown                                              Tax year: _____          Unknown

**73.** **Interests in insurance policies or annuities**

Unknown                                                                                 Unknown

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor  **DC Solar Solutions, Inc.** _____  Case number (if known) **19-50130-gs**
Name

| Unknown | | Unknown |
|---|---|---|

Nature of claim            Unknown _____

Amount requested          _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Unknown | | Unknown |
|---|---|---|

Nature of claim            Unknown _____

Amount requested          _____

76. **Trusts, equitable or future interests in property**

| Unknown | | Unknown |
|---|---|---|

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

| Unknown | | |
|---|---|---|

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

| Unknown |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | ($2,575.84) | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $9,691,061.63 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | Unknown | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $5,000,000.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | Unknown | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | Unknown | |

Debtor    **DC Solar Solutions, Inc.**                                    Case number (if known) **19-50130-gs**
          Name

| | | |
|---|---|---|
| 88. | **Real property.** *Copy line 56, Part 9*.............................................➔ | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown |
| 90. | **All other assets.** *Copy line 78, Part 11.*                    + | Unknown |
| 91. | **Total.** Add lines 80 through 90 for each column... 91a.    $14,688,485.79    **+** 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................... | $14,688,485.79 |

Fill in this information to identify the case:

Debtor name _____ DC Solar Solutions, Inc. _____

United States Bankruptcy Court for the:
_____ District of Nevada, Reno Division _____

Case number (if known): _____ 19-50130-GS _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** Creditor's name | Describe debtor's property that is subject to a lien | | |
| Ally Financial Inc. | **Describe the lien** | unknown | Unknown |
| **Creditor's mailing address** | Ram 2500 VIN #230416 | | |
| PO Box 360902 | **Is the creditor an insider or related party?** | | |
| Bloomington, MN 55436-0902 | ☑ No | | |
| **Creditor's email address, if known** | ☐ Yes. | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** _____ | ☑ No | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| ☑ No. | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

Unknown

Debtor    DC Solar Solutions, Inc.                                    Case number *(if known)*  19-50130-GS
          Name

**Part 1:    Additional Page**

| | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

**2.2**

**Creditor's name**

Ally Financial Inc.

**Creditor's mailing address**

PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Ram 2500 VIN #298259

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

unknown    Unknown

---

**2.3**

**Creditor's name**

Ally Financial Inc.

**Creditor's mailing address**

PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Ram 2500 VIN #277904

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

unknown    Unknown

---

Debtor    DC Solar Solutions, Inc.                                    Case number *(if known)*  19-50130-GS
Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

---

**2.4**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #277905

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: unknown

Value of collateral: Unknown

---

**2.5**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #277906

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: unknown

Value of collateral: Unknown

---

Debtor    DC Solar Solutions, Inc.                                    Case number *(if known)* 19-50130-GS
_____            _____
          Name

| Part 1: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.6**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902
Bloomington, MN 55436-0902

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**                    unknown            Unknown

**Describe the lien**
Ram 2500 VIN #277907

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902
Bloomington, MN 55436-0902

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**                    unknown            Unknown

**Describe the lien**
Ram 2500 VIN #586533

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor      DC Solar Solutions, Inc.                                   Case number *(if known)*  19-50130-GS
            Name

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.8**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account number        ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #586534

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: unknown
Value of collateral: Unknown

---

**2.9**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account number        ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #586535

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: unknown
Value of collateral: Unknown

Debtor     DC Solar Solutions, Inc.                                              Case number *(if known)*  19-50130-GS
            Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.10**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #586536

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown

Column B: Unknown

---

**2.11**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #586537

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown

Column B: Unknown

---

Debtor      DC Solar Solutions, Inc.                                    Case number *(if known)*  19-50130-GS
            Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.12**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902
Bloomington, MN 55436-0902

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number**       ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #586538

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown
Column B: Unknown

---

**2.13**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902
Bloomington, MN 55436-0902

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number**       ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #586539

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown
Column B: Unknown

---

Debtor      DC Solar Solutions, Inc.                                    Case number *(if known)* 19-50130-GS
            Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

---

**2.14**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account
number           ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #586540

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: unknown        Value of collateral: Unknown

---

**2.15**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account
number           ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #586541

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: unknown        Value of collateral: Unknown

---

Debtor    DC Solar Solutions, Inc.                                     Case number *(if known)*  19-50130-GS
          Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim**
Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.16**

**Creditor's name**

Ally Financial Inc.

**Creditor's mailing address**

PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Ram 2500 VIN #586542

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: Unknown

---

**2.17**

**Creditor's name**

Ally Financial Inc.

**Creditor's mailing address**

PO Box 360902

Bloomington, MN 55436-0902

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Ram 2500 VIN #597646

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: Unknown

---

Debtor    DC Solar Solutions, Inc.                                          Case number *(if known)*  19-50130-GS
          Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

---

**2.18**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902
Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #277908

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown | Unknown

---

**2.19**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902
Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Ram 2500 VIN #550625

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown | Unknown

---

Debtor ___DC Solar Solutions, Inc._____    Case number *(if known)* __19-50130-GS__
         Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.20**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902
Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Chevy Volt Vin # 184901

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown
Column B: Unknown

---

**2.21**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902
Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Chevy Volt Vin # 189746

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown
Column B: Unknown

---

Debtor    DC Solar Solutions, Inc.                                        Case number *(if known)*  19-50130-GS
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.22**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902
Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Chevy Volt Vin # 191587

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown

Column B: Unknown

---

**2.23**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902
Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Chevy Volt Vin # 203093

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown

Column B: Unknown

---

Debtor     DC Solar Solutions, Inc.                                      Case number *(if known)* 19-50130-GS
           Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.24**

**Creditor's name**
Ally Financial Inc.

**Creditor's mailing address**
PO Box 360902
Bloomington, MN 55436-0902

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Chevy Volt Vin # 203689

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown

Column B: Unknown

---

**2.25**

**Creditor's name**
Toyota Industries Commercial Finance Inc.

**Creditor's mailing address**
Po Box 660926
Dallas, TX 75266-0926

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Forklift 8FGU25-88245

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown

Column B: Unknown

---

Debtor    DC Solar Solutions, Inc.                                    Case number *(if known)* 19-50130-GS
          Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.26**

**Creditor's name**
Toyota Industries Commercial Finance Inc.                                                                unknown          Unknown

**Creditor's mailing address**
Po Box 660926
Dallas, TX 75266-0926

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Forklift 8FGU25-88210

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

---

**2.27**

**Creditor's name**
Toyota Industries Commercial Finance Inc.                                                                unknown          Unknown

**Creditor's mailing address**
Po Box 660926
Dallas, TX 75266-0926

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Forklift 8FGU25-88211

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

Debtor    DC Solar Solutions, Inc.    Case number *(if known)* 19-50130-GS
　　　　　Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.28**

**Creditor's name**
Toyota Industries Commercial Finance Inc.

**Creditor's mailing address**
Po Box 660926
Dallas, TX 75266-0926

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Forklift 8FGU25-88203

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown    Unknown

**2.29**

**Creditor's name**
Toyota Industries Commercial Finance Inc.

**Creditor's mailing address**
Po Box 660926
Dallas, TX 75266-0926

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Forklift 8BWST32F43-11286

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown    Unknown

Debtor    DC Solar Solutions, Inc.                    Case number *(if known)*   19-50130-GS
         Name

**Part 1:**   **Additional Page**

| | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.30**

**Creditor's name**

Toyota Industries Commercial Finance Inc.

**Creditor's mailing address**

Po Box 660926

Dallas, TX 75266-0926

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Forklift 8BWST32F43-11285

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown     Column B: Unknown

---

**2.31**

**Creditor's name**

Trans Lease Inc.

**Creditor's mailing address**

Po Box 172686

Denver, CO 80217-2686

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Motorhome

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown     Column B: Unknown

---

Debtor    DC Solar Solutions, Inc.                                    Case number *(if known)* 19-50130-GS
          Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | ____ ____ ____ ____ |

Fill in this information to identify the case:

Debtor name           DC Solar Solutions, Inc.

United States Bankruptcy Court for the:

          District of Nevada, Reno Division

Case number (if known):        19-50130-GS

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
     ☐ No. Go to Part 2.
     ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>Aguilera, Daniel<br><br>362 Willowcreek Ln<br><br>Martinez, CA 94553-4135<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>Wages and Salary<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $538.01 | $538.01 |
| **2.2** Priority creditor's name and mailing address<br><br>Aguilera, Daniel<br><br>362 Willowcreek Ln<br><br>Martinez, CA 94553-4135<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>Wages and Salaries (12/28/2018 Payroll)<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $1,176.00 | $1,176.00 |

Debtor   **DC Solar Solutions, Inc.**                                    Case number *(if known)*  **19-50130-GS**
Name

| Part 1: | Additional Page |
| --- | --- |

### 2.3 Priority creditor's name and mailing address

Amato, Priscilla

1035 Marie Ave

Martinez, CA 94553-3520

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the Claim:**
Wages and Salaries

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

$2,692.31        $2,692.31

### 2.4 Priority creditor's name and mailing address

Beal, Steven P.

1 Vintage Ct

Port Chester, NY 10573-5504

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
Wages and Salaries

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$12,500.00        $12,500.00

### 2.5 Priority creditor's name and mailing address

Black, Alexavier G.

146 Fig Tree Ln Apt 8c

Martinez, CA 94553-6836

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
Wages and Salary

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,136.00        $1,136.00

Debtor  **DC Solar Solutions, Inc.** _____  Case number _(if known)_ **19-50130-GS**
          Name

| **Part 1:** | Additional Page |
|---|---|

---

**2.6** Priority creditor's name and mailing address

**Briggs, Daniel**

**291 Saddle Run St**

**Henderson, NV 89012-2645**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☐ No
☑ Yes

$12,500.00          $12,500.00

---

**2.7** Priority creditor's name and mailing address

**Buenrostro, Jessica M.**

**501 Danrose Dr**

**American Cyn, CA 94503-1326**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$922.63          $922.63

---

**2.8** Priority creditor's name and mailing address

**Buhler, Benjamin F.**

**106 Moss Ln**

**Napa, CA 94558-1973**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$1,133.83          $1,133.83

---

Debtor    **DC Solar Solutions, Inc.**                                    Case number *(if known)* **19-50130-GS**
Name

---

**Part 1:** Additional Page

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185,193,097.38 | $151,363,232.00 |
|---|---|---|---|---|

**2.9** Priority creditor's name and mailing address

California Department of Tax and Fee
Administration

50 D St Ste 230

Santa Rosa, CA 95404-4771

Date or dates debt was incurred

01/30/2019

Last 4 digits of account
number  0  7  9  9

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the Claim:
  Sales and Use Tax

Is the claim subject to offset?
☐ No
☑ Yes

$185,193,097.38      $151,363,232.00

---

**2.10** Priority creditor's name and mailing address

Carpoff, Jeffrey P.

30 Pebble Dunes Ct

Las Vegas, NV 89141-6069

Date or dates debt was incurred


Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☐ No
☑ Yes

$38,461.54      $12,850.00

---

**2.11** Priority creditor's name and mailing address

Carpoff, Lauren

315 Summerhill Ln

Martinez, CA 94553-9718

Date or dates debt was incurred


Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☐ No
☑ Yes

$2,692.31      $2,692.31

---

Debtor    **DC Solar Solutions, Inc.**

Name

Case number *(if known)* **19-50130-GS**

| Part 1: | Additional Page |
| --- | --- |

**2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,692.31 | $2,692.31

Carpoff, Matthew P.

84 Carolina Cherry Dr

Las Vegas, NV 89141-6091

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**
  Wages and Salaries

**Is the claim subject to offset?**
☐ No
☑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,461.54 | $12,850.00

Carpoff, Paulette L.

30 Pebble Dunes Ct

Las Vegas, NV 89141-6069

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**
  Wages and Salaries

**Is the claim subject to offset?**
☐ No
☑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,160.00 | $2,160.00

Cole, William L.

117 St Nazaire Ct

Martinez, CA 94553-7210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**
  Wages and Salaries

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Debtor    **DC Solar Solutions, Inc.**                                    Case number *(if known)* **19-50130-GS**
          Name

---

**Part 1:    Additional Page**

| | |
|---|---|
| **2.15** | **Priority creditor's name and mailing address**<br>Cruz, Fernando<br><br>118 Sharon Pl<br><br>Bay Point, CA 94565-1542<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account<br>number ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>Wages and Salaries<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

$1,605.62         $1,605.62

| | |
|---|---|
| **2.16** | **Priority creditor's name and mailing address**<br>Endres, David W.<br><br>501 E N St Spc 28<br><br>Benicia, CA 94510-3585<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account<br>number ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>Wages and Salaries<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

$5,769.23         $5,769.23

| | |
|---|---|
| **2.17** | **Priority creditor's name and mailing address**<br>Franchise Tax Board<br><br>Po Box 942857<br><br>Sacramento, CA 94257-0501<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account<br>number ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the Claim:**<br>Taxing Authority<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes |

$1,948.03         $1,948.03

---

Debtor **DC Solar Solutions, Inc.** _____    Case number _(if known)_ **19-50130-GS**
Name

---

## Part 1:    Additional Page

| **2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,678.00 | $1,678.00 |

**2.18**

Priority creditor's name and mailing address

Gehring III, William J.

5509 Southbrook Dr

Clayton, CA 94517-1030

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$1,678.00          $1,678.00

---

**2.19**

Priority creditor's name and mailing address

Grant, Perry L.

403 Saddle Rock Ln

Rio Vista, CA 94571-2278

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$3,846.15          $3,846.15

---

**2.20**

Priority creditor's name and mailing address

Horan, Michael J.

7436 Rainford St

Las Vegas, NV 89148-1833

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$5,769.23          $5,769.23

---

Debtor    **DC Solar Solutions, Inc.**                                   Case number *(if known)* **19-50130-GS**
               Name

---

**Part 1:** Additional Page

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,153.85 | $1,153.85 |
|------|---|---|---|---|

**2.21** Priority creditor's name and mailing address

Jordan, Paula J.

186 Farm Ln

Martinez, CA 94553-4137

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:
 Wages and Salaries

Is the claim subject to offset?
☐ No
☑ Yes

$1,153.85          $1,153.85

---

**2.22** Priority creditor's name and mailing address

Karmann, Jordan A.

114 Jeffry Ranch Ct

Clayton, CA 94517-1022

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:
 Wages and Salaries

Is the claim subject to offset?
☐ No
☑ Yes

$360.00          $360.00

---

**2.23** Priority creditor's name and mailing address

Karmann, Robert A.

114 Jeffry Ranch Ct

Clayton, CA 94517-1022

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:
 Wages and Salaries

Is the claim subject to offset?
☐ No
☑ Yes

$8,653.85          $8,653.85

---

| Debtor | **DC Solar Solutions, Inc.** | Case number *(if known)* | **19-50130-GS** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.24** Priority creditor's name and mailing address

Kennick, David E.

129 Hilltop Dr

Vallejo, CA 94591-4271

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$903.07          $903.07

---

**2.25** Priority creditor's name and mailing address

Krotov, Vladyslav S.

217 Lucinda Ln

Pleasant Hill, CA 94523-4565

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$606.80          $606.80

---

**2.26** Priority creditor's name and mailing address

Lopez, Jonathan

5660 Rosscommon Way

Antioch, CA 94531-8646

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$4,230.77          $4,230.77

Debtor    **DC Solar Solutions, Inc.**
Name

Case number *(if known)* **19-50130-GS**

---

**Part 1:** Additional Page

**2.27** Priority creditor's name and mailing address
Marajo, James J.

714 W 2nd St Apt 3

Antioch, CA 94509-1170

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$1,294.00          $1,294.00

---

**2.28** Priority creditor's name and mailing address
Marieiro, David J.

2609 Star Tree Ct

Martinez, CA 94553-4349

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$5,192.31          $5,192.31

---

**2.29** Priority creditor's name and mailing address
McGhee, Rollin A.

120 Steinbeck Way Apt F

Mooresville, NC 28117-6558

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$7,692.31          $7,692.31

---

Debtor    **DC Solar Solutions, Inc.** _____    Case number *(if known)* **19-50130-GS** _____
Name

| Part 1: | Additional Page |
|---|---|

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**2.30** Priority creditor's name and mailing address

Mertz, Rick A,

2398 Shady Lane Ave Ext

Kannapolis, NC 28081-3012

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,500.00    $2,500.00

---

**2.31** Priority creditor's name and mailing address

Miranda, John

819 Park Ave Apt 1

S Pasadena, CA 91030-2775

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,807.69    $4,807.69

---

**2.32** Priority creditor's name and mailing address

Moreno, Christian V.

4152 Camelback Dr.

Vallejo, CA 94589

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,260.00    $1,260.00

Debtor  **DC Solar Solutions, Inc.**                                    Case number *(if known)* **19-50130-GS**
         Name

---

| **Part 1:** | Additional Page |
|---|---|

| 2.33 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,003.33 | $1,003.33 |
|---|---|---|---|---|

**2.33** **Priority creditor's name and mailing address**

Mosher, Guile

2838 Mcclellan Ct

Martinez, CA 94553-3475

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
 Wages and Salaries

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,003.33    $1,003.33

---

**2.34** **Priority creditor's name and mailing address**

Muller, Blake A.

598 Falls Way

Fairfield, CA 94534-6654

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
 Wages and Salaries

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,461.54    $3,461.54

---

**2.35** **Priority creditor's name and mailing address**

Obel, Heidi A.

2271 Yale St

Martinez, CA 94553-3361

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
 Wages and Salaries

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,127.50    $1,127.50

---

Debtor **DC Solar Solutions, Inc.**          Case number *(if known)* **19-50130-GS**
Name

---

| Part 1: | Additional Page |
|---|---|

---

**2.36**   Priority creditor's name and mailing address

Partida, Andres A.

2801 Point Reyes Ct

Antioch, CA 94531-7101

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$1,154.00        $1,154.00

---

**2.37**   Priority creditor's name and mailing address

Perriera, Shannon L.

77 Solano Sq # 335

Benicia, CA 94510-2712

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$3,076.92        $3,076.92

---

**2.38**   Priority creditor's name and mailing address

Raber, Andrew

2546 Alabaster Ave

Orlando, FL 32833-4309

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$2,115.38        $2,115.38

---

| Debtor | **DC Solar Solutions, Inc.** | Case number *(if known)* **19-50130-GS** |
|---|---|---|
| | Name | |

---

| **Part 1:** | **Additional Page** |
|---|---|

| **2.39** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,393.70 | $1,393.70 |
|---|---|---|---|---|

**2.39** Priority creditor's name and mailing address
Rieger, Nichole T.
5172 Equestrian Way
Antioch, CA 94531-8459

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$1,393.70        $1,393.70

---

**2.40** Priority creditor's name and mailing address
Sanderson, Steven
2310 N Crest Ave
Martinez, CA 94553-2813

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$1,006.00        $1,006.00

---

**2.41** Priority creditor's name and mailing address
Sandoval, Lucas
2004 Smith Peak Ct
Antioch, CA 94531-8332

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$1,058.40        $1,058.40

---

Debtor    **DC Solar Solutions, Inc.**                                    Case number *(if known)* **19-50130-GS**
          Name

---

| **Part 1:** | **Additional Page** |
|---|---|

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,016.40 | $1,016.40 |
|---|---|---|---|---|

**2.42**

Priority creditor's name and mailing address

Saravia, Oscar D.

62 Entrada Cir

American Cyn, CA 94503-3111

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$1,016.40        $1,016.40

---

**2.43**

Priority creditor's name and mailing address

Stanford, Charles L.

431 Gonzaga Ave

Vallejo, CA 94589-2138

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$1,179.43        $1,179.43

---

**2.44**

Priority creditor's name and mailing address

Strickland, Brian R.

1556 Beechwood Dr

Martinez, CA 94553-5304

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
  Wages and Salaries

Is the claim subject to offset?
☑ No
☐ Yes

$2,384.62        $2,384.62

---

Debtor   **DC Solar Solutions, Inc.**                                      Case number *(if known)* **19-50130-GS**
         Name

---

| Part 1: | Additional Page |
|---|---|

**2.45**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,076.92 | $3,076.92 |
|---|---|---|---|
| **Stubbs, Brett** | ☐ Contingent | | |
| **3104 Marsala Dr** | ☐ Unliquidated | | |
| **Bay Point, CA 94565-7993** | ☐ Disputed | | |
| Date or dates debt was incurred | **Basis for the Claim:** | | |
| _____ | **Wages and Salaries** | | |
| Last 4 digits of account number ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | | |

**2.46**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,923.08 | $6,923.08 |
|---|---|---|---|
| **Wilde, Steven R.** | ☐ Contingent | | |
| **127 Macklin Dr** | ☐ Unliquidated | | |
| **Cotati, CA 94931-5382** | ☐ Disputed | | |
| Date or dates debt was incurred | **Basis for the Claim:** | | |
| _____ | **Wages and Salaries** | | |
| Last 4 digits of account number ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | | |

Debtor    **DC Solar Solutions, Inc.**                                      Case number *(if known)* **19-50130-GS**
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

ABS National Auto Services Inc.

9000 Executive Park Dr A-115

Knoxville, TN 37923-4685

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$24,750.00

---

**3.2**  Nonpriority creditor's name and mailing address

Ahern Rentals Inc.

Po Box 271390

Las Vegas, NV 89127-1390

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$75.00

---

**3.3**  Nonpriority creditor's name and mailing address

Alhambra Sierra Springs

Po Box 660579

Dallas, TX 75266-0579

Date or dates debt was incurred

Last 4 digits of account number   1   4   3   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,581.67

---

**3.4**  Nonpriority creditor's name and mailing address

Allstate Fire Equipment

5040 Sobb Ave

Las Vegas, NV 89118-2816

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment

Is the claim subject to offset?
☑ No
☐ Yes

$264.00

---

**3.5**  Nonpriority creditor's name and mailing address

Americrown Daytona Speedway

1800 W International Speedway Blvd

Daytona Beach, FL 32114-1216

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
☐ No
☑ Yes

$750,000.00

---

Debtor   **DC Solar Solutions, Inc.**
         Name                                              Case number *(if known)* **19-50130-GS**

| Part 2: | Additional Page |
|---|---|

---

**3.6** Nonpriority creditor's name and mailing address
**AT&T**

Po Box 5025

Carol Stream, IL 60197-5025

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$928.10

---

**3.7** Nonpriority creditor's name and mailing address
**AT&T Mobility**

Po Box 6463

Carol Stream, IL 60197-6463

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$214,716.25

---

**3.8** Nonpriority creditor's name and mailing address
**AT&T UVERSE - Buena Park**

PO Box 5014

Carol Stream, IL 60197

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$77.00

---

**3.9** Nonpriority creditor's name and mailing address
**AVD Security Inc.**

1300 Galaxy Way Ste 21

Concord, CA 94520-4964

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$575.88

---

**3.10** Nonpriority creditor's name and mailing address
**Bay Alarm Company**

Po Box 7137

San Francisco, CA 94120-7137

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,060.39

---

Debtor  **DC Solar Solutions, Inc.**                                   Case number *(if known)* **19-50130-GS**
        Name

---

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.11** Nonpriority creditor's name and mailing address

Bay Area Screen Print Inc.

4901 Park Rd

Benicia, CA 94510-1190

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☐ No
☑ Yes

$50,396.30

---

**3.12** Nonpriority creditor's name and mailing address

Baylisss Innovative Services Inc.

825 Westview Ct

Martinez, CA 94553-3372

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☐ No
☑ Yes

$1,203.45

---

**3.13** Nonpriority creditor's name and mailing address

BEI Construction Inc.

1101 Marina Village Pkwy Ste 100

Alameda, CA 94501-6475

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$25,412.00

---

**3.14** Nonpriority creditor's name and mailing address

Benecia Police Department Alarm Program

Po Box 398902

San Francisco, CA 94139-8902

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$365.50

---

**3.15** Nonpriority creditor's name and mailing address

Big Ass Fans

Po Box 638767

Cincinnati, OH 45263-8767

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$11,560.00

---

Debtor    **DC Solar Solutions, Inc.**                                    Case number *(if known)* **19-50130-GS**
Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**3.16** Nonpriority creditor's name and mailing address
Briggs, Daniel

291 Saddle Run St

Henderson, NV 89012-2645

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis for the claim:  Expense Reimbursement

Is the claim subject to offset?
☐ No
☑ Yes

$100.00

---

**3.17** Nonpriority creditor's name and mailing address
California Choice

Po Box 7088

Orange, CA 92863-7088

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$33,594.00

---

**3.18** Nonpriority creditor's name and mailing address
Carpoff, Lauren

315 Summerhill Ln

Martinez, CA 94553-9718

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis for the claim:  Expense Reimbursement

Is the claim subject to offset?
☐ No
☑ Yes

$179.98

---

**3.19** Nonpriority creditor's name and mailing address
CED

Po Box 398847

San Francisco, CA 94139-8847

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$24,979.81

---

**3.20** Nonpriority creditor's name and mailing address
Central Florida Expressway Authority

Po Box 585070

Orlando, FL 32858-5070

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Highway Tolls

Is the claim subject to offset?
☑ No
☐ Yes

$115.70

---

Debtor  **DC Solar Solutions, Inc.**
Name

Case number *(if known)* **19-50130-GS**

---

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

Charge It Spot LLC

111 S Independence Mall E Ste 920

Philadelphia, PA 19106-2549

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unknown

Is the claim subject to offset?
☑ No
☐ Yes

$7,883.76

---

**3.22** Nonpriority creditor's name and mailing address

Charlotte Motor Speedway LLC

5555 Concord Pkwy S

Concord, NC 28027-4600

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,870.84

---

**3.23** Nonpriority creditor's name and mailing address

Chip Ganassi Racing - LLC

8500 Westmoreland Dr Nw

Concord, NC 28027-7571

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Unknown

Is the claim subject to offset?
☐ No
☑ Yes

$4,909,000.00

---

**3.24** Nonpriority creditor's name and mailing address

Choice Builder

Po Box 7405

Orange, CA 92863-7405

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$3,247.25

---

**3.25** Nonpriority creditor's name and mailing address

Cintas First Aid

Po Box 631025

Cincinnati, OH 45263-1025

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$191.29

---

Debtor    **DC Solar Solutions, Inc.**                              Case number *(if known)* **19-50130-GS**
          Name

| **Part 2:** | **Additional Page** |
|---|---|

**3.26** Nonpriority creditor's name and mailing address

Cintas Uniforms

Po Box 29059

Phoenix, AZ 85038-9059

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$13,223.36

---

**3.27** Nonpriority creditor's name and mailing address

City of Benecia

250 E L St

Benicia, CA 94510-3239

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business License and Permit**

Is the claim subject to offset?
☑ No
☐ Yes

$387.00

---

**3.28** Nonpriority creditor's name and mailing address

City of Buena Park

Po Box 5009

Buena Park, CA 90622-5009

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business License and Permit**

Is the claim subject to offset?
☑ No
☐ Yes

$339.98

---

**3.29** Nonpriority creditor's name and mailing address

City Wide Pest Control

22405 N 18th Dr

Phoenix, AZ 85027-1355

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$92.00

---

**3.30** Nonpriority creditor's name and mailing address

Coast Building Products

Po Box 534446

Atlanta, GA 30353-4446

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$63,475.00

Debtor    **DC Solar Solutions, Inc.**                                      Case number *(if known)* **19-50130-GS**
     Name

| Part 2: | Additional Page |
|---|---|

---

**3.31** Nonpriority creditor's name and mailing address

Comcast Business

Po Box 34744

Seattle, WA 98124-1744

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset?
☑ No
☐ Yes

$1,066.38

---

**3.32** Nonpriority creditor's name and mailing address

Cox Communications

Po Box 53262

Phoenix, AZ 85072-3262

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset?
☑ No
☐ Yes

$3,542.37

---

**3.33** Nonpriority creditor's name and mailing address

Cruz, Fernando

118 Sharon Pl

Bay Point, CA 94565-1542

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Expense Reimbursement__

Is the claim subject to offset?
☑ No
☐ Yes

$452.51

---

**3.34** Nonpriority creditor's name and mailing address

DirecTV

Po Box 60036

Los Angeles, CA 90060-0036

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset?
☑ No
☐ Yes

$645.68

---

**3.35** Nonpriority creditor's name and mailing address

Dish

Po Box 94063

Palatine, IL 60094-4063

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset?
☑ No
☐ Yes

$177.55

---

Debtor     **DC Solar Solutions, Inc.**                                   Case number *(if known)* **19-50130-GS**
           Name

| **Part 2:** | Additional Page |

**3.36** Nonpriority creditor's name and mailing address

Distribution Funding II LLC

C/O Prologis

300 S Orange Ave Ste 1110

Orlando, FL 32801-5400

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$26,204.43

---

**3.37** Nonpriority creditor's name and mailing address

DMV

Po Box 825393

Sacramento, CA 94232-5393

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$2,583.00

---

**3.38** Nonpriority creditor's name and mailing address

Dog Blue Properties LLC

4901 Park Rd

4901 Park Rd

Benicia, CA 94510-1190

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☐ No
☑ Yes

$44.03

---

**3.39** Nonpriority creditor's name and mailing address

Donald Bailey

3926 Rocky Point Dr

Antioch, CA 94509-6902

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Expense Reimbursement

Is the claim subject to offset?
☑ No
☐ Yes

$10.16

---

**3.40** Nonpriority creditor's name and mailing address

Duke Energy

Po Box 1004

Charlotte, NC 28201-1004

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Provider

Is the claim subject to offset?
☑ No
☐ Yes

$575.65

---

Debtor    **DC Solar Solutions, Inc.**                              Case number *(if known)* **19-50130-GS**
          Name

---

| **Part 2:** | Additional Page |

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55,287.09
| | Dwulet & Dwulet | *Check all that apply.* |
| | | ☐ Contingent |
| | 1343 Locust St Ste 206 | ☐ Unliquidated |
| | Walnut Creek, CA 94596-4521 | ☐ Disputed |
| | | **Basis for the claim:** Services |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,489.42
| | Dwulet Family Partners | *Check all that apply.* |
| | | ☐ Contingent |
| | 1343 Locust St | ☐ Unliquidated |
| | Walnut Creek, CA 94596-4590 | ☐ Disputed |
| | | **Basis for the claim:** Services |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $778.67
| | East Bay Tire Company | *Check all that apply.* |
| | | ☐ Contingent |
| | 2200 Huntington Dr Unit C | ☐ Unliquidated |
| | Fairfield, CA 94533-9732 | ☐ Disputed |
| | | **Basis for the claim:** Goods and Services |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,742.39
| | ECI Fuel Systems | *Check all that apply.* |
| | | ☐ Contingent |
| | 1794 W 11th St | ☐ Unliquidated |
| | Upland, CA 91786-3504 | ☐ Disputed |
| | | **Basis for the claim:** Goods and Services |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $290.86
| | EDCO | *Check all that apply.* |
| | | ☐ Contingent |
| | Po Box 5398 | ☐ Unliquidated |
| | Buena Park, CA 90622-5398 | ☐ Disputed |
| | | **Basis for the claim:** Goods and Services |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

Debtor    **DC Solar Solutions, Inc.**                              Case number *(if known)* **19-50130-GS**
          Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Elvidge, Ron** | ☐ Contingent | |
| | **1343 Locust St Ste 204** | ☐ Unliquidated | |
| | **Walnut Creek, CA 94596-4521** | ☐ Disputed | |
| | | Basis for the claim:  Unknown | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.44 |
|---|---|---|---|
| | **Emedco** | ☐ Contingent | |
| | **39209 Treasury Ctr** | ☐ Unliquidated | |
| | **Chicago, IL 60694-9200** | ☐ Disputed | |
| | | Basis for the claim:  Goods and Services | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,032,142.68 |
|---|---|---|---|
| | **Exide** | ☐ Contingent | |
| | **O/A Exide Technologies** | ☐ Unliquidated | |
| | **Po Box 933479** | ☐ Disputed | |
| | **Atlanta, GA 31193-3479** | Basis for the claim:  Goods and Services | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,918.04 |
|---|---|---|---|
| | **Fastenal 0579** | ☐ Contingent | |
| | **Po Box 1286** | ☐ Unliquidated | |
| | **Winona, MN 55987-7286** | ☐ Disputed | |
| | | Basis for the claim:  Goods and Services | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369.00 |
|---|---|---|---|
| | **Fastrak** | ☐ Contingent | |
| | **Po Box 26925** | ☐ Unliquidated | |
| | **San Francisco, CA 94126-6925** | ☐ Disputed | |
| | | Basis for the claim:  Tolls and Violations | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

Debtor    **DC Solar Solutions, Inc.**                                    Case number *(if known)* **19-50130-GS**
          Name

---

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.51** **Nonpriority creditor's name and mailing address**

Genze Bike Trailer

2901 Bayview Dr

Fremont, CA 94538-6520

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,032.52

---

**3.52** **Nonpriority creditor's name and mailing address**

Hanover Insurance Group Inc

Po Box 580045

Charlotte, NC 28258-0045

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☐ No
☑ Yes

$9,050.75

---

**3.53** **Nonpriority creditor's name and mailing address**

Hendrick Automotive Group

7630 Hendrick Auto Plz Nw

Concord, NC 28027-8334

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,621.75

---

**3.54** **Nonpriority creditor's name and mailing address**

Hertz

8501 Williams Rd

Estero, FL 33928-3325

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,401.94

---

**3.55** **Nonpriority creditor's name and mailing address**

HireRight LLC

Po Box 847891

Dallas, TX 75284-7891

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$64.24

---

Debtor    **DC Solar Solutions, Inc.**                                      Case number *(if known)* **19-50130-GS**
          Name

| **Part 2:** | **Additional Page** |
| --- | --- |

**3.56** Nonpriority creditor's name and mailing address

International Speedway Corp.

Attn: Accounting Department

Po Box 2801

Daytona Beach, FL 32120-2801

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
☐ No
☑ Yes

$1,025,000.00

---

**3.57** Nonpriority creditor's name and mailing address

ITeknique Inc.

1850 Gateway Blvd Ste 1090

Concord, CA 94520-8465

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$26,560.56

---

**3.58** Nonpriority creditor's name and mailing address

Kaempfer Crowell

1980 Festival Plaza Dr Ste 650

Las Vegas, NV 89135-2958

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services

Is the claim subject to offset?
☑ No
☐ Yes

$4,882.50

---

**3.59** Nonpriority creditor's name and mailing address

Kansas Speedway

Attn: Accounting Department

Po Box 2801

Daytona Beach, FL 32120-2801

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
☐ No
☑ Yes

$750,000.00

---

**3.60** Nonpriority creditor's name and mailing address

Lithia of Concord Inc.

Po Box 1647

Medford, OR 97501-0249

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$453.15

---

Debtor    **DC Solar Solutions, Inc.** _____    Case number _(if known)_ **19-50130-GS**
       Name

| Part 2: | Additional Page |
| --- | --- |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $49.00 |
| --- | --- | --- | --- |

**3.61** Nonpriority creditor's name and mailing address
Lopez, Jonathan

5660 Rosscommon Way

Antioch, CA 94531-8646

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Expense Reimbursement

Is the claim subject to offset?
☑ No
☐ Yes

$49.00

---

**3.62** Nonpriority creditor's name and mailing address
Media Temple

8520 National Blvd # A

Culver City, CA 90232-2418

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$40.00

---

**3.63** Nonpriority creditor's name and mailing address
Miranda, John

819 Park Ave Apt 1

S Pasadena, CA 91030-2775

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Expense Reimbursement

Is the claim subject to offset?
☑ No
☐ Yes

$50.00

---

**3.64** Nonpriority creditor's name and mailing address
Montage Services Inc.

41 W Shore Rd

Bel Tiburon, CA 94920-2461

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

$28,700.00

---

**3.65** Nonpriority creditor's name and mailing address
Morales, Irma

2317 Foothill Dr

Antioch, CA 94509-5858

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$5,423.60

Debtor    **DC Solar Solutions, Inc.**                                   Case number *(if known)* **19-50130-GS**
Name

---

| **Part 2:** | **Additional Page** |

---

**3.66** Nonpriority creditor's name and mailing address

Mosher, Guile

2838 Mcclellan Ct

Martinez, CA 94553-3475

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Expense Reimbursement

Is the claim subject to offset?
☑ No
☐ Yes

$50.00

---

**3.67** Nonpriority creditor's name and mailing address

NASCAR Media Group LLC

Po Box 2875

Daytona Beach, FL 32120-2875

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☐ No
☑ Yes

$6,063.00

---

**3.68** Nonpriority creditor's name and mailing address

NetJets Sales Inc.

Po Box 933300

Atlanta, GA 31193-3300

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☐ No
☑ Yes

$114,705.00

---

**3.69** Nonpriority creditor's name and mailing address

No Drugs Inc.

3225 Seldon Ct

Fremont, CA 94539-5625

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$742.50

---

**3.70** Nonpriority creditor's name and mailing address

Novogradac & Company LLP

Po Box 7833

San Francisco, CA 94120-7833

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$26,750.00

---

Debtor    **DC Solar Solutions, Inc.**                                    Case number *(if known)* **19-50130-GS**
          Name

---

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,263.02 |

NV Energy

Po Box 30150

Reno, NV 89520-3150

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Provider

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,901.98 |

Oakhurst Country Club

1001 Peacock Creek Dr

Clayton, CA 94517-2201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Membership

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $401.58 |

Office Depot

Dept 11-6900870236

Po Box 9001036

Louisville, KY 40290-1036

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,049.00 |

Ontario Refrigeration Services Inc.

635 S Mountain Ave

Ontario, CA 91762-4114

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,601.72 |

O'Reilly Auto Enterprises LLC

Po Box 9464

Springfield, MO 65801-9464

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **DC Solar Solutions, Inc.**                                    Case number *(if known)* **19-50130-GS**
          Name

---

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.40
| Orkin Services of California Inc. | ☐ Contingent |
| | ☐ Unliquidated |
| Po Box 7161 | ☐ Disputed |
| Pasadena, CA 91109-7161 | **Basis for the claim:** Services |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,996.64
| Pacific States Petroleum Inc. | ☐ Contingent |
| | ☐ Unliquidated |
| Po Box 2389 | ☐ Disputed |
| Pleasant Hill, CA 94523-0089 | **Basis for the claim:** Services |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.71
| Partida, Andres | ☐ Contingent |
| | ☐ Unliquidated |
| 2801 Point Reyes Ct | ☐ Disputed |
| Antioch, CA 94531-7101 | **Basis for the claim:** Expense Reimbursement |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,520.80
| PDM Steel Services Centers Inc. | ☐ Contingent |
| | ☐ Unliquidated |
| Po Box 740967 | ☐ Disputed |
| Los Angeles, CA 90074-0967 | **Basis for the claim:** Goods and Services |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,118.01
| PG&E | ☐ Contingent |
| | ☐ Unliquidated |
| Po Box 997300 | ☐ Disputed |
| Sacramento, CA 95899-7300 | **Basis for the claim:** Utility Provider |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

Debtor    **DC Solar Solutions, Inc.**                                    Case number *(if known)* **19-50130-GS**
          Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.53
--- | --- | --- | ---

**PlatePass LLC**

25274 Network Pl

Chicago, IL 60673-1252

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Tolls

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.82** **Nonpriority creditor's name and mailing address**

**Premier Waste Services Inc.**

2454 S 7th Ave

Phoenix, AZ 85007-4314

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Provider

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$441.04

---

**3.83** **Nonpriority creditor's name and mailing address**

**Professional Account Management LLC**

Po Box 2182

Milwaukee, WI 53201-2182

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$180.00

---

**3.84** **Nonpriority creditor's name and mailing address**

**Raber, Andrew**

2546 Alabaster Ave

Orlando, FL 32833-4309

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Expense Reimbursement

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$450.00

---

**3.85** **Nonpriority creditor's name and mailing address**

**Radian Generation LLC**

5821 Fairview Rd Ste 201

Charlotte, NC 28209-3649

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,500.00

---

Debtor    **DC Solar Solutions, Inc.**                                    Case number *(if known)* **19-50130-GS**
          Name

| **Part 2:** | **Additional Page** |
| --- | --- |

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,603.77** |

Reed Smith LLP

Department 33489

Po Box 39000

San Francisco, CA 94139-0001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | | **$6,745.95** |

Republic Services Inc.

Po Box 78829

Phoenix, AZ 85062-8829

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Provider

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | | **$750,000.00** |

Richmond International Raceway

600 E Laburnum Ave

Richmond, VA 23222-2207

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | | **$139,552.37** |

RWS

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unknown

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | | **$4,571.69** |

Ryan Snyder Productions

1521 Colwood Dr

Petaluma, CA 94954-3713

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **DC Solar Solutions, Inc.**                                          Case number *(if known)* **19-50130-GS**
          Name

---

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,097.63
| Sanderson, Steven | *Check all that apply.* |
| | ☐ Contingent |
| 2310 N Crest Ave | ☐ Unliquidated |
| Martinez, CA 94553-2813 | ☐ Disputed |
| | **Basis for the claim:** Expense Reimbursement |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00
| Schaer Design | *Check all that apply.* |
| | ☐ Contingent |
| 2200 Adeline St Ste 335 | ☐ Unliquidated |
| Oakland, CA 94607-2321 | ☐ Disputed |
| | **Basis for the claim:** Services |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,586.04
| Schenker Inc. | *Check all that apply.* |
| | ☐ Contingent |
| 150 Albany Ave | ☐ Unliquidated |
| Freeport, NY 11520-4702 | ☐ Disputed |
| | **Basis for the claim:** Services |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,924.68
| Schwab, Les | *Check all that apply.* |
| | ☐ Contingent |
| 625 Contra Costa Blvd | ☐ Unliquidated |
| Pleasant Hill, CA 94523-1514 | ☐ Disputed |
| | **Basis for the claim:** Services |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,022.19
| Sherwin Williams | *Check all that apply.* |
| | ☐ Contingent |
| 1241 Diamond Way | ☐ Unliquidated |
| Concord, CA 94520 | ☐ Disputed |
| | **Basis for the claim:** Goods and Services |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes |

---

Debtor    **DC Solar Solutions, Inc.**                                    Case number (if known) **19-50130-GS**
          Name

## Part 2:    Additional Page

| | | |
|---|---|---|
| **3.96** | Nonpriority creditor's name and mailing address<br>**Snap On Tools**<br><br>**2203 Center Ave**<br>**Martinez, CA 94553-5408**<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Goods and Services<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $4,907.98 |
| **3.97** | Nonpriority creditor's name and mailing address<br>**Solano County Dept of Resource Mgmt**<br><br>**375 Texas St # 5500**<br>**Fairfield, CA 94533**<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Services<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $1,350.00 |
| **3.98** | Nonpriority creditor's name and mailing address<br>**Soligent Distribution LLC**<br><br>**1500 Valley House Dr Ste 210**<br>**Rohnert Park, CA 94928-4938**<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Services<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $79,927.79 |
| **3.99** | Nonpriority creditor's name and mailing address<br>**Southern California Edison**<br><br>**Po Box 300**<br>**Rosemead, CA 91770-0300**<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Utility Provider<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $701.19 |
| **3.100** | Nonpriority creditor's name and mailing address<br>**Southern Nevada Pest Control Inc.**<br><br>**4301 Production Ct**<br>**Las Vegas, NV 89115-0183**<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Services<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $112.00 |

Debtor    **DC Solar Solutions, Inc.**
_____    Case number _(if known)_ **19-50130-GS**
Name

---

| Part 2: | Additional Page |
|---|---|

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $353.69 |
|---|---|---|---|

**3.101** Nonpriority creditor's name and mailing address
**SP Automotive**

**Po Box 1709**

**Martinez, CA 94553-0709**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: $353.69
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.102** Nonpriority creditor's name and mailing address
**Sparks Power Inc.**

**Po Box 1048**

**Independence, LA 70443-1048**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: $3,260.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address
**Spray Net USA**

**37105 Galileo Ln**

**Murrieta, CA 92563-2828**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: $9,500.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address
**SRP**

**Po Box 80062**

**Prescott, AZ 86304-8062**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: $351.07
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address
**Stat Med Urgent Car**

**839 Cowan Rd**

**Burlingame, CA 94010-1204**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: $514.50
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **DC Solar Solutions, Inc.**                                Case number *(if known)* **19-50130-GS**
          Name

---

| **Part 2:** | **Additional Page** |

| | | | |
|---|---|---|---|
| **3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
| | Stubbs, Brett | ☐ Contingent | |
| | 3104 Marsala Dr | ☐ Unliquidated | |
| | Bay Point, CA 94565-7993 | ☐ Disputed | |
| | | **Basis for the claim:** Expense Reimbursement | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No   ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $189.13 |
| | Suburban Propane LP | ☐ Contingent | |
| | Po Box 12027 | ☐ Unliquidated | |
| | Fresno, CA 93776-2027 | ☐ Disputed | |
| | | **Basis for the claim:** Services | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No   ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45.19 |
| | Sunbelt Rentals | ☐ Contingent | |
| | Po Box 409211 | ☐ Unliquidated | |
| | Atlanta, GA 30384-9211 | ☐ Disputed | |
| | | **Basis for the claim:** Goods and Services | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No   ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $693.00 |
| | Superior Court of California, Napa County | ☐ Contingent | |
| | 1111 Third St | ☐ Unliquidated | |
| | Napa, CA 94559-3001 | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No   ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $72.00 |
| | Synter Resource Group LLC | ☐ Contingent | |
| | 5935 Rivers Ave Ste 102 | ☐ Unliquidated | |
| | N Charleston, SC 29406-6071 | ☐ Disputed | |
| | | **Basis for the claim:** Services | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No   ☐ Yes | |

Debtor    **DC Solar Solutions, Inc.**                                      Case number *(if known)* **19-50130-GS**
          Name

---

| **Part 2:** | Additional Page |
| --- | --- |

**3.111**

**Nonpriority creditor's name and mailing address**

Talladega Super Speedway

Attn: Accounting Department

Po Box 2801

Daytona Beach, FL 32120-2801

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Goods and Services

**Is the claim subject to offset?**
☐ No
☒ Yes

$1,135,263.74

---

**3.112**

**Nonpriority creditor's name and mailing address**

Tempe Chrysler Jeep Dodge Ram

7975 S Autoplex Loop

Tempe, AZ 85284-1023

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$455.98

---

**3.113**

**Nonpriority creditor's name and mailing address**

Towbin Dodge Ram

275 Auto Mall Dr

Henderson, NV 89014-6707

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,107.80

---

**3.114**

**Nonpriority creditor's name and mailing address**

TPX Communications

Po Box 509013

San Diego, CA 92150-9013

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,060.01

---

**3.115**

**Nonpriority creditor's name and mailing address**

Uline Inc.

Po Box 88741

Chicago, IL 60680-1741

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,350.89

---

Debtor  **DC Solar Solutions, Inc.**                              Case number *(if known)* **19-50130-GS**
Name

---

### Part 2:   Additional Page

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533.70 |
|---|---|---|---|

**United Parcel Service**

28013 Network Pl

Chicago, IL 60673-1280

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$533.70

---

| 3.117 | Nonpriority creditor's name and mailing address |
|---|---|

**UPS Freight Inc.**

Po Box 650690

Dallas, TX 75265-0690

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$978.13

---

| 3.118 | Nonpriority creditor's name and mailing address |
|---|---|

**US Tower Corp**

1099 W Ropes Ave

Woodlake, CA 93286-1806

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset?
- ☐ No
- ☑ Yes

$1,580,027.11

---

| 3.119 | Nonpriority creditor's name and mailing address |
|---|---|

**Verducci Entertainment**

1013 Pardee St # 3

Berkeley, CA 94710-2644

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$907.50

---

| 3.120 | Nonpriority creditor's name and mailing address |
|---|---|

**Verizon Wireless**

Po Box 660108

Dallas, TX 75266-0108

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$921.98

---

Debtor    **DC Solar Solutions, Inc.**                                        Case number *(if known)* **19-50130-GS**
Name

---

| Part 2: | Additional Page |
|---|---|

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.82 |
|---|---|---|---|
| | WaterLogic USA Inc. | ☐ Contingent | |
| | Po Box 31001-2417 | ☐ Unliquidated | |
| | Pasadena, CA 91110-2417 | ☐ Disputed | |
| | | **Basis for the claim:** Services | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.79 |
|---|---|---|---|
| | West Unified Communications Services, Inc. | ☐ Contingent | |
| | Po Box 281866 | ☐ Unliquidated | |
| | Atlanta, GA 30384-1866 | ☐ Disputed | |
| | | **Basis for the claim:** Services | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,595.98 |
|---|---|---|---|
| | Western State Petroleum Inc. | ☐ Contingent | |
| | 450 S 15th Ave | ☐ Unliquidated | |
| | Phoenix, AZ 85007-3327 | ☐ Disputed | |
| | | **Basis for the claim:** Goods and Services | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,156,624.00 |
|---|---|---|---|
| | Xtreme Manufacturing LLC | ☐ Contingent | |
| | 8350 Eastgate Rd | ☐ Unliquidated | |
| | Henderson, NV 89015-0104 | ☑ Disputed | |
| | | **Basis for the claim:** Goods and Services | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☐ No  ☑ Yes | |

Debtor    **DC Solar Solutions, Inc.**                                      Case number *(if known)*  **19-50130-GS**
          Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$185,399,411.99** |
| 5b.   **Total claims from Part 2** | 5b.   **+** | **$15,343,226.09** |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$200,742,638.08** |

| Fill in this information to identify the case: |
|---|

Debtor name _____ DC Solar Solutions, Inc. _____

United States Bankruptcy Court for the:

_____ District of Nevada, Reno Division _____

Case number (if known): _____ 19-50130-GS _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Various | See Attachment 2.1 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Lienholder - Trucks and Chevy Volts | Ally Financial Inc. |
| | | Unknown | PO Box 360902 |
| | **State the term remaining** | | Bloomington, MN 55436-0902 |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Lienholder - Forklifts | Toyota Industries Commercial Finance Inc. |
| | | Unknown | Po Box 660926 |
| | **State the term remaining** | | Dallas, TX 75266-0926 |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Lienholder - Prevost MH | Trans Lease Inc. |
| | | Unknown | Po Box 172686 |
| | **State the term remaining** | | Denver, CO 80217-2686 |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Investor Contracts | See Attachment 2.2 |
| | | Various | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    DC Solar Solutions, Inc.
          _____    Case number *(if known)*  19-50130-GS
          Name                                         _____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policies | See Attachment 2.3 |
| | | Unknown | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Fractional Ownership in Private Jets | See Attachment 2.4 |
| | | Various | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.__ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.__ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.__ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.__ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    DC Solar Solutions, Inc.                                Case number *(if known)* 19-50130-GS
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.__**

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

**Attachment 2.1**

**DC Solar Solutions, Inc.**
**Monthly Rent Payments**

| Vendor | Rental Location | Total |
|---|---|---|
| Cross Campus Inc | Shared Space Agreement- Southern  California | $       375.00 |
| Distribution Funding II LLC | 9695 Delegates Dr., Suite 503, Orlando, FL | 12,905.01 |
| PLDSPE LLC | 455 West Diamond,Tempe, *A:z.* | 11,223.59 |
| Benicia Investment LLC | 393-471 E Channel Road,Benicia, CA | 43,520.00 |
| Charlotte Motor Speedway | Victory  Lane, Concord, NC | 2,000.00 |
| Cranbrook  Realty Investment | Benicia Industrial Park II -Suite 589 | 33,017.15 |
| Cranbrook  Realty Investment | Benicia Industrial Park II -Suite 597 | 16,725.43 |
| Cranbrook  Realty Investment | Benicia Industrial Park II- Suite 631 | 15,902.84 |
| Cranbrook  Realty Investment | Benicia Industrial Park II -Suite 635 | 15,801.92 |
| Majestic Runway Partners | 3325 W Sunset Road, Las Vegas, NV | 43,677.42 |
| Northwestern Mutual Life Ins | 1070 Mary Crest Road, Suite A, Henderson, NV | 46,889.00 |
| Northwestern Mutual Life Ins | 1070 Mary Crest Road, Suite B, Henderson, NV | 26,512.00 |
| PS Business Parks LP - SoCal | 8th Street, Buena Park, CA | 35,720.80 |
| Shady Harbour LLC | 19810 W Catawba Avenue, Suite G, Cornelius, NC | 507.00 |
| **Subtotal** | | **304,777.16** |
| | | |
| 475 Channel Road LLC | 475 E Channel Road, Benicia, CA | 6,180.00 |
| 475 Channel Road LLC | 477 E Channel Road, Benicia, CA | 4,635.00 |
| 2750 Maxwell Way LLC | 2750 Maxwell Way, Fairfield, CA | 42,656.00 |
| Four Dog Properties LLC | 4701Park Road, Benicia, CA | 10,000.00 |
| Park Road LLC | 4901Park Road, Benicia, CA | 57,200.04 |
| **Subtotal** | | **120,671.04** |
| | | |
| **Total** | | $       **425,448.20** |

**Attachment 2.2**

| Fund | EIN | Managing Member | Investor Member | # of Units | Monthly Lease Revenue (from DC Solar Distribution) |
|------|-----|-----------------|-----------------|-----------|----------------------------------------------------|
| Fund I "The Fund" | 27-3968593 | Solarmore Investments Inc. | Aaron Burr LLC | 224 | |
| USB DC I | 46-0810665 | Solarmore Investments Inc. | Firstar Development, LLC | 100 | $ 80,588.50 |
| USB DC II | 46-1492756 | Solarmore Investments Inc. | Firstar Development, LLC | 150 | $ 120,882.75 |
| Fund III | 27-3619697 | Solarmore Investments Inc. | Sherwin Williams | 192 | |
| Fund IV | 46-2255100 | Solarmore Investments Inc. | Sherwin Williams | 250 | $ 201,471.25 |
| Fund V | 46-4148391 | Solarmore Management Services Inc. | Sherwin Williams | 110 | $ 88,647.33 |
| Fund VI | 46-4349311 | Solarmore Management Services Inc. | DV VNB Community Renewables Fund, LLC | 135 | $ 108,794.50 |
| Fund VII | 46-5182370 | Solarmore Management Services Inc. | East West Bancorp | 227 | $ 170,250.00 |
| Fund VIII | 47-1065191 | Solarmore Management Services Inc. | ADHI-Solar, LLC | 227 | $ 166,845.00 |
| Fund X | 47-1803673 | Solarmore Management Services Inc. | United Bank | 101 | $ 82,416.00 |
| Fund XI | 47-2481169 | Solarmore Management Services Inc. | Sherwin Williams | 200 | $ 161,177.00 |
| Fund XII | 47-2562387 | Solarmore Management Services Inc. | DV VNB Community Renewables Fund, LLC | 202 | $ 162,788.75 |
| Fund XIV | 47-3194808 | Solarmore Management Services Inc. | East West Bancorp | 227 | $ 165,710.00 |

**Attachment 2.2**

| Fund | EIN | Managing Member | Investor Member | # of Units | Monthly Lease Revenue (from DC Solar Distribution) |
|------|-----|-----------------|-----------------|-----------|---------------------------------------------------|
| Fund XV | 47-3306031 | Solarmore Management Services Inc. | United Bank | 172 | $ 138,632.00 |
| Fund XVI | 47-4365156 | Solarmore Management Services Inc. | Sherwin Williams | 300 | $ 241,765.50 |
| Fund XVII | 81-0799647 | Solarmore Management Services Inc. | Pardee Solar 1 LLC | 125 | $ 100,750.00 |
| Fund XVIII | 47-4777040 | Solarmore Management Services Inc. | GEICO | 1,140 | $ 837,900.00 |
| Fund XIX | 81-0869402 | Solarmore Management Services Inc. | DV VNB Community Renewables Fund, LLC | 175 | $ 141,312.50 |
| Fund XX | 81-0913067 | Renewable Management Services | Midwest - REA TCF, LLC    CRA TCF 16, LLC | 112 | $ 86,240.00 |
| Fund XXI | 81-1584662 | Solarmore Management Services Inc. | Sherwin Williams | 112 | $ 87,080.00 |
| Fund XXII | 81-1883647 | Solarmore Management Services Inc. | United Financial Bancorp | 225 | $ 174,937.50 |
| Fund XXIII | 81-2342837 | Solarmore Management Services Inc. | GEICO | 2,280 | $ 1,596,000.00 |
| Fund XXIV | 81-2357233 | Solarmore Management Services Inc. | Sherwin Williams | 112 | $ 87,080.00 |
| Fund XXVI | 81-4506207 | Solarmore Management Services Inc. | Progressive Casualty Insurance | 664 | $ 468,120.00 |
| Fund XXVII | 81-4781278 | Halo Management Services LLC | ADHI-Solar, LLC | 300 | $ 220,500.00 |

**Attachment 2.2**

| Fund | EIN | Managing Member | Investor Member | # of Units | Monthly Lease Revenue (from DC Solar Distribution) |
|------|-----|-----------------|-----------------|-----------|-------------------------------------------|
| Fund XXVIII | 81-5086029 | Solarmore Management Services Inc. | Sherwin Williams | 112 | $ 87,080.00 |
| Fund XXIX | 82-1210694 | Halo Management Services LLC | GEICO | 2,280 | $ 1,596,000.00 |
| Fund XXX | 82-1550290 | Halo Management Services LLC | Progressive Casualty Insurance | 1,326 | $ 934,830.00 |
| Fund XXXI | 82-2007274 | Solarmore Management Services Inc. | Sherwin Williams | 112 | $ 85,680.00 |
| Fund XXXII | 82-1997734 | Halo Management Services LLC | East West Bank | 430 | $ 301,000.00 |
| Fund XXXIII | 83-1033906 | Halo Management Services LLC | GEICO | 2,280 | $ 1,596,000.00 |
| Fund XXXIV | 83-0869915 | Halo Management Services LLC | Progressive Casualty Insurance | 1,326 | $ 970,632.00 |
| Fund XXXV | 83-2555974 | Halo Management Services LLC | East West Bank | 325 | $ - |
| | | | | **16,253** | $ 11,261,110.58 |

Attachment 2.3

| Line of Business | Carrier | Policy# | Effective Date | Expiration Date | Policy Premium |
|---|---|---|---|---|---|
| **DC Solar Solutions, Inc./DC Solar Distribution, Inc./DC Solar Freedom, Inc.** | | | | | |
| Package | Hanover | ZZFD227661 | 4/26/2018 | 4/26/2019 | $ 296,742.32 |
| Work Comp | Hanover | WBFD219291 | 4/26/2018 | 4/26/2019 | $ 66,558.00 |
| Work Comp | Hanover | WDFD480778 | 4/26/2018 | 4/26/2019 | $ 3,052.00 |
| Inland Marine | Hanover | IHFD138482 | 4/26/2018 | 4/26/2019 | $ 86,142.00 |
| Pollution Liability | ACE | G71124496 001 | 4/26/2018 | 4/26/2019 | $ 73,958.00 |
| Commercial Auto | Hanover | AWFA933524 | 4/26/2018 | 4/26/2019 | $ 116,176.00 |
| Excess Liability/Umbrella | Hanover | UHFA933516 | 4/26/2018 | 4/26/2019 | $ 94,555.00 |
| Professional Liability | Lexington | 01-309-25-74 | 3/23/2017 | 4/27/2019 | $ 218,784.00 |
| Inland Marine (Light Towers) | Hartford | 57MSAM8712 | 2/26/2019 | 2/26/2020 | $ 5,152.00 |

**DC Solar Solutions, Inc.**

Lead Case No.: BK-19-50130-GS
Summary - NetJets Fractional Ownership

| Principal Contact | FAA Registration No. | Aircraft Serial No. | Interest Size | Lease Date | Lease Term | Monthly Lease Fee | Monthly Management Fee |
|---|---|---|---|---|---|---|---|
| Paulette Carpoff | N638QS | 560-5363 | 15.625% | 10/19/2017 | 36 Months | $ 5,134 | $ 20,195 |
| Paulette Carpoff | N320QS | 680-0169 | 21.875% | 10/20/2017 | 36 Months | $ 14,000 | $ 40,667 |
| Paulette Carpoff | N999QS | 750-0203 | 18.750% | 10/23/2017 | 36 Months | $ 11,175 | $ 47,529 |

Fill in this information to identify the case:

Debtor name _____DC Solar Solutions, Inc._____

United States Bankruptcy Court for the:
_____District of Nevada, Reno Division_____

Case number (if known): _____19-50130-GS_____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 See footnote in Column 2 | Street _____ <br><br> City _____ State ____ ZIP Code ____ | *The Trustee is currently investigating any and all guarantees provided by any party on behalf of the Debtor. | |
| 2.2 _____ | Street _____ <br><br> City _____ State ____ ZIP Code ____ | | |
| 2.3 _____ | Street _____ <br><br> City _____ State ____ ZIP Code ____ | | |
| 2.4 _____ | Street _____ <br><br> City _____ State ____ ZIP Code ____ | | |
| 2.5 _____ | Street _____ <br><br> City _____ State ____ ZIP Code ____ | | |

Debtor    DC Solar Solutions, Inc.                          Case number *(if known)*  19-50130-GS
              Name

<table>
<tr><td colspan="4"><strong>Additional Page if Debtor Has More Codebtors</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.6 _____ | Street _____ | | |
| | _____ | | |
| | City            State      ZIP Code | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>DC Solar Solutions, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Nevada, Reno Division</td></tr>
<tr><td>Case number (if known):</td><td>19-50130-GS        Chapter        7</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................... | $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*................................................................................. | $14,688,485.79

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................. | $14,688,485.79

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... | $185,399,411.99

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | + $15,343,226.09

4. **Total liabilities**..................................................................................................................... | $200,742,638.08

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | DC Solar Solutions, Inc. |
| United States Bankruptcy Court for the: | District of Nevada, Reno Division |
| Case number (if known): | 19-50130-GS |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2019 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $59,706.16 |
| **For prior year:** From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $174,455,027.56 |
| **For the year before that:** From 01/01/2017 to 12/31/2017<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $234,921,360.10 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2019 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** From 01/01/2017 to 12/31/2017<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

---

| Debtor | DC Solar Solutions, Inc. | Case number *(if known)* 19-50130-GS |
|--------|--------------------------|--------------------------------------|
|        | Name                     |                                      |

---

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|------------------------------|-------|------------------------|--------------------------------------------------------|
| 3.1. See 90 Day Payments <br> Creditor's name <br><br> Street <br><br><br> City         State    ZIP Code | | $27,921,298.52 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other  Various |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|-----------------------------|-------|------------------------|---------------------------------|
| 4.1. See Two (2) Year Payments <br> Creditor's name <br><br> Street <br><br><br> City         State    ZIP Code | | Various | |
| **Relationship to debtor** <br> Various | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|------------------------------|-----------------------------|------|-------------------|
| 5.1. <br> Creditor's name <br><br> Street <br><br><br> City         State    ZIP Code | | | |

---

Debtor    DC Solar Solutions, Inc.                                   Case number *(if known)*  19-50130-GS
          Name

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____ Creditor's name _____ Street _____ City          State    ZIP Code | XXXX– ___ ___ ___ ___ | _____ | _____ |

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Sealed | Alleged Fraud | U.S. District Court for the Eastern District of California Name _____ Street _____ City          State    ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** Unknown | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1. _____ Custodian's name _____ Street _____ City          State    ZIP Code | **Case title** _____ **Case number** _____ **Date of order or assignment** _____ | **Court name and address** Name _____ Street _____ City          State    ZIP Code |

## Part 4:  Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

Debtor     DC Solar Solutions, Inc.                                    Case number *(if known)*  19-50130-GS
           Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City            State    ZIP Code

Recipient's relationship to debtor

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Bankruptcy Court, U.S. | | 01/30/2019 | $1,717.00 |
| | **Address** | | | |
| | 300 Booth St<br>Street | | | |
| | Reno, NV 89509-1328<br>City            State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Skadden, Arps, Slate, Meagher & Flom LLP | | | |

Debtor    DC Solar Solutions, Inc.                                        Case number *(if known)* 19-50130-GS
Name

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Skadden, Arps, Slate, Meagher & Flom LLP | Retainer | 12/20/2018 | $2,000,000.00 |
| | **Address** | | | |
| | 300 S Grand Ave Ste 3400<br>Street | | | |
| | | | | |
| | Los Angeles, CA 90071-3137<br>City                          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | www.skadden.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | The Strauss Law Firm | | | |

| 11.3. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | GlassRatner Advisory & Capital Group, LLC | Retainer | 02/01/2019 | $375,000.00 |
| | **Address** | | | |
| | 3445 Peachtree Rd Ne Ste 1225<br>Street | | | |
| | | | | |
| | Atlanta, GA 30326-3241<br>City                          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | www.glassratner.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | The Strauss Law Firm | | | |

| 11.4. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Clark Hill PLLC | Retainer | | $275,000.00 |
| | **Address** | | | |
| | 3800 Howard Hughes Pkwy Ste 500<br>Street | | | |
| | | | | |
| | Las Vegas, NV 89169-5914<br>City                          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | www.clarkhill.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | The Strauss Law Firm | | | |

Debtor     DC Solar Solutions, Inc.                                    Case number *(if known)* 19-50130-GS
　　　　　　　Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | See Two (2) Year Payments | | | Various |
| | **Address** | | | |
| | Street | | | |
| | City　　　　　　State　　ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Various Related Parties | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| | Street | |
| | City　　　　　　State　　ZIP Code | |

**Part 8:   Health Care Bankruptcies**

Debtor      DC Solar Solutions, Inc.                                      Case number *(if known)*  19-50130-GS
            Name

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City          State    ZIP Code | | *Check all that apply:* ☐ Electronically ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.  Account Data - name, address, phone numbers

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

Debtor      DC Solar Solutions, Inc.                                      Case number *(if known)* 19-50130-GS
            Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City        State    ZIP Code | XXXX– ___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City        State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Unknown <br> Name <br> _____ <br> Street <br> _____ <br> City        State    ZIP Code | Unknown <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☑ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    DC Solar Solutions, Inc.                                      Case number *(if known)* 19-50130-GS
          Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Go Green Studio Rentals<br>Name<br>4901 Park Rd<br>Street<br><br>Benicia                  CA<br>94510-1190<br>City                State   ZIP Code | | Equipment and Inventory | $0.00 |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Bay Area Screen Print Inc.<br>Name<br>4901 Park Rd<br>Street<br><br>Benicia                  CA<br>94510-1190<br>City                State   ZIP Code | | Equipment and Inventory | $0.00 |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Books and records for various related parties<br>and affiliates<br>Name<br><br>Street<br><br><br>City                State   ZIP Code | | Books and records | $0.00 |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.
    ☑ No
    ☐ Yes. Provide details below.

Debtor _____ DC Solar Solutions, Inc. _____     Case number *(if known)* 19-50130-GS _____
       Name

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ |  | _____ | ☐ Pending |
|  | Name | _____ | ☐ On appeal |
| **Case number** | Street | | ☐ Concluded |
| _____ | _____ | | |
| | City   State  ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    DC Solar Solutions, Inc.                                    Case number *(if known)* 19-50130-GS
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

_____    _____    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___
Name

_____                                       | Dates business existed |
Street                                                                 |---|

_____                                       From _____  To _____

_____
City            State    ZIP Code

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  Daggs, Josh                                          From  Inception    To  2017
        Name

        4901 Park Rd
        Street

        _____

        Benicia, CA 94510-1190
        City            State    ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.  Perriera, Shannon                                    From  2017        To  Present
        Name

        4901 Park Rd
        Street

        _____

        Benicia, CA 94510
        City            State    ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.  Scott Wentz DH & Co., LLP/Montage Services Inc.      From  01/01/2017  To  12/31/2017
        Name

        750 Commercial St
        Street

        _____

        San Francisco, CA 94108
        City            State    ZIP Code

Debtor    DC Solar Solutions, Inc.                              Case number *(if known)*  19-50130-GS
Name

| Name and address | Dates of service |
|---|---|
| 26b.2.  Ronald Roach Accountancy Group<br>Name<br><br>101 Rudgear Dr<br>Street<br><br><br>Walnut Creek, CA 94596-6353<br>City                State          ZIP Code | From  01/01/2016    To  12/31/2016 |
| **Name and address** | **Dates of service** |
| 26b.3.  Sean Snodgrass, CPA<br>Name<br><br>1055 W College Ave<br>Street<br><br><br>Santa Rosa, CA 95401-5059<br>City                State          ZIP Code | From  01/01/2017    To  Present |
| **Name and address** | **Dates of service** |
| 26b.4.  Montage Services Inc.<br>Name<br><br>41 W Shore Rd<br>Street<br><br><br>Belvedere Tiburon, CA 94920-2461<br>City                State          ZIP Code | From  01/01/2017    To  Present |
| **Name and address** | **Dates of service** |
| 26b.5.  Ari Lauer (Law Offices)<br>Name<br><br>500 Ygnacio Valley Rd Ste 325<br>Street<br><br><br>Walnut Creek, CA 94596-8211<br>City                State          ZIP Code | From  01/01/2017    To  Present |
| **Name and address** | **Dates of service** |
| 26b.6.  Novogradac & Company LLP<br>Name<br><br>Po Box 7833<br>Street<br><br><br>San Francisco, CA 94120-7833<br>City                State          ZIP Code | From  01/01/2017    To  Present |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor      DC Solar Solutions, Inc.                                    Case number *(if known)*  19-50130-GS
            Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Perriera, Shannon<br>Name<br><br>4901 Park Rd<br>Street<br><br><br>Benicia, CA 94510<br>City                    State              ZIP Code | Physical records seized by the FBI on December 18, 2018, but computer server remained. |
| 26c.2. | Karmann, Robert A.<br>Name<br><br>4901 Park Rd<br>Street<br><br><br>Benicia, CA 94510<br>City                    State              ZIP Code | Physical records seized by the FBI on December 18, 2018, but computer server remained. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Unknown<br>Name<br><br>Street<br><br><br>City                    State              ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | <br>Name<br><br>Street<br><br><br>City                    State              ZIP Code |

Debtor    DC Solar Solutions, Inc.                                    Case number *(if known)* 19-50130-GS
          Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the
      debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Briggs, Daniel | 291 Saddle Run St Henderson, NV 89012-2645 | President & CEO, | 0.00 % |
| Carpoff, Jeffrey P. | 30 Pebble Dunes Ct Las Vegas, NV 89141-6069 | Former Owner, | 0.00% |
| Carpoff, Paulette L. | 30 Pebble Dunes Ct Las Vegas, NV 89141-6069 | Former Owner Wife/Insider, | 0.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or
      shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| | | , | From _____ To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on
loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. See Two (2) Year Payments<br>Name | Various | | |
| Street | | | |
| | | | |
| City                State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| Various | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Debtor    DC Solar Solutions, Inc.                                    Case number *(if known)* 19-50130-GS
          Name

---

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____08/05/2019_____
                 MM/ DD/ YYYY

**X**    */s/ Christina Lovato*
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor
_Chapter 7 Trustee_

Printed name    _Christina Lovato, Chapter 7 Trustee_

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

---

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Summary - All Payments and Transfer in 90 Day Period

| Creditor Name | Amount |
|---|---|
| Omega SI LLC | $    8,065,500 |
| King Solarman Inc | 8,057,500 |
| Hidden Oaks Investors LLC | 3,500,000 |
| Chip Ganassi Racing - LLC | 2,000,000 |
| SMISC Holdings LLC | 945,600 |
| Xtreme Manufacturing LLC | 828,894 |
| Internal Revenue Service | 805,572 |
| William Morris Endeavor Entertainment | 700,000 |
| Talladega Superspeedway | 375,000 |
| Fallbrook Capital Securities | 326,664 |
| CED | 255,467 |
| NetJets Sales Inc | 228,902 |
| AT&T Mobility | 213,066 |
| Skadden, Arps, Slate, Meagher & Flom LLP | 160,545 |
| Fairmont San Francisco | 147,963 |
| EventWright | 85,000 |
| Cranbrook Realty Investment Fund L.P. | 81,447 |
| Montage Services Inc | 69,500 |
| Central Equipment Service | 67,005 |
| Northwestern Mutual Life Ins Co. | 59,652 |
| Midnite Solar Inc | 54,443 |
| Advanced Voice & Data Inc | 52,360 |
| Star Coach Race Tours LLC | 50,544 |
| Big Ass Fans | 46,876 |
| Trans Lease Inc | 45,700 |
| Benicia - Investment LLC | 43,520 |
| Majestic Runway Partners II LLC | 42,622 |
| WEX Fleet | 41,607 |
| MEF | 40,000 |
| American Airlines | 36,534 |
| California Choice | 35,881 |
| PS Business Parks LP-Southern California | 35,721 |
| Felix Lighting Corporation | 34,871 |
| Western States Tool and Supply | 29,010 |
| Pacific States Petroleum Inc | 27,330 |
| Ally Financial Inc | 26,848 |
| Concept Services Inc | 25,262 |

Summary - 90 Day Payments

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Summary - All Payments and Transfer in 90 Day Period

| Creditor Name | Amount |
|---|---|
| PG&E | 24,372 |
| Large Screen Vid Sale | 23,728 |
| Oakhurst Country Club | 23,160 |
| Southwest Airlines | 22,528 |
| Enenstein Pham & Glass LLP | 18,852 |
| Marriott | 17,221 |
| Flexport.com | 15,300 |
| LJ Productions | 14,858 |
| Apple Store | 14,062 |
| Distribution Funding II LLC | 12,735 |
| Coast Building Products | 11,560 |
| PLDSPE LLC | 11,224 |
| DMV | 10,356 |
| Strauss Law Firm | 10,000 |
| Phoenix Motor Speedway | 9,767 |
| Island Creative Management LLC | 8,692 |
| Law Office of Daniel Bakondi | 7,910 |
| Chase Credit Card | 7,885 |
| Sherwin Williams | 7,533 |
| Air Time Mechanical Inc | 7,150 |
| **Total** | **$    27,921,298.52** |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in 90 Day Period

Detail - 90 Day Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 12/12/18 | 33116 | Advanced Voice & Data Inc | - | $  52,359.89 |
| | | | **Advanced Voice & Data Inc Total** | | **52,359.89** |
| CTBC Bank-1916 | 11/06/18 | 32810 | Air Time Mechanical Inc | - | 7,150.00 |
| | | | **Air Time Mechanical Inc Total** | | **7,150.00** |
| CTBC Bank-1916 | 12/17/18 | EFT | Ally Financial Inc | - | 762.75 |
| CTBC Bank-1916 | 12/17/18 | EFT | Ally Financial Inc | - | 766.61 |
| CTBC Bank-1916 | 12/13/18 | EFT | Ally Financial Inc | - | 1,008.19 |
| CTBC Bank-1916 | 12/12/18 | EFT | Ally Financial Inc | - | 776.69 |
| CTBC Bank-1916 | 12/12/18 | EFT | Ally Financial Inc | - | 773.68 |
| CTBC Bank-1916 | 12/12/18 | EFT | Ally Financial Inc | - | 766.36 |
| CTBC Bank-1916 | 12/12/18 | EFT | Ally Financial Inc | - | 760.58 |
| CTBC Bank-1916 | 12/12/18 | EFT | Ally Financial Inc | - | 755.01 |
| CTBC Bank-1916 | 12/10/18 | EFT | Ally Financial Inc | - | 1,016.21 |
| CTBC Bank-1916 | 12/03/18 | EFT | Ally Financial Inc | - | 706.36 |
| CTBC Bank-1916 | 12/03/18 | EFT | Ally Financial Inc | - | 926.41 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 713.19 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 713.19 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 713.19 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 713.19 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 713.19 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 713.19 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 713.19 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 713.19 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 713.19 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 713.19 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 713.19 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 1,006.20 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 1,006.21 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 1,006.21 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 1,006.21 |
| CTBC Bank-1916 | 11/27/18 | EFT | Ally Financial Inc | - | 1,008.19 |
| CTBC Bank-1916 | 11/19/18 | EFT | Ally Financial Inc | - | 766.61 |
| CTBC Bank-1916 | 11/19/18 | EFT | Ally Financial Inc | - | 762.75 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in 90 Day Period

Detail - 90 Day Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 11/13/18 | EFT | Ally Financial Inc | - | 776.69 |
| CTBC Bank-1916 | 11/13/18 | EFT | Ally Financial Inc | - | 773.68 |
| CTBC Bank-1916 | 11/13/18 | EFT | Ally Financial Inc | - | 766.36 |
| CTBC Bank-1916 | 11/13/18 | EFT | Ally Financial Inc | - | 760.58 |
| CTBC Bank-1916 | 11/13/18 | EFT | Ally Financial Inc | - | 755.01 |
| CTBC Bank-1916 | 11/08/18 | EFT | Ally Financial Inc | - | 1,016.21 |
| | | | **Ally Financial Inc Total** | | **26,848.47** |
| Bank of America - Checking 1020 | 12/17/18 | | American Airlines | 9.12 | - |
| Bank of America - Checking 1020 | 12/17/18 | | American Airlines | 9.12 | - |
| Bank of America - Checking 1020 | 12/12/18 | MR | American Airlines | - | 1,254.90 |
| Bank of America - Checking 1020 | 12/12/18 | MR | American Airlines | - | 1,254.90 |
| Bank of America - Checking 1020 | 12/12/18 | MR | American Airlines | - | 793.61 |
| Bank of America - Checking 1020 | 12/11/18 | MR | American Airlines | - | 793.61 |
| Bank of America - Checking 1020 | 12/11/18 | MR | American Airlines | - | 1,254.90 |
| Bank of America - Checking 1020 | 12/11/18 | MR | American Airlines | - | 720.40 |
| Bank of America - Checking 1020 | 12/11/18 | Debit BofA | American Airlines | - | 720.60 |
| Bank of America - Checking 1020 | 12/11/18 | Debit BofA | American Airlines | - | 200.00 |
| Bank of America - Checking 1020 | 12/11/18 | Debit BofA | American Airlines | - | 720.60 |
| Bank of America - Checking 1020 | 12/11/18 | Debit BofA | American Airlines | - | 9.12 |
| Bank of America - Checking 1020 | 12/11/18 | Debit BofA | American Airlines | - | 1,440.80 |
| Bank of America - Checking 1020 | 12/11/18 | Debit BofA | American Airlines | - | 9.12 |
| Bank of America - Checking 1020 | 12/11/18 | Debit BofA | American Airlines | - | 2,474.20 |
| Bank of America - Checking 1020 | 12/11/18 | Debit BofA | American Airlines | - | 2,509.80 |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | American Airlines | - | 1,350.61 |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | American Airlines | - | 2,509.80 |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | American Airlines | - | 720.40 |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | American Airlines | - | 1,440.80 |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | American Airlines | - | 1,440.80 |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | American Airlines | - | 1,440.80 |
| Bank of America - Checking 1020 | 12/07/18 | MR | American Airlines | - | 932.80 |
| Bank of America - Checking 1020 | 12/07/18 | MR | American Airlines | - | 715.18 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in 90 Day Period

Detail - 90 Day Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Bank of America - Checking 1020 | 12/07/18 | MR | American Airlines | - | 2,548.20 |
| Bank of America - Checking 1020 | 12/04/18 | MR | American Airlines | - | 1,197.91 |
| Bank of America - Checking 1020 | 12/03/18 | MR | American Airlines | - | 1,027.91 |
| Bank of America - Checking 1020 | 11/29/18 | Debit BofA | American Airlines | - | 1,857.00 |
| Bank of America - Checking 1020 | 11/27/18 | MR | American Airlines | - | 749.67 |
| Bank of America - Checking 1020 | 11/27/18 | MR | American Airlines | - | 774.20 |
| Bank of America - Checking 1020 | 11/23/18 | Debit BofA | American Airlines | - | 1,410.80 |
| Bank of America - Checking 1020 | 11/12/18 | Debit BofA | American Airlines | - | 1,236.97 |
| Bank of America - Checking 1020 | 11/08/18 | Debit BofA | American Airlines | - | 773.18 |
| Bank of America - Checking 1020 | 11/08/18 | Debit BofA | American Airlines | - | 250.19 |
| | | | **American Airlines Total** | | **36,533.78** |
| Bank of America - Checking 1020 | 12/01/18 | Debit BofA | Apple Store | - | 8,874.33 |
| Bank of America - Checking 1020 | 11/26/18 | Debit BofA | Apple Store | - | 37.06 |
| Bank of America - Checking 1020 | 11/26/18 | Debit BofA | Apple Store | - | 37.06 |
| Bank of America - Checking 1020 | 11/26/18 | Debit BofA | Apple Store | - | 2,889.85 |
| Bank of America - Checking 1020 | 11/26/18 | Debit BofA | Apple Store | - | 2,224.00 |
| | | | **Apple Store Total** | | **14,062.30** |
| CTBC Bank-1916 | 12/14/18 | EFT | AT&T Mobility | - | 1,458.96 |
| CTBC Bank-1916 | 12/14/18 | EFT | AT&T Mobility | - | 105,071.99 |
| CTBC Bank-1916 | 11/13/18 | ACH | AT&T Mobility | - | 1,503.12 |
| CTBC Bank-1916 | 11/13/18 | ACH | AT&T Mobility | - | 105,031.49 |
| | | | **AT&T Mobility Total** | | **213,065.56** |
| CTBC Bank-1916 | 12/01/18 | 33110 | Benicia - Investment LLC | - | 43,520.00 |
| | | | **Benicia - Investment LLC Total** | | **43,520.00** |
| CTBC Bank-1916 | 11/28/18 | 33076 | Big Ass Fans | - | 46,875.50 |
| | | | **Big Ass Fans Total** | | **46,875.50** |
| CTBC Bank-1916 | 11/15/18 | 32989 | California Choice | - | 35,880.58 |
| | | | **California Choice Total** | | **35,880.58** |
| CTBC Bank-1916 | 12/01/18 | 31863 | CED | - | 255,341.24 |
| CTBC Bank-1916 | 11/15/18 | 32987 | CED | - | 125.99 |
| | | | **CED Total** | | **255,467.23** |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in 90 Day Period

Detail - 90 Day Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 12/14/18 | EFT | Central Equipment Service | - | 67,004.64 |
| | | | **Central Equipment Service Total** | | **67,004.64** |
| CTBC Bank-1916 | 12/21/18 | 12.21.18 | Chase Credit Card | - | 4,070.16 |
| CTBC Bank-1916 | 11/21/18 | 11.21.18 | Chase Credit Card | - | 3,815.32 |
| | | | **Chase Credit Card Total** | | **7,885.48** |
| CTBC Bank-1916 | 11/15/18 | 32988 | Chip Ganassi Racing - LLC | - | 2,000,000.00 |
| | | | **Chip Ganassi Racing - LLC Total** | | **2,000,000.00** |
| CTBC Bank-1916 | 11/15/18 | 32992 | Coast Building Products | - | 11,560.00 |
| | | | **Coast Building Products Total** | | **11,560.00** |
| CTBC Bank-1916 | 12/13/18 | Wire | Concept Services Inc | - | 25,261.60 |
| | | | **Concept Services Inc Total** | | **25,261.60** |
| CTBC Bank-1916 | 12/01/18 | 33112 | Cranbrook Realty Investment Fund L.P. | - | 81,447.34 |
| | | | **Cranbrook Realty Investment Fund L.P. Total** | | **81,447.34** |
| CTBC Bank-1916 | 12/06/18 | WIRE | Distribution Funding II LLC | - | 12,735.12 |
| | | | **Distribution Funding II LLC Total** | | **12,735.12** |
| Bank of America - Checking 1020 | 12/04/18 | Debit BofA | DMV | - | 956.00 |
| Bank of America - Checking 1020 | 12/04/18 | Debit BofA | DMV | - | 3,715.00 |
| Bank of America - Checking 1020 | 12/03/18 | Debit BofA | DMV | - | 3,489.70 |
| Bank of America - Checking 1020 | 11/07/18 | Debit BofA | DMV | - | 2,195.00 |
| | | | **DMV Total** | | **10,355.70** |
| CTBC Bank-1916 | 11/28/18 | 33086 | Enenstein Pham & Glass LLP | - | 2,049.63 |
| CTBC Bank-1916 | 11/08/18 | WIRE | Enenstein Pham & Glass LLP | - | 16,802.07 |
| | | | **Enenstein Pham & Glass LLP Total** | | **18,851.70** |
| CTBC Bank-1916 | 11/30/18 | WIRE | EventWright | - | 85,000.00 |
| | | | **EventWright Total** | | **85,000.00** |
| CTBC Bank-1916 | 12/12/18 | WIRE | Fairmont San Francisco | - | 110,613.33 |
| CTBC Bank-1916 | 11/21/18 | WIRE | Fairmont San Francisco | - | 37,350.00 |
| | | | **Fairmont San Francisco Total** | | **147,963.33** |
| CTBC Bank-1916 | 12/12/18 | WIRE | Fallbrook Capital Securities | - | 230,045.00 |
| CTBC Bank-1916 | 12/12/18 | WIRE | Fallbrook Capital Securities | - | 96,619.00 |
| | | | **Fallbrook Capital Securities Total** | | **326,664.00** |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in 90 Day Period

Detail - 90 Day Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 12/13/18 | WIRE | Felix Lighting Corporation | - | 34,870.80 |
| | | | **Felix Lighting Corporation Total** | | **34,870.80** |
| Bank of America - Checking 1020 | 12/17/18 | MR | Flexport.com | - | 15,300.20 |
| | | | **Flexport.com Total** | | **15,300.20** |
| CTBC Bank-1916 | 11/27/18 | WIRE | Hidden Oaks Investors LLC | - | 3,500,000.00 |
| | | | **Hidden Oaks Investors LLC Total** | | **3,500,000.00** |
| CTBC Bank-1916 | 12/17/18 | | Internal Revenue Service | - | 805,571.78 |
| | | | **Internal Revenue Service Total** | | **805,571.78** |
| CTBC Bank-1916 | 12/13/18 | WIRE | Island Creative Management LLC | - | 8,692.37 |
| | | | **Island Creative Management LLC Total** | | **8,692.37** |
| CTBC Bank-1916 | 11/06/18 | WIRE | King Solarman Inc | - | 8,057,500.00 |
| | | | **King Solarman Inc Total** | | **8,057,500.00** |
| CTBC Bank-1916 | 12/14/18 | WIRE | Large Screen Vid Sale | - | 23,728.00 |
| | | | **Large Screen Vid Sale Total** | | **23,728.00** |
| CTBC Bank-1916 | 11/05/18 | 32917 | Law Office of Daniel Bakondi | - | 7,910.00 |
| | | | **Law Office of Daniel Bakondi Total** | | **7,910.00** |
| CTBC Bank-1916 | 12/13/18 | WIRE | LJ Productions | - | 14,858.24 |
| | | | **LJ Productions Total** | | **14,858.24** |
| CTBC Bank-1916 | 12/01/18 | 33113 | Majestic Runway Partners II LLC | - | 42,622.35 |
| | | | **Majestic Runway Partners II LLC Total** | | **42,622.35** |
| Bank of America - Checking 1020 | 12/20/18 | MR | Marriott | - | 506.25 |
| Bank of America - Checking 1020 | 12/16/18 | MR | Marriott | - | 146.15 |
| Bank of America - Checking 1020 | 12/15/18 | MR | Marriott | - | 168.38 |
| Bank of America - Checking 1020 | 12/15/18 | MR | Marriott | - | 856.55 |
| Bank of America - Checking 1020 | 12/15/18 | MR | Marriott | - | 247.90 |
| Bank of America - Checking 1020 | 12/15/18 | MR | Marriott | - | 190.65 |
| Bank of America - Checking 1020 | 12/13/18 | MR | Marriott | - | 596.59 |
| Bank of America - Checking 1020 | 12/12/18 | MR | Marriott | - | 181.37 |
| Bank of America - Checking 1020 | 12/12/18 | MR | Marriott | - | 339.92 |
| Bank of America - Checking 1020 | 12/12/18 | MR | Marriott | - | 541.27 |
| Bank of America - Checking 1020 | 12/12/18 | MR | Marriott | - | 541.27 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in 90 Day Period

Detail - 90 Day Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Bank of America - Checking 1020 | 12/12/18 | MR | Marriott | - | 676.87 |
| Bank of America - Checking 1020 | 12/08/18 | MR | Marriott | - | 591.02 |
| Bank of America - Checking 1020 | 12/06/18 | MR | Marriott | - | 77.46 |
| Bank of America - Checking 1020 | 12/06/18 | MR | Marriott | - | 324.36 |
| Bank of America - Checking 1020 | 12/03/18 | MR | Marriott | - | 810.90 |
| Bank of America - Checking 1020 | 12/03/18 | MR | Marriott | - | 1,024.08 |
| Bank of America - Checking 1020 | 11/20/18 | MR | Marriott | - | 417.49 |
| Bank of America - Checking 1020 | 11/16/18 | MR | Marriott | - | 444.97 |
| Bank of America - Checking 1020 | 11/13/18 | MR | Marriott | - | 737.00 |
| Bank of America - Checking 1020 | 11/13/18 | MR | Marriott | - | 1,193.27 |
| Bank of America - Checking 1020 | 11/12/18 | MR | Marriott | - | 464.24 |
| Bank of America - Checking 1020 | 11/12/18 | MR | Marriott | - | 861.18 |
| Bank of America - Checking 1020 | 11/12/18 | MR | Marriott | - | 825.15 |
| Bank of America - Checking 1020 | 11/12/18 | MR | Marriott | - | 825.15 |
| Bank of America - Checking 1020 | 11/10/18 | MR | Marriott | - | 1,041.40 |
| Bank of America - Checking 1020 | 11/09/18 | MR | Marriott | - | 482.93 |
| Bank of America - Checking 1020 | 11/09/18 | Debit BofA | Marriott | - | 1,048.35 |
| Bank of America - Checking 1020 | 11/08/18 | MR | Marriott | - | 631.22 |
| Bank of America - Checking 1020 | 11/07/18 | MR | Marriott | - | 427.82 |
| | | | **Marriott Total** | | **17,221.16** |
| CTBC Bank-1916 | 11/15/18 | 32999 | MEF | - | 40,000.00 |
| | | | **MEF Total** | | **40,000.00** |
| CTBC Bank-1916 | 12/14/18 | EFT | Midnite Solar Inc | - | 54,442.50 |
| | | | **Midnite Solar Inc Total** | | **54,442.50** |
| CTBC Bank-1916 | 11/28/18 | 33089 | Montage Services Inc | - | 69,500.00 |
| | | | **Montage Services Inc Total** | | **69,500.00** |
| CTBC Bank-1916 | 11/28/18 | 33090 | NetJets Sales Inc | - | 118,343.48 |
| CTBC Bank-1916 | 11/15/18 | 33002 | NetJets Sales Inc | - | 110,559.00 |
| | | | **NetJets Sales Inc Total** | | **228,902.48** |
| CTBC Bank-1916 | 11/19/18 | 33024 | Northwestern Mutual Life Ins Co. | - | 59,652.00 |
| | | | **Northwestern Mutual Life Ins Co. Total** | | **59,652.00** |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in 90 Day Period

Detail - 90 Day Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 12/04/18 | 33109 | Oakhurst Country Club | - | 21,536.00 |
| CTBC Bank-1916 | 11/15/18 | 33004 | Oakhurst Country Club | - | 1,623.55 |
| | | | **Oakhurst Country Club Total** | | **23,159.55** |
| CTBC Bank-1916 | 11/15/18 | WIRE | Omega SI LLC | - | 8,065,500.00 |
| | | | **Omega SI LLC Total** | | **8,065,500.00** |
| CTBC Bank-1916 | 12/21/18 | EFT | Pacific States Petroleum Inc | - | 4,580.61 |
| CTBC Bank-1916 | 12/14/18 | EFT | Pacific States Petroleum Inc | - | 4,912.50 |
| CTBC Bank-1916 | 12/07/18 | EFT | Pacific States Petroleum Inc | - | 2,334.51 |
| CTBC Bank-1916 | 11/30/18 | EFT | Pacific States Petroleum Inc | - | 5,076.02 |
| CTBC Bank-1916 | 11/23/18 | EFT | Pacific States Petroleum Inc | - | 1,633.71 |
| CTBC Bank-1916 | 11/16/18 | EFT | Pacific States Petroleum Inc | - | 4,502.86 |
| CTBC Bank-1916 | 11/09/18 | EFT | Pacific States Petroleum Inc | - | 4,290.19 |
| | | | **Pacific States Petroleum Inc Total** | | **27,330.40** |
| CTBC Bank-1916 | 12/18/18 | EFT | PG&E | - | 1,926.94 |
| CTBC Bank-1916 | 12/18/18 | EFT | PG&E | - | 5,790.36 |
| CTBC Bank-1916 | 12/18/18 | EFT | PG&E | - | 2,754.41 |
| CTBC Bank-1916 | 12/18/18 | EFT | PG&E | - | 1,578.76 |
| CTBC Bank-1916 | 11/19/18 | EFT | PG&E | - | 6,320.65 |
| CTBC Bank-1916 | 11/19/18 | EFT | PG&E | - | 1,834.03 |
| CTBC Bank-1916 | 11/19/18 | EFT | PG&E | - | 2,472.41 |
| CTBC Bank-1916 | 11/19/18 | EFT | PG&E | - | 1,694.70 |
| | | | **PG&E Total** | | **24,372.26** |
| Bank of America - Checking 1020 | 11/15/18 | MR | Phoenix Motor Speedway | - | 258.51 |
| Bank of America - Checking 1020 | 11/11/18 | MR | Phoenix Motor Speedway | - | 6,392.87 |
| Bank of America - Checking 1020 | 11/10/18 | MR | Phoenix Motor Speedway | - | 1,927.72 |
| Bank of America - Checking 1020 | 11/10/18 | MR | Phoenix Motor Speedway | - | 1,188.10 |
| | | | **Phoenix Motor Speedway Total** | | **9,767.20** |
| CTBC Bank-1916 | 12/06/18 | WIRE | PLDSPE LLC | - | 11,223.59 |
| | | | **PLDSPE LLC Total** | | **11,223.59** |
| CTBC Bank-1916 | 12/01/18 | 33114 | PS Business Parks LP-Southern California | - | 35,720.80 |
| | | | **PS Business Parks LP-Southern California Total** | | **35,720.80** |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in 90 Day Period

Detail - 90 Day Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 11/15/18 | 33011 | Sherwin Williams | - | 7,532.74 |
| | | | **Sherwin Williams Total** | | **7,532.74** |
| CTBC Bank-1916 | 11/28/18 | 33098 | Skadden, Arps, Slate, Meagher & Flom LLP | - | 160,544.88 |
| | | | **Skadden, Arps, Slate, Meagher & Flom LLP Total** | | **160,544.88** |
| CTBC Bank-1916 | 11/28/18 | 33099 | SMISC Holdings LLC | - | 945,600.00 |
| | | | **SMISC Holdings LLC Total** | | **945,600.00** |
| Bank of America - Checking 1020 | 11/04/18 | | Southwest Airlines | 521.96 | - |
| Bank of America - Checking 1020 | 11/04/18 | MR | Southwest Airlines | - | 521.96 |
| Bank of America - Checking 1020 | 11/04/18 | MR | Southwest Airlines | - | 521.96 |
| Bank of America - Checking 1020 | 11/05/18 | Debit BofA | Southwest Airlines | - | 449.96 |
| Bank of America - Checking 1020 | 12/14/18 | MR | Southwest Airlines | - | 607.96 |
| Bank of America - Checking 1020 | 12/12/18 | MR | Southwest Airlines | - | 459.96 |
| Bank of America - Checking 1020 | 12/11/18 | MR | Southwest Airlines | - | 1,279.16 |
| Bank of America - Checking 1020 | 12/11/18 | MR | Southwest Airlines | - | 1,279.16 |
| Bank of America - Checking 1020 | 12/11/18 | Debit BofA | Southwest Airlines | - | 449.96 |
| Bank of America - Checking 1020 | 12/11/18 | Debit BofA | Southwest Airlines | - | 899.92 |
| Bank of America - Checking 1020 | 12/11/18 | Debit BofA | Southwest Airlines | - | 607.96 |
| Bank of America - Checking 1020 | 12/10/18 | MR | Southwest Airlines | - | 285.98 |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | Southwest Airlines | - | 607.96 |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | Southwest Airlines | - | 1,215.92 |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | Southwest Airlines | - | 1,034.32 |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | Southwest Airlines | - | 607.96 |
| Bank of America - Checking 1020 | 11/06/18 | Debit BofA | Southwest Airlines | - | 521.96 |
| Bank of America - Checking 1020 | 11/06/18 | | Southwest Airlines | 521.96 | - |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | Southwest Airlines | - | 1,215.92 |
| Bank of America - Checking 1020 | 12/10/18 | Debit BofA | Southwest Airlines | - | 531.96 |
| Bank of America - Checking 1020 | 12/07/18 | MR | Southwest Airlines | - | 1,025.96 |
| Bank of America - Checking 1020 | 12/07/18 | MR | Southwest Airlines | - | 1,007.96 |
| Bank of America - Checking 1020 | 12/04/18 | MR | Southwest Airlines | - | 265.98 |
| Bank of America - Checking 1020 | 12/04/18 | MR | Southwest Airlines | - | 265.98 |
| Bank of America - Checking 1020 | 12/04/18 | MR | Southwest Airlines | - | 658.06 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in 90 Day Period

Detail - 90 Day Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Bank of America - Checking 1020 | 11/26/18 | Debit BofA | Southwest Airlines | - | 313.99 |
| Bank of America - Checking 1020 | 11/19/18 | Debit BofA | Southwest Airlines | - | 1,451.92 |
| Bank of America - Checking 1020 | 11/07/18 | Debit BofA | Southwest Airlines | - | 362.98 |
| Bank of America - Checking 1020 | 11/07/18 | Debit BofA | Southwest Airlines | - | 725.96 |
| Bank of America - Checking 1020 | 11/07/18 | Debit BofA | Southwest Airlines | - | 1,139.96 |
| Bank of America - Checking 1020 | 11/07/18 | Debit BofA | Southwest Airlines | - | 501.96 |
| Bank of America - Checking 1020 | 11/07/18 | | Southwest Airlines | 489.96 | - |
| Bank of America - Checking 1020 | 11/13/18 | MR | Southwest Airlines | - | 481.96 |
| Bank of America - Checking 1020 | 11/08/18 | | Southwest Airlines | 489.96 | - |
| Bank of America - Checking 1020 | 11/08/18 | Debit BofA | Southwest Airlines | - | 489.96 |
| Bank of America - Checking 1020 | 11/08/18 | Debit BofA | Southwest Airlines | - | 489.96 |
| Bank of America - Checking 1020 | 11/08/18 | Debit BofA | Southwest Airlines | - | 244.98 |
| | | | **Southwest Airlines Total** | | **22,527.51** |
| CTBC Bank-1916 | 12/13/18 | WIRE | Star Coach Race Tours LLC | - | 50,543.52 |
| | | | **Star Coach Race Tours LLC Total** | | **50,543.52** |
| CTBC Bank-1916 | 11/15/18 | 33013 | Strauss Law Firm | - | 10,000.00 |
| | | | **Strauss Law Firm Total** | | **10,000.00** |
| CTBC Bank-1916 | 11/08/18 | WIRE | Talladega Superspeedway | - | 375,000.00 |
| | | | **Talladega Superspeedway Total** | | **375,000.00** |
| CTBC Bank-1916 | 12/05/18 | EFT | Trans Lease Inc | - | 22,850.18 |
| CTBC Bank-1916 | 11/06/18 | EFT | Trans Lease Inc | - | 22,850.18 |
| | | | **Trans Lease Inc Total** | | **45,700.36** |
| CTBC Bank-1916 | 12/14/18 | 33215 | Western States Tool and Supply | - | 29,010.38 |
| | | | **Western States Tool and Supply Total** | | **29,010.38** |
| CTBC Bank-1916 | 11/27/18 | EIPP 11.27 | WEX Fleet | - | 41,607.23 |
| | | | **WEX Fleet Total** | | **41,607.23** |
| CTBC Bank-1916 | 12/14/18 | WIRE | William Morris Endeavor Entertainment | - | 350,000.00 |
| CTBC Bank-1916 | 11/21/18 | WIRE | William Morris Endeavor Entertainment | - | 350,000.00 |
| | | | **William Morris Endeavor Entertainment Total** | | **700,000.00** |
| CTBC Bank-1916 | 11/21/18 | WIRE | Xtreme Manufacturing LLC | - | 828,894.00 |
| | | | **Xtreme Manufacturing LLC Total** | | **828,894.00** |

Detail - 90 Day Payments

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in 90 Day Period

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Grand Total | | | | | $ 27,921,298.52 |

Summary - Two (2) Year Payments

## DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS

Summary - All Payments and Transfer in Two (2) Year Period

| Creditor Name | Amount | Relationship to Debtor |
|---|---|---|
| Panda Bear International, Limited | $    22,740,000 | Company owned by Carpoff's |
| Carpoffs, Jeff and Paulette | 21,400,000 | Owners |
| Dog Blue Properties LLC | 13,150,435 | Company owned by Carpoff's |
| Dora Dog Properties LLC | 4,760,397 | Company owned by Carpoff's |
| Halo Management Services LLC | 2,617,515 | Managing Member |
| Paulette L Carpoff | 2,535,441 | Owner's Wife |
| Jeffrey P. Carpoff | 2,482,723 | Owner |
| Go Green Studio Rentals Inc | 2,447,166 | Company owned by Carpoff's |
| Law Office of Ari J. Lauer | 1,411,678 | Former Director & Shareholder |
| Brandy Boy Properties LLC | 1,379,208 | Company owned by Carpoff's |
| Park Road LLC | 1,248,931 | Company owned by Carpoff's |
| Robert A. Karmann | 1,227,866 | Former CFO & Treasurer |
| Ronald J. Roach | 1,124,990 | Former Treasurer & Shareholder |
| Bayliss Innovative Services Inc | 1,074,659 | Company owned by Carpoff's |
| 475 Channel Road LLC | 1,037,700 | Company owned by Carpoff's |
| 2750 Maxwell Way LLC | 1,008,592 | Company owned by Carpoff's |
| Daniel Briggs | 914,971 | Former President/CEO |
| Rollin A. McGhee | 743,804 | Related Party |
| Martinez Clippers Baseball Corp | 650,100 | Company owned by Carpoff's |
| Bay Area ScreenPrint Inc | 608,829 | Company owned by Carpoff's |
| Praeditis Group LLC | 420,000 | Former Shareholder's Company |
| CDRL Nutritional Inc | 250,000 | Company owned by Carpoff's |
| Headways Hair and Day Spa Inc | 245,000 | Company owned by Carpoff's |
| Matthew P. Carpoff | 212,740 | Son of Owner |
| Fou Dog Properties LLC | 195,000 | Company owned by Carpoff's |
| Priscilla Amato | 171,514 | Paulette Carpoff's Sister-in-Law |
| Lauren A. Carpoff | 135,384 | Daughter of Owner |
| Paula J. Jordan | 85,031 | Relative of Carpoff's |
| 4021 Pike Lane LLC | 25,100 | Company owned by Carpoff's |
| Michael J. Horan | 17,572 | Related Party |
| Jordan A. Karmann | 10,409 | Related Party |
| Julie Muraco | 5,000 | Former Shareholder |
| Antioch Mini Storage LLC | 2,044 | Company owned by Carpoff's |
| Lance M. Amato | 1,773 | Paulette Carpoff's Brother |
| Ryan J. Guidry | 1,675 | Former Shareholder |
| Robert V. Amato | 125 | Relative of Carpoff's |
| Carrie S. Carpoff-Boden | 40 | Relative of Carpoff's |
| **Total - Two (2) Year Payments** | **$    86,343,411** | |

Detail - Two (2) Year Payments

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 01/09/18 | WIRE | Panda Bear International, Limited | $ | $ 22,740,000.00 |
| CTBC Bank-1916 | 12/29/17 | 30797 | Panda Bear International, Limited | - | - |
| | | | **Panda Bear International, Limited Total** | **$ -** | **22,740,000.00** |
| CTBC Bank-1916 | 10/11/18 | TXFR | Carpoffs, Jeff and Paulette | - | 1,000,000.00 |
| CTBC Bank-1916 | 07/23/18 | TXFR | Carpoffs, Jeff and Paulette | - | 1,000,000.00 |
| CTBC Bank-1916 | 04/23/18 | TXFR | Carpoffs, Jeff and Paulette | - | 300,000.00 |
| CTBC Bank-1916 | 03/02/18 | TXFR | Carpoffs, Jeff and Paulette | - | 500,000.00 |
| CTBC Bank-1916 | 01/12/18 | TXFR | Carpoffs, Jeff and Paulette | - | 500,000.00 |
| CTBC Bank-1916 | 01/02/18 | WIRE | Carpoffs, Jeff and Paulette | - | 1,000,000.00 |
| CTBC Bank-1916 | 12/07/17 | WIRE | Carpoffs, Jeff and Paulette | - | 1,000,000.00 |
| Heritage Bank of Commerce-2416 | 09/25/17 | TXFR | Carpoffs, Jeff and Paulette | - | 5,000,000.00 |
| Heritage Bank of Commerce-2416 | 08/18/17 | TXFR | Carpoffs, Jeff and Paulette | - | 500,000.00 |
| Heritage Bank of Commerce-2416 | 07/28/17 | TXFR | Carpoffs, Jeff and Paulette | - | 700,000.00 |
| Heritage Bank of Commerce-2416 | 07/24/17 | TXFR | Carpoffs, Jeff and Paulette | - | 500,000.00 |
| Heritage Bank of Commerce-2416 | 07/18/17 | TXFR | Carpoffs, Jeff and Paulette | - | 400,000.00 |
| Heritage Bank of Commerce-2416 | 06/16/17 | TXFR | Carpoffs, Jeff and Paulette | - | 3,500,000.00 |
| Heritage Bank of Commerce-2416 | 05/15/17 | TXFR | Carpoffs, Jeff and Paulette | - | 3,000,000.00 |
| Heritage Bank of Commerce-2416 | 05/04/17 | TXFR | Carpoffs, Jeff and Paulette | - | 1,000,000.00 |
| Heritage Bank of Commerce-2416 | 05/01/17 | TXFR | Carpoffs, Jeff and Paulette | - | 100,000.00 |
| Heritage Bank of Commerce-2416 | 03/30/17 | TXFR | Carpoffs, Jeff and Paulette | - | 100,000.00 |
| Heritage Bank of Commerce-2416 | 03/28/17 | TXFR | Carpoffs, Jeff and Paulette | - | 100,000.00 |
| Heritage Bank of Commerce-2416 | 03/21/17 | | Carpoffs, Jeff and Paulette | - | 100,000.00 |
| Heritage Bank of Commerce-2416 | 03/17/17 | | Carpoffs, Jeff and Paulette | - | 100,000.00 |
| Heritage Bank of Commerce-2416 | 02/09/17 | TXFR | Carpoffs, Jeff and Paulette | - | 1,000,000.00 |
| | | | **Carpoffs, Jeff and Paulette Total** | **-** | **21,400,000.00** |
| CTBC Bank-1916 | 11/30/18 | TXFR | Dog Blue Properties LLC | - | 100,000.00 |
| CTBC Bank-1916 | 11/16/18 | TXFR | Dog Blue Properties LLC | - | 400,000.00 |
| CTBC Bank-1916 | 11/16/18 | TXFR | Dog Blue Properties LLC | - | 25,000.00 |
| CTBC Bank-1916 | 11/14/18 | TXFR | Dog Blue Properties LLC | - | 50,000.00 |
| CTBC Bank-1916 | 11/08/18 | TXFR | Dog Blue Properties LLC | - | 50,000.00 |
| CTBC Bank-1916 | 10/29/18 | TXFR | Dog Blue Properties LLC | - | 400,000.00 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 10/16/18 | TXFR | Dog Blue Properties LLC | - | 100,000.00 |
| CTBC Bank-1916 | 10/11/18 | TXFR | Dog Blue Properties LLC | - | 100,000.00 |
| CTBC Bank-1916 | 09/26/18 | TXFR | Dog Blue Properties LLC | - | 400,000.00 |
| CTBC Bank-1916 | 09/25/18 | TXFR | Dog Blue Properties LLC | - | 10,000.00 |
| CTBC Bank-1916 | 08/30/18 | TXFR | Dog Blue Properties LLC | - | 1,368,204.00 |
| CTBC Bank-1916 | 08/21/18 | TXFR | Dog Blue Properties LLC | - | 500,000.00 |
| CTBC Bank-1916 | 08/17/18 | TXFR | Dog Blue Properties LLC | - | 25,000.00 |
| CTBC Bank-1916 | 08/01/18 | TXFR | Dog Blue Properties LLC | - | 50,000.00 |
| CTBC Bank-1916 | 07/13/18 | TXFR | Dog Blue Properties LLC | - | 148,295.00 |
| CTBC Bank-1916 | 07/06/18 | TXFR | Dog Blue Properties LLC | - | 50,000.00 |
| CTBC Bank-1916 | 06/29/18 | TXFR | Dog Blue Properties LLC | - | 50,000.00 |
| CTBC Bank-1916 | 06/22/18 | TXFR | Dog Blue Properties LLC | - | 125,000.00 |
| CTBC Bank-1916 | 06/18/18 | TXFR | Dog Blue Properties LLC | - | 4,400.00 |
| CTBC Bank-1916 | 06/01/18 | TXFR | Dog Blue Properties LLC | - | 3,423,742.61 |
| CTBC Bank-1916 | 05/22/18 | TXFR | Dog Blue Properties LLC | - | 25,000.00 |
| CTBC Bank-1916 | 05/09/18 | TXFR | Dog Blue Properties LLC | - | 150,000.00 |
| CTBC Bank-1916 | 05/04/18 | TXFR | Dog Blue Properties LLC | - | 102,000.00 |
| CTBC Bank-1916 | 04/05/18 | TXFR | Dog Blue Properties LLC | - | 550,000.00 |
| CTBC Bank-1916 | 03/07/18 | TXFR | Dog Blue Properties LLC | - | 100,000.00 |
| CTBC Bank-1916 | 03/07/18 | TXFR | Dog Blue Properties LLC | - | 500,000.00 |
| CTBC Bank-1916 | 03/02/18 | TXFR | Dog Blue Properties LLC | - | 450,000.00 |
| CTBC Bank-1916 | 03/02/18 | TXFR | Dog Blue Properties LLC | - | 200,000.00 |
| Heritage Bank of Commerce-2416 | 02/09/17 | TXFR | Dog Blue Properties LLC | - | 500,000.00 |
| CTBC Bank-1916 | 02/09/18 | TXFR | Dog Blue Properties LLC | - | 328,759.24 |
| CTBC Bank-1916 | 01/31/18 | TXFR | Dog Blue Properties LLC | - | 50,000.00 |
| CTBC Bank-1916 | 12/29/17 | TXFR | Dog Blue Properties LLC | - | 150,000.00 |
| CTBC Bank-1916 | 12/21/17 | TXFR | Dog Blue Properties LLC | - | 400,000.00 |
| CTBC Bank-1916 | 12/21/17 | TXFR | Dog Blue Properties LLC | - | 806,400.00 |
| CTBC Bank-1916 | 11/03/17 | TXFR | Dog Blue Properties LLC | - | 50,000.00 |
| Heritage Bank of Commerce-2416 | 06/29/17 | TXFR | Dog Blue Properties LLC | - | 608,634.00 |
| Heritage Bank of Commerce-2416 | 04/11/17 | TXFR | Dog Blue Properties LLC | - | 800,000.00 |

Page 3 of 31

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| | | | **Dog Blue Properties LLC Total** | | **13,150,434.85** |
| CTBC Bank-1916 | 12/18/18 | TXFR | Dora Dog Properties LLC | - | 150,000.00 |
| CTBC Bank-1916 | 11/30/18 | TXFR | Dora Dog Properties LLC | - | 75,000.00 |
| CTBC Bank-1916 | 11/16/18 | TXFR | Dora Dog Properties LLC | - | 120,000.00 |
| CTBC Bank-1916 | 11/05/18 | TXFR | Dora Dog Properties LLC | - | 150,000.00 |
| CTBC Bank-1916 | 11/02/18 | TXFR | Dora Dog Properties LLC | - | 25,000.00 |
| CTBC Bank-1916 | 10/15/18 | TXFR | Dora Dog Properties LLC | - | 100,000.00 |
| CTBC Bank-1916 | 10/09/18 | TXFR | Dora Dog Properties LLC | - | 25,000.00 |
| CTBC Bank-1916 | 09/28/18 | TXFR | Dora Dog Properties LLC | - | 20,000.00 |
| CTBC Bank-1916 | 09/14/18 | TXFR | Dora Dog Properties LLC | - | 75,000.00 |
| CTBC Bank-1916 | 08/31/18 | TXFR | Dora Dog Properties LLC | - | 1,056,562.12 |
| CTBC Bank-1916 | 08/23/18 | TXFR | Dora Dog Properties LLC | - | 32,250.00 |
| CTBC Bank-1916 | 08/17/18 | TXFR | Dora Dog Properties LLC | - | 100,000.00 |
| CTBC Bank-1916 | 08/02/18 | TXFR | Dora Dog Properties LLC | - | 700,000.00 |
| CTBC Bank-1916 | 04/12/18 | TXFR | Dora Dog Properties LLC | - | 20,000.00 |
| CTBC Bank-1916 | 04/10/18 | TXFR | Dora Dog Properties LLC | - | 50,000.00 |
| CTBC Bank-1916 | 03/23/18 | TXFR | Dora Dog Properties LLC | - | 50,000.00 |
| CTBC Bank-1916 | 03/02/18 | TXFR | Dora Dog Properties LLC | - | 35,000.00 |
| CTBC Bank-1916 | 02/23/18 | TXFR | Dora Dog Properties LLC | - | 50,000.00 |
| CTBC Bank-1916 | 02/09/18 | TXFR | Dora Dog Properties LLC | - | 15,000.00 |
| CTBC Bank-1916 | 01/11/18 | TXFR | Dora Dog Properties LLC | - | 811,584.60 |
| CTBC Bank-1916 | 01/10/18 | TXFR | Dora Dog Properties LLC | - | 100,000.00 |
| CTBC Bank-1916 | 12/20/17 | WIRE | Dora Dog Properties LLC | - | 1,000,000.00 |
| | | | **Dora Dog Properties LLC Total** | | **4,760,396.72** |
| CTBC Bank-1916 | 10/23/18 | WIRE | Halo Management Services LLC | - | 100,000.00 |
| CTBC Bank-1916 | 09/10/18 | WIRE | Halo Management Services LLC | - | 273,600.00 |
| CTBC Bank-1916 | 08/09/18 | WIRE | Halo Management Services LLC | - | 700,000.00 |
| Heritage Bank of Commerce-2416 | 07/24/17 | WIRE | Halo Management Services LLC | - | 203,175.00 |
| Heritage Bank of Commerce-2416 | 06/01/17 | WIRE | Halo Management Services LLC | - | 200,000.00 |
| Heritage Bank of Commerce-2416 | 06/01/17 | WIRE | Halo Management Services LLC | - | 125,000.00 |
| Heritage Bank of Commerce-2416 | 05/17/17 | WIRE | Halo Management Services LLC | - | 1,015,740.00 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| | | | **Halo Management Services LLC Total** | | **2,617,515.00** |
| QuickBooks Payroll Register | 12/14/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 11/30/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 11/16/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 11/02/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 10/19/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 10/05/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 09/21/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 09/07/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 08/24/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 08/10/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 07/27/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 07/13/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 06/29/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 06/15/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 06/01/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 05/18/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 05/04/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 04/20/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 04/06/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 03/23/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 03/09/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 02/23/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 02/09/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 01/26/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 01/12/18 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 12/29/17 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 12/19/17 | | Paulette L Carpoff | - | 500,000.00 |
| QuickBooks Payroll Register | 12/15/17 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 12/01/17 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 11/17/17 | | Paulette L Carpoff | - | 38,461.54 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 11/03/17 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 10/20/17 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 10/06/17 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 09/22/17 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 09/08/17 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 08/25/17 | | Paulette L Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 08/11/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 07/28/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 07/14/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 06/30/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 06/16/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 06/02/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 05/19/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 05/05/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 04/21/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 04/07/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 03/24/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 03/10/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 02/24/17 | | Paulette L Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 02/10/17 | | Paulette L Carpoff | - | 23,076.92 |
| CTBC Bank-1916 | 10/04/18 | 32701 | Paulette L Carpoff | - | 52,733.14 |
| CTBC Bank-1916 | 12/19/17 | 30709 | Paulette L Carpoff | - | 293,043.00 |
| CTBC Bank-1916 | 10/06/17 | 30099 | Paulette L Carpoff | - | 20,434.09 |
| | | | **Paulette L Carpoff Total** | | **2,535,441.01** |
| QuickBooks Payroll Register | 12/14/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 11/30/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 11/16/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 11/02/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 10/19/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 10/05/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 09/21/18 | | Jeffrey P. Carpoff | - | 38,461.54 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 09/07/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 08/24/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 08/10/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 07/27/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 07/13/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 06/29/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 06/15/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 06/01/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 05/18/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 05/04/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 04/20/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 04/06/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 03/23/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 03/09/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 02/23/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 02/09/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 01/26/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 01/12/18 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 12/29/17 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 12/19/17 | | Jeffrey P. Carpoff | - | 500,000.00 |
| QuickBooks Payroll Register | 12/15/17 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 12/01/17 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 11/17/17 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 11/03/17 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 10/20/17 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 10/06/17 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 09/22/17 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 09/08/17 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 08/25/17 | | Jeffrey P. Carpoff | - | 38,461.54 |
| QuickBooks Payroll Register | 08/11/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 07/28/17 | | Jeffrey P. Carpoff | - | 23,076.92 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 07/14/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 06/30/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 06/16/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 06/02/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 05/19/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 05/05/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 04/21/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 04/07/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 03/24/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 03/10/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 02/24/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| QuickBooks Payroll Register | 02/10/17 | | Jeffrey P. Carpoff | - | 23,076.92 |
| CTBC Bank-1916 | 12/19/17 | 30706 | Jeffrey P. Carpoff | - | 293,043.00 |
| CTBC Bank-1916 | 10/06/17 | 30082 | Jeffrey P. Carpoff | - | 20,448.80 |
| | | | **Jeffrey P. Carpoff Total** | | **2,482,722.58** |
| CTBC Bank-1916 | 09/28/18 | TXFR | Go Green Studio Rentals Inc | - | 100,000.00 |
| CTBC Bank-1916 | 09/06/18 | TXFR | Go Green Studio Rentals Inc | - | 6,397.20 |
| CTBC Bank-1916 | 08/20/18 | TXFR | Go Green Studio Rentals Inc | - | 100,000.00 |
| CTBC Bank-1916 | 08/17/18 | TXFR | Go Green Studio Rentals Inc | - | 75,000.00 |
| CTBC Bank-1916 | 08/03/18 | TXFR | Go Green Studio Rentals Inc | - | 175,000.00 |
| CTBC Bank-1916 | 07/18/18 | TXFR | Go Green Studio Rentals Inc | - | 150,000.00 |
| CTBC Bank-1916 | 07/06/18 | TXFR | Go Green Studio Rentals Inc | - | 250,000.00 |
| CTBC Bank-1916 | 06/27/18 | TXFR | Go Green Studio Rentals Inc | - | 225,000.00 |
| CTBC Bank-1916 | 06/01/18 | TXFR | Go Green Studio Rentals Inc | - | 100,000.00 |
| CTBC Bank-1916 | 12/28/17 | TXFR | Go Green Studio Rentals Inc | - | 150,000.00 |
| CTBC Bank-1916 | 12/14/17 | WIRE | Go Green Studio Rentals Inc | - | 150,000.00 |
| CTBC Bank-1916 | 11/06/17 | WIRE | Go Green Studio Rentals Inc | - | 137,256.12 |
| Heritage Bank of Commerce-2416 | 06/28/17 | WIRE | Go Green Studio Rentals Inc | - | 159,767.48 |
| Heritage Bank of Commerce-2416 | 06/28/17 | WIRE | Go Green Studio Rentals Inc | - | 18,745.14 |
| Heritage Bank of Commerce-2416 | 06/16/17 | TXFR | Go Green Studio Rentals Inc | - | 50,000.00 |
| Heritage Bank of Commerce-2416 | 06/13/17 | TXFR | Go Green Studio Rentals Inc | - | 50,000.00 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Heritage Bank of Commerce-2416 | 06/07/17 | TXFR | Go Green Studio Rentals Inc | - | 100,000.00 |
| Heritage Bank of Commerce-2416 | 05/18/17 | TXFR | Go Green Studio Rentals Inc | - | 100,000.00 |
| Heritage Bank of Commerce-2416 | 04/17/17 | TXFR | Go Green Studio Rentals Inc | - | 100,000.00 |
| Heritage Bank of Commerce-2416 | 03/23/17 | | Go Green Studio Rentals Inc | - | 50,000.00 |
| Heritage Bank of Commerce-2416 | 03/14/17 | | Go Green Studio Rentals Inc | - | 100,000.00 |
| Heritage Bank of Commerce-2416 | 02/28/17 | | Go Green Studio Rentals Inc | - | 100,000.00 |
| | | | **Go Green Studio Rentals Inc Total** | | **2,447,165.94** |
| CTBC Bank-1916 | 11/15/18 | 32996 | Law Office of Ari J. Lauer | - | 14,495.00 |
| CTBC Bank-1916 | 10/04/18 | 32697 | Law Office of Ari J. Lauer | - | 11,844.50 |
| CTBC Bank-1916 | 09/10/18 | 32563 | Law Office of Ari J. Lauer | - | 21,825.00 |
| CTBC Bank-1916 | 08/22/18 | 32427 | Law Office of Ari J. Lauer | - | 15,762.50 |
| CTBC Bank-1916 | 07/13/18 | 32171 | Law Office of Ari J. Lauer | - | 6,480.29 |
| CTBC Bank-1916 | 06/08/18 | 31931 | Law Office of Ari J. Lauer | - | 15,039.00 |
| CTBC Bank-1916 | 05/02/18 | 31629 | Law Office of Ari J. Lauer | - | 15,238.26 |
| CTBC Bank-1916 | 04/11/18 | 31488 | Law Office of Ari J. Lauer | - | 16,108.50 |
| CTBC Bank-1916 | 03/07/18 | 31229 | Law Office of Ari J. Lauer | - | 12,877.50 |
| CTBC Bank-1916 | 02/14/18 | 31127 | Law Office of Ari J. Lauer | - | 39,731.81 |
| CTBC Bank-1916 | 12/18/17 | 30719 | Law Office of Ari J. Lauer | - | 17,231.50 |
| Bank of America - Checking 1020 | 12/16/17 | 1501 | Law Office of Ari J. Lauer | - | 100,000.00 |
| CTBC Bank-1916 | 11/15/17 | 30376 | Law Office of Ari J. Lauer | - | 18,909.50 |
| CTBC Bank-1916 | 10/04/17 | 30004 | Law Office of Ari J. Lauer | - | 518,781.00 |
| Heritage Bank of Commerce-2416 | 09/08/17 | 26441 | Law Office of Ari J. Lauer | - | 13,362.00 |
| Heritage Bank of Commerce-2416 | 08/11/17 | 26246 | Law Office of Ari J. Lauer | - | 19,928.80 |
| Heritage Bank of Commerce-2416 | 08/07/17 | WIRE | Law Office of Ari J. Lauer | - | 500,000.00 |
| Heritage Bank of Commerce-2416 | 07/27/17 | 26169 | Law Office of Ari J. Lauer | - | 9,360.00 |
| Heritage Bank of Commerce-2416 | 06/16/17 | 25900 | Law Office of Ari J. Lauer | - | 9,295.00 |
| Heritage Bank of Commerce-2416 | 05/10/17 | 25625 | Law Office of Ari J. Lauer | - | 6,435.00 |
| Heritage Bank of Commerce-2416 | 04/21/17 | 25514 | Law Office of Ari J. Lauer | - | 9,002.50 |
| Heritage Bank of Commerce-2416 | 03/16/17 | | Law Office of Ari J. Lauer | - | 9,295.00 |
| Heritage Bank of Commerce-2416 | 02/17/17 | | Law Office of Ari J. Lauer | - | 10,675.00 |
| | | | **Law Office of Ari J. Lauer Total** | | **1,411,677.66** |

**DC Solar Solutions, Inc.**

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 11/16/18 | TXFR | Brandy Boy Properties LLC | - | 25,000.00 |
| CTBC Bank-1916 | 11/06/18 | TXFR | Brandy Boy Properties LLC | - | 15,000.00 |
| CTBC Bank-1916 | 11/06/18 | TXFR | Brandy Boy Properties LLC | - | 10,000.00 |
| CTBC Bank-1916 | 09/28/18 | TXFR | Brandy Boy Properties LLC | - | 10,000.00 |
| CTBC Bank-1916 | 06/27/18 | TXFR | Brandy Boy Properties LLC | - | 25,000.00 |
| CTBC Bank-1916 | 06/08/18 | TXFR | Brandy Boy Properties LLC | - | 939,208.48 |
| Heritage Bank of Commerce-2416 | 05/19/17 | TXFR | Brandy Boy Properties LLC | - | 350,000.00 |
| Heritage Bank of Commerce-2416 | 04/28/17 | TXFR | Brandy Boy Properties LLC | - | 5,000.00 |
| | | | **Brandy Boy Properties LLC Total** | | **1,379,208.48** |
| CTBC Bank-1916 | 12/04/18 | TXFR | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 10/31/18 | TXFR | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 10/02/18 | 32631 | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 09/27/18 | TXFR | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 07/30/18 | 32256 | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 07/17/18 | 32140 | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 05/30/18 | 31878 | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 04/27/18 | 31599 | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 03/28/18 | 31398 | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 02/26/18 | 31188 | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 02/02/18 | 31022 | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 12/29/17 | 30793 | Park Road LLC | - | 55,930.04 |
| CTBC Bank-1916 | 11/28/17 | 30479 | Park Road LLC | - | 53,483.54 |
| CTBC Bank-1916 | 10/30/17 | 30260 | Park Road LLC | - | 53,483.54 |
| CTBC Bank-1916 | 10/11/17 | 30122 | Park Road LLC | - | 53,483.54 |
| Heritage Bank of Commerce-2416 | 08/29/17 | 26360 | Park Road LLC | - | 53,483.54 |
| Heritage Bank of Commerce-2416 | 07/26/17 | 26113 | Park Road LLC | - | 53,483.54 |
| Heritage Bank of Commerce-2416 | 06/29/17 | 26001 | Park Road LLC | - | 53,483.54 |
| Heritage Bank of Commerce-2416 | 06/28/17 | WIRE | Park Road LLC | - | 42,934.79 |
| Heritage Bank of Commerce-2416 | 05/25/17 | 25747 | Park Road LLC | - | 53,483.54 |
| Heritage Bank of Commerce-2416 | 05/01/17 | 25586 | Park Road LLC | - | 53,483.54 |
| Heritage Bank of Commerce-2416 | 03/28/17 | 25295 | Park Road LLC | - | 53,483.54 |

Page 10 of 31

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Heritage Bank of Commerce-2416 | 03/20/17 | | Park Road LLC | - | 53,483.54 |
| | | | **Park Road LLC Total** | | **1,248,930.67** |
| QuickBooks Payroll Register | 12/28/18 | | Robert A. Karmann | - | 250,000.00 |
| QuickBooks Payroll Register | 12/15/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 12/14/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 11/30/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 11/16/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 11/02/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 10/19/18 | | Robert A. Karmann | - | 1,730.77 |
| QuickBooks Payroll Register | 10/05/18 | | Robert A. Karmann | - | 6,923.08 |
| QuickBooks Payroll Register | 10/05/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 09/21/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 09/07/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 08/24/18 | | Robert A. Karmann | - | 4,326.93 |
| QuickBooks Payroll Register | 08/10/18 | | Robert A. Karmann | - | 4,326.92 |
| QuickBooks Payroll Register | 08/10/18 | | Robert A. Karmann | - | 865.39 |
| QuickBooks Payroll Register | 07/27/18 | | Robert A. Karmann | - | 7,788.46 |
| QuickBooks Payroll Register | 07/27/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 07/13/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 06/29/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 06/15/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 06/01/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 05/18/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 05/04/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 04/20/18 | | Robert A. Karmann | - | 865.39 |
| QuickBooks Payroll Register | 04/06/18 | | Robert A. Karmann | - | 7,788.46 |
| QuickBooks Payroll Register | 04/06/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 03/23/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 03/09/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 02/23/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 02/09/18 | | Robert A. Karmann | - | 8,653.85 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 01/26/18 | | Robert A. Karmann | - | 865.39 |
| QuickBooks Payroll Register | 01/12/18 | | Robert A. Karmann | - | 7,788.46 |
| QuickBooks Payroll Register | 01/12/18 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 12/29/17 | | Robert A. Karmann | - | 250,000.00 |
| QuickBooks Payroll Register | 12/19/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 12/15/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 12/01/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 11/17/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 11/03/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 10/20/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 10/06/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 09/22/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 09/08/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 08/25/17 | | Robert A. Karmann | - | 2,596.16 |
| QuickBooks Payroll Register | 08/11/17 | | Robert A. Karmann | - | 6,057.69 |
| QuickBooks Payroll Register | 08/11/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 07/28/17 | | Robert A. Karmann | - | 2,596.16 |
| QuickBooks Payroll Register | 07/14/17 | | Robert A. Karmann | - | 6,057.69 |
| QuickBooks Payroll Register | 07/14/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 06/30/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 06/16/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 06/02/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 05/19/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 05/05/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 04/21/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 04/07/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 03/24/17 | | Robert A. Karmann | - | 865.39 |
| QuickBooks Payroll Register | 03/10/17 | | Robert A. Karmann | - | 7,788.46 |
| QuickBooks Payroll Register | 03/10/17 | | Robert A. Karmann | - | 8,653.85 |
| QuickBooks Payroll Register | 02/24/17 | | Robert A. Karmann | - | 8,653.85 |
| CTBC Bank-1916 | 12/15/18 | 33256 | Robert A. Karmann | - | 118,889.71 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Heritage Bank of Commerce-2416 | 02/10/17 | | Robert A. Karmann | - | 5,546.91 |
| CTBC Bank-1916 | 12/19/17 | 30696 | Robert A. Karmann | - | 112,129.86 |
| CTBC Bank-1916 | 10/06/17 | 30103 | Robert A. Karmann | - | 6,161.33 |
| Heritage Bank of Commerce-2416 | 07/14/17 | 26053 | Robert A. Karmann | - | 5,624.79 |
| Heritage Bank of Commerce-2416 | 06/30/17 | 25980 | Robert A. Karmann | - | 5,552.63 |
| Heritage Bank of Commerce-2416 | 06/16/17 | 25890 | Robert A. Karmann | - | 5,546.91 |
| Heritage Bank of Commerce-2416 | 06/02/17 | 25786 | Robert A. Karmann | - | 5,546.90 |
| Heritage Bank of Commerce-2416 | 05/19/17 | 25700 | Robert A. Karmann | - | 5,546.91 |
| Heritage Bank of Commerce-2416 | 05/05/17 | 25615 | Robert A. Karmann | - | 5,546.89 |
| Heritage Bank of Commerce-2416 | 04/21/17 | 25504 | Robert A. Karmann | - | 5,546.92 |
| Heritage Bank of Commerce-2416 | 04/07/17 | 25368 | Robert A. Karmann | - | 5,546.90 |
| Heritage Bank of Commerce-2416 | 03/24/17 | | Robert A. Karmann | - | 5,546.91 |
| Heritage Bank of Commerce-2416 | 03/10/17 | | Robert A. Karmann | - | 5,546.90 |
| Heritage Bank of Commerce-2416 | 02/24/17 | | Robert A. Karmann | - | 5,546.91 |
| | | | **Robert A. Karmann Total** | | **1,227,866.03** |
| Bank of America - Checking 1020 | 12/17/17 | 1507 | Ronald J. Roach | - | 100,000.00 |
| CTBC Bank-1916 | 10/18/17 | 30236 | Ronald J. Roach | - | 8,450.00 |
| CTBC Bank-1916 | 10/12/17 | WIRE | Ronald J. Roach | - | 500,000.00 |
| Heritage Bank of Commerce-2416 | 08/07/17 | WIRE | Ronald J. Roach | - | 500,000.00 |
| Heritage Bank of Commerce-2416 | 04/14/17 | WIRE | Ronald J. Roach | - | 16,540.00 |
| | | | **Ronald J. Roach Total** | | **1,124,990.00** |
| CTBC Bank-1916 | 12/13/18 | WIRE | Bayliss Innovative Services Inc | - | 150,000.00 |
| CTBC Bank-1916 | 12/03/18 | WIRE | Bayliss Innovative Services Inc | - | 540,750.00 |
| CTBC Bank-1916 | 10/23/18 | WIRE | Bayliss Innovative Services Inc | - | 15,000.00 |
| CTBC Bank-1916 | 07/26/18 | 32147 | Bayliss Innovative Services Inc | - | 6,300.00 |
| CTBC Bank-1916 | 06/21/18 | 31998 | Bayliss Innovative Services Inc | - | 21,330.00 |
| CTBC Bank-1916 | 06/19/18 | WIRE | Bayliss Innovative Services Inc | - | 153,600.00 |
| CTBC Bank-1916 | 03/15/18 | 31292 | Bayliss Innovative Services Inc | - | 3,750.00 |
| CTBC Bank-1916 | 02/27/18 | 31194 | Bayliss Innovative Services Inc | - | 4,640.22 |
| CTBC Bank-1916 | 01/17/18 | 30801 | Bayliss Innovative Services Inc | - | 26,112.00 |
| Bank of America - Checking 1020 | 12/17/17 | 1508 | Bayliss Innovative Services Inc | - | 10,000.00 |

Detail - Two (2) Year Payments

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 12/11/17 | 30580 | Bayliss Innovative Services Inc | - | 121,288.00 |
| CTBC Bank-1916 | 10/04/17 | 30008 | Bayliss Innovative Services Inc | - | 6,059.41 |
| Heritage Bank of Commerce-2416 | 04/21/17 | 25515 | Bayliss Innovative Services Inc | - | 9,329.60 |
| Heritage Bank of Commerce-2416 | 03/16/17 | | Bayliss Innovative Services Inc | - | 6,500.00 |
| | | | **Bayliss Innovative Services Inc Total** | | **1,074,659.23** |
| CTBC Bank-1916 | 12/04/18 | TXFR | 475 Channel Road LLC | - | 10,815.00 |
| CTBC Bank-1916 | 12/04/18 | TXFR | 475 Channel Road LLC | - | 50,000.00 |
| CTBC Bank-1916 | 11/30/18 | TXFR | 475 Channel Road LLC | - | 50,000.00 |
| CTBC Bank-1916 | 11/16/18 | TXFR | 475 Channel Road LLC | - | 25,000.00 |
| CTBC Bank-1916 | 10/31/18 | TXFR | 475 Channel Road LLC | - | 10,815.00 |
| CTBC Bank-1916 | 10/26/18 | 32721 | 475 Channel Road LLC | - | 1,260.00 |
| CTBC Bank-1916 | 10/02/18 | 32545 | 475 Channel Road LLC | - | 10,635.00 |
| CTBC Bank-1916 | 09/13/18 | 32456 | 475 Channel Road LLC | - | 10,635.00 |
| CTBC Bank-1916 | 07/30/18 | 32251 | 475 Channel Road LLC | - | 10,635.00 |
| CTBC Bank-1916 | 07/17/18 | 32139 | 475 Channel Road LLC | - | 10,635.00 |
| Heritage Bank of Commerce-2416 | 02/07/17 | TXFR | 475 Channel Road LLC | - | 10,000.00 |
| CTBC Bank-1916 | 06/18/18 | TXFR | 475 Channel Road LLC | - | 50,000.00 |
| CTBC Bank-1916 | 05/30/18 | 31873 | 475 Channel Road LLC | - | 10,635.00 |
| CTBC Bank-1916 | 05/07/18 | TXFR | 475 Channel Road LLC | - | 135.00 |
| CTBC Bank-1916 | 04/27/18 | 31596 | 475 Channel Road LLC | - | 10,500.00 |
| CTBC Bank-1916 | 03/28/18 | 31399 | 475 Channel Road LLC | - | 10,500.00 |
| CTBC Bank-1916 | 03/22/18 | TXFR | 475 Channel Road LLC | - | 50,000.00 |
| CTBC Bank-1916 | 02/26/18 | 31189 | 475 Channel Road LLC | - | 10,500.00 |
| CTBC Bank-1916 | 02/02/18 | 31017 | 475 Channel Road LLC | - | 10,500.00 |
| CTBC Bank-1916 | 12/29/17 | 30788 | 475 Channel Road LLC | - | 10,500.00 |
| CTBC Bank-1916 | 11/28/17 | 30474 | 475 Channel Road LLC | - | 10,500.00 |
| CTBC Bank-1916 | 10/30/17 | 30255 | 475 Channel Road LLC | - | 10,500.00 |
| CTBC Bank-1916 | 10/11/17 | 30121 | 475 Channel Road LLC | - | 10,500.00 |
| Heritage Bank of Commerce-2416 | 08/29/17 | 26355 | 475 Channel Road LLC | - | 10,500.00 |
| Heritage Bank of Commerce-2416 | 07/26/17 | 26109 | 475 Channel Road LLC | - | 4,500.00 |
| Heritage Bank of Commerce-2416 | 07/26/17 | 26108 | 475 Channel Road LLC | - | 6,000.00 |

Page 14 of 31

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Heritage Bank of Commerce-2416 | 06/29/17 | 25999 | 475 Channel Road LLC | - | 10,500.00 |
| Heritage Bank of Commerce-2416 | 06/20/17 | 25753 | 475 Channel Road LLC | - | 9,000.00 |
| Heritage Bank of Commerce-2416 | 05/25/17 | 25742 | 475 Channel Road LLC | - | 6,000.00 |
| Heritage Bank of Commerce-2416 | 05/01/17 | 25584 | 475 Channel Road LLC | - | 8,000.00 |
| Heritage Bank of Commerce-2416 | 03/28/17 | 25291 | 475 Channel Road LLC | - | 4,000.00 |
| Heritage Bank of Commerce-2416 | 03/20/17 | | 475 Channel Road LLC | - | 4,000.00 |
| Heritage Bank of Commerce-2416 | 02/10/17 | | 475 Channel Road LLC | - | 580,000.00 |
| | | | **475 Channel Road LLC Total** | | **1,037,700.00** |
| CTBC Bank-1916 | 12/04/18 | TXFR | 2750 Maxwell Way LLC | - | 42,656.00 |
| CTBC Bank-1916 | 11/15/18 | TXFR | 2750 Maxwell Way LLC | - | 50,000.00 |
| CTBC Bank-1916 | 11/02/18 | TXFR | 2750 Maxwell Way LLC | - | 250,000.00 |
| CTBC Bank-1916 | 10/31/18 | TXFR | 2750 Maxwell Way LLC | - | 42,656.00 |
| CTBC Bank-1916 | 10/19/18 | TXFR | 2750 Maxwell Way LLC | - | 100,000.00 |
| CTBC Bank-1916 | 10/03/18 | TXFR | 2750 Maxwell Way LLC | - | 25,000.00 |
| CTBC Bank-1916 | 10/02/18 | 32544 | 2750 Maxwell Way LLC | - | 42,656.00 |
| CTBC Bank-1916 | 09/13/18 | 32455 | 2750 Maxwell Way LLC | - | 42,656.00 |
| CTBC Bank-1916 | 09/04/18 | TXFR | 2750 Maxwell Way LLC | - | 25,000.00 |
| CTBC Bank-1916 | 08/17/18 | TXFR | 2750 Maxwell Way LLC | - | 125,000.00 |
| CTBC Bank-1916 | 08/09/18 | TXFR | 2750 Maxwell Way LLC | - | 85,312.00 |
| CTBC Bank-1916 | 08/03/18 | TXFR | 2750 Maxwell Way LLC | - | 50,000.00 |
| CTBC Bank-1916 | 07/18/18 | TXFR | 2750 Maxwell Way LLC | - | 25,000.00 |
| CTBC Bank-1916 | 07/03/18 | TXFR | 2750 Maxwell Way LLC | - | 10,000.00 |
| CTBC Bank-1916 | 06/12/18 | TXFR | 2750 Maxwell Way LLC | - | 50,000.00 |
| CTBC Bank-1916 | 05/31/18 | 31883 | 2750 Maxwell Way LLC | - | 42,656.00 |
| | | | **2750 Maxwell Way LLC Total** | | **1,008,592.00** |
| QuickBooks Payroll Register | 12/15/18 | | Daniel Briggs | - | 250,000.00 |
| QuickBooks Payroll Register | 12/14/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 11/30/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 11/16/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 11/02/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 10/19/18 | | Daniel Briggs | - | 12,500.00 |

**DC Solar Solutions, Inc.**

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 10/05/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 09/21/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 09/07/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 08/24/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 08/10/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 07/27/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 07/13/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 06/29/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 06/15/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 06/01/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 05/18/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 05/04/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 04/20/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 04/06/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 03/23/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 03/09/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 02/23/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 02/09/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 01/26/18 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 01/12/18 | | Daniel Briggs | - | 1,250.00 |
| QuickBooks Payroll Register | 01/12/18 | | Daniel Briggs | - | 11,250.00 |
| QuickBooks Payroll Register | 12/29/17 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 12/19/17 | | Daniel Briggs | - | 10,000.00 |
| QuickBooks Payroll Register | 12/15/17 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 12/01/17 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 11/17/17 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 11/03/17 | | Daniel Briggs | - | 12,500.00 |
| QuickBooks Payroll Register | 10/20/17 | | Daniel Briggs | - | 6,346.15 |
| QuickBooks Payroll Register | 10/20/17 | | Daniel Briggs | - | 4,230.77 |
| QuickBooks Payroll Register | 10/06/17 | | Daniel Briggs | - | 10,576.92 |
| QuickBooks Payroll Register | 09/22/17 | | Daniel Briggs | - | 10,576.92 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 09/08/17 | | Daniel Briggs | - | 10,576.92 |
| QuickBooks Payroll Register | 08/25/17 | | Daniel Briggs | - | 1,057.69 |
| QuickBooks Payroll Register | 08/25/17 | | Daniel Briggs | - | 9,519.23 |
| QuickBooks Payroll Register | 08/11/17 | | Daniel Briggs | - | 10,576.92 |
| QuickBooks Payroll Register | 07/28/17 | | Daniel Briggs | - | 10,576.92 |
| QuickBooks Payroll Register | 07/14/17 | | Daniel Briggs | - | 3,173.08 |
| QuickBooks Payroll Register | 07/14/17 | | Daniel Briggs | - | 7,403.84 |
| QuickBooks Payroll Register | 06/30/17 | | Daniel Briggs | - | 10,576.92 |
| QuickBooks Payroll Register | 06/16/17 | | Daniel Briggs | - | 10,576.92 |
| CTBC Bank-1916 | 12/15/18 | 33232 | Daniel Briggs | - | 154,121.00 |
| CTBC Bank-1916 | 11/28/18 | 33083 | Daniel Briggs | - | 610.84 |
| CTBC Bank-1916 | 11/02/18 | 32891 | Daniel Briggs | - | 125.00 |
| CTBC Bank-1916 | 10/19/18 | 32779 | Daniel Briggs | - | 282.40 |
| CTBC Bank-1916 | 08/09/18 | 32319 | Daniel Briggs | - | 125.00 |
| CTBC Bank-1916 | 06/21/18 | 32004 | Daniel Briggs | - | 626.96 |
| CTBC Bank-1916 | 06/08/18 | 31927 | Daniel Briggs | - | 117.54 |
| CTBC Bank-1916 | 05/02/18 | 31611 | Daniel Briggs | - | 289.69 |
| CTBC Bank-1916 | 04/11/18 | 31478 | Daniel Briggs | - | 885.76 |
| CTBC Bank-1916 | 03/23/18 | 31374 | Daniel Briggs | - | 215.52 |
| CTBC Bank-1916 | 01/23/18 | 30991 | Daniel Briggs | - | 102.04 |
| CTBC Bank-1916 | 12/27/17 | 30813 | Daniel Briggs | - | 169.64 |
| CTBC Bank-1916 | 12/19/17 | 30668 | Daniel Briggs | - | 7,618.00 |
| CTBC Bank-1916 | 12/01/17 | 30552 | Daniel Briggs | - | 440.73 |
| CTBC Bank-1916 | 10/27/17 | 30267 | Daniel Briggs | - | 172.99 |
| CTBC Bank-1916 | 10/18/17 | 30214 | Daniel Briggs | - | 630.08 |
| CTBC Bank-1916 | 10/06/17 | 30074 | Daniel Briggs | - | 6,981.47 |
| Heritage Bank of Commerce-2416 | 09/08/17 | 26480 | Daniel Briggs | - | 122.00 |
| Heritage Bank of Commerce-2416 | 08/31/17 | 26376 | Daniel Briggs | - | 212.09 |
| Heritage Bank of Commerce-2416 | 06/30/17 | 25995 | Daniel Briggs | - | 213.74 |
| Heritage Bank of Commerce-2416 | 06/23/17 | 25926 | Daniel Briggs | - | 139.41 |
| **Daniel Briggs Total** | | | | | **914,971.10** |

Detail - Two (2) Year Payments

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 12/14/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 11/30/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 11/16/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 11/02/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 10/19/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 10/05/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 09/21/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 09/07/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 08/24/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 08/10/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 07/27/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 07/13/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 06/29/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 06/15/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 06/01/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 05/18/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 05/04/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 04/20/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 04/06/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 03/23/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 03/09/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 02/23/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 02/09/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 01/26/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 01/12/18 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 12/29/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 12/19/17 | | Rollin A. McGhee | - | 250,000.00 |
| QuickBooks Payroll Register | 12/15/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 12/01/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 11/17/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 11/03/17 | | Rollin A. McGhee | - | 7,692.31 |

**DC Solar Solutions, Inc.**

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 10/20/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 10/06/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 09/22/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 09/08/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 08/25/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 08/11/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 07/28/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 07/14/17 | | Rollin A. McGhee | - | 7,692.31 |
| QuickBooks Payroll Register | 06/30/17 | | Rollin A. McGhee | - | 5,769.23 |
| QuickBooks Payroll Register | 06/16/17 | | Rollin A. McGhee | - | 5,769.23 |
| QuickBooks Payroll Register | 06/02/17 | | Rollin A. McGhee | - | 5,769.23 |
| QuickBooks Payroll Register | 05/19/17 | | Rollin A. McGhee | - | 5,769.23 |
| QuickBooks Payroll Register | 05/05/17 | | Rollin A. McGhee | - | 5,769.23 |
| QuickBooks Payroll Register | 04/21/17 | | Rollin A. McGhee | - | 5,769.23 |
| QuickBooks Payroll Register | 04/07/17 | | Rollin A. McGhee | - | 5,769.23 |
| QuickBooks Payroll Register | 03/24/17 | | Rollin A. McGhee | - | 5,769.23 |
| QuickBooks Payroll Register | 03/10/17 | | Rollin A. McGhee | - | 5,769.23 |
| QuickBooks Payroll Register | 02/24/17 | | Rollin A. McGhee | - | 5,769.23 |
| QuickBooks Payroll Register | 02/10/17 | | Rollin A. McGhee | - | 5,769.23 |
| CTBC Bank-1916 | 12/19/17 | 30697 | Rollin A. McGhee | - | 133,281.46 |
| CTBC Bank-1916 | 10/06/17 | 30104 | Rollin A. McGhee | - | 4,753.01 |
| | | | **Rollin A. McGhee Total** | | **743,803.78** |
| CTBC Bank-1916 | 12/14/18 | TXFR | Martinez Clippers Baseball Corp | - | 100,000.00 |
| CTBC Bank-1916 | 11/30/18 | TXFR | Martinez Clippers Baseball Corp | - | 10,000.00 |
| CTBC Bank-1916 | 11/01/18 | TXFR | Martinez Clippers Baseball Corp | - | 25,000.00 |
| CTBC Bank-1916 | 10/04/18 | TXFR | Martinez Clippers Baseball Corp | - | 25,000.00 |
| CTBC Bank-1916 | 09/20/18 | TXFR | Martinez Clippers Baseball Corp | - | 10,000.00 |
| CTBC Bank-1916 | 09/04/18 | TXFR | Martinez Clippers Baseball Corp | - | 25,000.00 |
| CTBC Bank-1916 | 08/23/18 | TXFR | Martinez Clippers Baseball Corp | - | 25,000.00 |
| CTBC Bank-1916 | 08/17/18 | TXFR | Martinez Clippers Baseball Corp | - | 10,000.00 |
| CTBC Bank-1916 | 08/06/18 | TXFR | Martinez Clippers Baseball Corp | - | 50,000.00 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 07/31/18 | TXFR | Martinez Clippers Baseball Corp | - | 50,000.00 |
| CTBC Bank-1916 | 07/23/18 | TXFR | Martinez Clippers Baseball Corp | - | 25,000.00 |
| CTBC Bank-1916 | 07/16/18 | TXFR | Martinez Clippers Baseball Corp | - | 20,000.00 |
| CTBC Bank-1916 | 05/22/18 | TXFR | Martinez Clippers Baseball Corp | - | 200,000.00 |
| CTBC Bank-1916 | 05/17/18 | TXFR | Martinez Clippers Baseball Corp | - | 20,000.00 |
| CTBC Bank-1916 | 04/23/18 | TXFR | Martinez Clippers Baseball Corp | - | 50,000.00 |
| CTBC Bank-1916 | 03/22/18 | TXFR | Martinez Clippers Baseball Corp | - | 5,000.00 |
| CTBC Bank-1916 | 03/14/18 | TXFR | Martinez Clippers Baseball Corp | - | 100.00 |
| | | | **Martinez Clippers Baseball Corp Total** | | **650,100.00** |
| CTBC Bank-1916 | 11/30/18 | TXFR | Bay Area ScreenPrint Inc | - | 25,000.00 |
| CTBC Bank-1916 | 11/05/18 | TXFR | Bay Area ScreenPrint Inc | - | 25,000.00 |
| CTBC Bank-1916 | 07/19/18 | TXFR | Bay Area ScreenPrint Inc | - | 98,343.32 |
| CTBC Bank-1916 | 07/18/18 | TXFR | Bay Area ScreenPrint Inc | - | 25,000.00 |
| CTBC Bank-1916 | 12/19/17 | WIRE | Bay Area ScreenPrint Inc | - | 75,492.82 |
| Heritage Bank of Commerce-2416 | 06/28/17 | WIRE | Bay Area ScreenPrint Inc | - | 309,992.44 |
| Heritage Bank of Commerce-2416 | 03/20/17 | | Bay Area ScreenPrint Inc | - | 50,000.00 |
| | | | **Bay Area ScreenPrint Inc Total** | | **608,828.58** |
| CTBC Bank-1916 | 11/28/18 | 33095 | Praeditis Group LLC | - | 40,000.00 |
| CTBC Bank-1916 | 09/05/18 | 32452 | Praeditis Group LLC | - | 120,000.00 |
| CTBC Bank-1916 | 03/29/18 | 31405 | Praeditis Group LLC | - | 60,000.00 |
| CTBC Bank-1916 | 12/18/17 | 30727 | Praeditis Group LLC | - | 40,000.00 |
| CTBC Bank-1916 | 10/16/17 | 30123 | Praeditis Group LLC | - | 60,000.00 |
| Heritage Bank of Commerce-2416 | 06/29/17 | 26002 | Praeditis Group LLC | - | 20,000.00 |
| Heritage Bank of Commerce-2416 | 05/26/17 | 25592 | Praeditis Group LLC | - | 20,000.00 |
| Heritage Bank of Commerce-2416 | 05/01/17 | 25587 | Praeditis Group LLC | - | 20,000.00 |
| Heritage Bank of Commerce-2416 | 03/28/17 | 25296 | Praeditis Group LLC | - | 20,000.00 |
| Heritage Bank of Commerce-2416 | 03/03/17 | | Praeditis Group LLC | - | 20,000.00 |
| | | | **Praeditis Group LLC Total** | | **420,000.00** |
| CTBC Bank-1916 | 03/20/18 | TXFR | CDRL Nutritional Inc | - | 250,000.00 |
| | | | **CDRL Nutritional Inc Total** | | **250,000.00** |
| CTBC Bank-1916 | 11/30/18 | TXFR | Headways Hair and Day Spa Inc | - | 10,000.00 |

Detail - Two (2) Year Payments

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 09/14/18 | TXFR | Headways Hair and Day Spa Inc | - | 10,000.00 |
| CTBC Bank-1916 | 08/06/18 | TXFR | Headways Hair and Day Spa Inc | - | 25,000.00 |
| CTBC Bank-1916 | 07/03/18 | TXFR | Headways Hair and Day Spa Inc | - | 5,000.00 |
| CTBC Bank-1916 | 04/25/18 | TXFR | Headways Hair and Day Spa Inc | - | 50,000.00 |
| CTBC Bank-1916 | 02/09/18 | TXFR | Headways Hair and Day Spa Inc | - | 45,000.00 |
| CTBC Bank-1916 | 10/12/17 | TXFR | Headways Hair and Day Spa Inc | - | 100,000.00 |
| | | | **Headways Hair and Day Spa Inc Total** | | **245,000.00** |
| QuickBooks Payroll Register | 12/15/18 | | Matthew P. Carpoff | - | 50,000.00 |
| QuickBooks Payroll Register | 12/14/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 11/30/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 11/16/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 11/02/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 10/19/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 10/05/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 09/21/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 09/07/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 08/24/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 08/10/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 07/27/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 07/13/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/29/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/15/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/01/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 05/18/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 05/04/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 04/20/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 04/06/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 03/23/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 03/09/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 02/23/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 02/09/18 | | Matthew P. Carpoff | - | 2,692.31 |

Page 21 of 31

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 01/26/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 01/12/18 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 12/29/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 12/15/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 12/01/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 11/17/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 11/03/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 10/20/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 10/06/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 09/22/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 09/08/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 08/25/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 08/11/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 07/28/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 07/14/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/30/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/16/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/02/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 05/19/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 05/05/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 04/21/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 04/07/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 03/24/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 03/10/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 02/24/17 | | Matthew P. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 02/10/17 | | Matthew P. Carpoff | - | 2,692.31 |
| CTBC Bank-1916 | 12/15/18 | 33247 | Matthew P. Carpoff | - | 29,047.00 |
| CTBC Bank-1916 | 10/06/17 | 30094 | Matthew P. Carpoff | - | 1,769.77 |
| | | | **Matthew P. Carpoff Total** | | **212,739.96** |
| CTBC Bank-1916 | 12/04/18 | TXFR | Fou Dog Properties LLC | - | 10,000.00 |
| CTBC Bank-1916 | 11/16/18 | TXFR | Fou Dog Properties LLC | - | 25,000.00 |

Page 22 of 31

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| CTBC Bank-1916 | 11/02/18 | TXFR | Fou Dog Properties LLC | - | 50,000.00 |
| CTBC Bank-1916 | 10/31/18 | TXFR | Fou Dog Properties LLC | - | 10,000.00 |
| CTBC Bank-1916 | 10/25/17 | WIRE | Fou Dog Properties LLC | - | 100,000.00 |
| | | | **Fou Dog Properties LLC Total** | | **195,000.00** |
| QuickBooks Payroll Register | 12/15/18 | | Priscilla Amato | - | 20,000.00 |
| QuickBooks Payroll Register | 12/14/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 11/30/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 11/16/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 11/02/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 10/19/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 10/05/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 09/21/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 09/07/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 08/24/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 08/10/18 | | Priscilla Amato | - | 1,346.16 |
| QuickBooks Payroll Register | 08/10/18 | | Priscilla Amato | - | 1,346.15 |
| QuickBooks Payroll Register | 07/27/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 07/13/18 | | Priscilla Amato | - | 269.23 |
| QuickBooks Payroll Register | 07/13/18 | | Priscilla Amato | - | 2,423.08 |
| QuickBooks Payroll Register | 06/29/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 06/15/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 06/01/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 05/18/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 05/04/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 04/20/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 04/06/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 03/23/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 03/09/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 02/23/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 02/09/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 01/26/18 | | Priscilla Amato | - | 2,692.31 |

Detail - Two (2) Year Payments

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 01/12/18 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 12/29/17 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 12/19/17 | | Priscilla Amato | - | 15,000.00 |
| QuickBooks Payroll Register | 12/15/17 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 12/01/17 | | Priscilla Amato | - | 269.23 |
| QuickBooks Payroll Register | 12/01/17 | | Priscilla Amato | - | 2,423.08 |
| QuickBooks Payroll Register | 11/17/17 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 11/03/17 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 10/20/17 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 10/06/17 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 09/22/17 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 09/08/17 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 08/25/17 | | Priscilla Amato | - | 269.23 |
| QuickBooks Payroll Register | 08/25/17 | | Priscilla Amato | - | 2,423.08 |
| QuickBooks Payroll Register | 08/11/17 | | Priscilla Amato | - | 538.46 |
| QuickBooks Payroll Register | 08/11/17 | | Priscilla Amato | - | 2,153.85 |
| QuickBooks Payroll Register | 07/28/17 | | Priscilla Amato | - | 2,692.31 |
| QuickBooks Payroll Register | 07/14/17 | | Priscilla Amato | - | 504.81 |
| QuickBooks Payroll Register | 07/14/17 | | Priscilla Amato | - | 841.34 |
| QuickBooks Payroll Register | 06/30/17 | | Priscilla Amato | - | 1,346.15 |
| QuickBooks Payroll Register | 06/16/17 | | Priscilla Amato | - | 134.62 |
| QuickBooks Payroll Register | 06/16/17 | | Priscilla Amato | - | 1,211.53 |
| QuickBooks Payroll Register | 06/02/17 | | Priscilla Amato | - | 134.62 |
| QuickBooks Payroll Register | 06/02/17 | | Priscilla Amato | - | 1,211.53 |
| QuickBooks Payroll Register | 05/19/17 | | Priscilla Amato | - | 134.62 |
| QuickBooks Payroll Register | 05/19/17 | | Priscilla Amato | - | 1,211.53 |
| QuickBooks Payroll Register | 05/05/17 | | Priscilla Amato | - | 1,153.85 |
| QuickBooks Payroll Register | 04/21/17 | | Priscilla Amato | - | 1,153.85 |
| QuickBooks Payroll Register | 04/07/17 | | Priscilla Amato | - | 1,153.85 |
| QuickBooks Payroll Register | 03/24/17 | | Priscilla Amato | - | 1,153.85 |
| QuickBooks Payroll Register | 03/10/17 | | Priscilla Amato | - | 1,153.85 |

**DC Solar Solutions, Inc.**

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 02/24/17 | | Priscilla Amato | - | 1,153.85 |
| QuickBooks Payroll Register | 02/10/17 | | Priscilla Amato | - | 1,153.85 |
| CTBC Bank-1916 | 12/15/18 | 33254 | Priscilla Amato | - | 11,477.74 |
| CTBC Bank-1916 | 12/19/17 | 30694 | Priscilla Amato | - | 8,601.89 |
| CTBC Bank-1916 | 10/06/17 | 30101 | Priscilla Amato | - | 2,011.20 |
| | | | **Priscilla Amato Total** | | **171,514.00** |
| QuickBooks Payroll Register | 12/14/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 11/30/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 11/16/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 11/02/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 10/19/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 10/05/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 09/21/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 09/07/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 08/24/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 08/10/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 07/27/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 07/13/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/29/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/15/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/01/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 05/18/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 05/04/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 04/20/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 04/06/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 03/23/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 03/09/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 02/23/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 02/09/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 01/26/18 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 01/12/18 | | Lauren A. Carpoff | - | 2,692.31 |

**DC Solar Solutions, Inc.**

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 12/29/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 12/15/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 12/01/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 11/17/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 11/03/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 10/20/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 10/06/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 09/22/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 09/08/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 08/25/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 08/11/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 07/28/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 07/14/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/30/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/16/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 06/02/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 05/19/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 05/05/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 04/21/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 04/07/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 03/24/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 03/10/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 02/24/17 | | Lauren A. Carpoff | - | 2,692.31 |
| QuickBooks Payroll Register | 02/10/17 | | Lauren A. Carpoff | - | 2,692.31 |
| CTBC Bank-1916 | 08/22/18 | 32426 | Lauren A. Carpoff | - | 670.98 |
| CTBC Bank-1916 | 04/20/18 | 31573 | Lauren A. Carpoff | - | 999.52 |
| CTBC Bank-1916 | 10/06/17 | 30090 | Lauren A. Carpoff | - | 1,790.02 |
| | | | **Lauren A. Carpoff Total** | | **135,383.71** |
| QuickBooks Payroll Register | 12/15/18 | | Paula J. Jordan | - | 5,000.00 |
| QuickBooks Payroll Register | 12/14/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 11/30/18 | | Paula J. Jordan | - | 1,153.85 |

Page 26 of 31

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 11/16/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 11/02/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 10/19/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 10/05/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 09/21/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 09/07/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 08/24/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 08/10/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 07/27/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 07/13/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 06/29/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 06/15/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 06/01/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 05/18/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 05/04/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 04/20/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 04/06/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 03/23/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 03/09/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 02/23/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 02/09/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 01/26/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 01/12/18 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 12/29/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 12/19/17 | | Paula J. Jordan | - | 5,000.00 |
| QuickBooks Payroll Register | 12/15/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 12/01/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 11/17/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 11/03/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 10/24/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 10/06/17 | | Paula J. Jordan | - | 1,153.85 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

Detail - Two (2) Year Payments

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| QuickBooks Payroll Register | 09/22/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 09/08/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 08/25/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 08/11/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 07/28/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 07/14/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 06/30/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 06/16/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 06/02/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 05/19/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 05/05/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 04/21/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 04/07/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 03/24/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 03/10/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 02/24/17 | | Paula J. Jordan | - | 1,153.85 |
| QuickBooks Payroll Register | 02/10/17 | | Paula J. Jordan | - | 1,153.85 |
| CTBC Bank-1916 | 12/15/18 | 33251 | Paula J. Jordan | - | 3,276.51 |
| Bank of America - Checking 1020 | 04/25/18 | 1623 | Paula J. Jordan | - | 400.00 |
| Petty Cash | 04/18/18 | Pettty Cash | Paula J. Jordan | 400.00 | - |
| CTBC Bank-1916 | 01/11/18 | 30910 | Paula J. Jordan | - | 84.95 |
| CTBC Bank-1916 | 12/19/17 | 30691 | Paula J. Jordan | - | 3,124.25 |
| Bank of America - Checking 1020 | 12/18/17 | 1622 | Paula J. Jordan | - | 6,997.00 |
| Bank of America - Checking 1020 | 11/30/17 | 1621 | Paula J. Jordan | - | 400.00 |
| CTBC Bank-1916 | 10/06/17 | 30098 | Paula J. Jordan | - | 689.99 |
| Petty Cash | 10/02/17 | Pettty Cash | Paula J. Jordan | 400.00 | - |
| Heritage Bank of Commerce-2416 | 09/08/17 | 26490 | Paula J. Jordan | - | 465.92 |
| Heritage Bank of Commerce-2416 | 08/11/17 | 26269 | Paula J. Jordan | - | 286.72 |
| Petty Cash | 07/27/17 | Pettty Cash | Paula J. Jordan | 300.00 | - |
| Heritage Bank of Commerce-2416 | 07/27/17 | 26187 | Paula J. Jordan | - | 300.00 |
| Heritage Bank of Commerce-2416 | 07/27/17 | 26181 | Paula J. Jordan | - | 71.68 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Heritage Bank of Commerce-2416 | 06/30/17 | 26011 | Paula J. Jordan | - | 215.04 |
| Heritage Bank of Commerce-2416 | 06/16/17 | 25910 | Paula J. Jordan | - | 107.52 |
| Heritage Bank of Commerce-2416 | 02/10/17 |  | Paula J. Jordan | - | 179.20 |
| Heritage Bank of Commerce-2416 | 06/08/17 | 25845 | Paula J. Jordan | - | 179.20 |
| Heritage Bank of Commerce-2416 | 06/01/17 | 25813 | Paula J. Jordan | - | 107.52 |
| Heritage Bank of Commerce-2416 | 05/22/17 | 25739 | Paula J. Jordan | - | 179.20 |
| Heritage Bank of Commerce-2416 | 05/10/17 | 25653 | Paula J. Jordan | - | 501.78 |
| Heritage Bank of Commerce-2416 | 04/14/17 | 25445 | Paula J. Jordan | - | 215.04 |
| Heritage Bank of Commerce-2416 | 03/31/17 | 25318 | Paula J. Jordan | - | 609.28 |
| Heritage Bank of Commerce-2416 | 03/03/17 |  | Paula J. Jordan | - | 101.92 |
| | | | **Paula J. Jordan Total** | | **85,031.37** |
| CTBC Bank-1916 | 02/09/18 | TXFR | 4021 Pike Lane LLC | - | 25,000.00 |
| CTBC Bank-1916 | 12/29/17 | 30796 | 4021 Pike Lane LLC | - | 100.00 |
| | | | **4021 Pike Lane LLC Total** | | **25,100.00** |
| CTBC Bank-1916 | 12/15/18 | 33248 | Michael J. Horan | - | 4,068.50 |
| CTBC Bank-1916 | 11/02/18 | 32896 | Michael J. Horan | - | 100.00 |
| CTBC Bank-1916 | 10/25/18 | 32805 | Michael J. Horan | - | 480.45 |
| CTBC Bank-1916 | 09/13/18 | 32514 | Michael J. Horan | - | 2,282.92 |
| CTBC Bank-1916 | 08/22/18 | 32428 | Michael J. Horan | - | 447.64 |
| CTBC Bank-1916 | 08/09/18 | 32326 | Michael J. Horan | - | 137.50 |
| CTBC Bank-1916 | 05/21/18 | 31797 | Michael J. Horan | - | 371.09 |
| CTBC Bank-1916 | 04/20/18 | 31574 | Michael J. Horan | - | 285.13 |
| CTBC Bank-1916 | 12/27/17 | 30816 | Michael J. Horan | - | 137.18 |
| CTBC Bank-1916 | 12/19/17 | 30688 | Michael J. Horan | - | 2,120.41 |
| CTBC Bank-1916 | 12/01/17 | 30560 | Michael J. Horan | - | 192.45 |
| CTBC Bank-1916 | 10/18/17 | 30227 | Michael J. Horan | - | 456.05 |
| CTBC Bank-1916 | 10/06/17 | 30095 | Michael J. Horan | - | 3,899.41 |
| CTBC Bank-1916 | 10/04/17 | 30033 | Michael J. Horan | - | 608.36 |
| Heritage Bank of Commerce-2416 | 09/08/17 | 26488 | Michael J. Horan | - | 123.00 |
| Heritage Bank of Commerce-2416 | 09/08/17 | 26457 | Michael J. Horan | - | 144.80 |
| Heritage Bank of Commerce-2416 | 06/30/17 | 26007 | Michael J. Horan | - | 196.47 |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Heritage Bank of Commerce-2416 | 05/10/17 | 25649 | Michael J. Horan | - | 50.00 |
| Heritage Bank of Commerce-2416 | 04/14/17 | 25438 | Michael J. Horan | - | 84.00 |
| Heritage Bank of Commerce-2416 | 03/31/17 | 25314 | Michael J. Horan | - | 561.38 |
| Heritage Bank of Commerce-2416 | 03/03/17 | | Michael J. Horan | - | 508.59 |
| Heritage Bank of Commerce-2416 | 02/17/17 | | Michael J. Horan | - | 316.98 |
| | | | **Michael J. Horan Total** | | **17,572.31** |
| CTBC Bank-1916 | 12/14/18 | 33146 | Jordan A. Karmann | - | 751.44 |
| CTBC Bank-1916 | 11/30/18 | 33051 | Jordan A. Karmann | - | 738.39 |
| CTBC Bank-1916 | 11/16/18 | 32942 | Jordan A. Karmann | - | 416.00 |
| CTBC Bank-1916 | 11/02/18 | 32835 | Jordan A. Karmann | - | 493.57 |
| CTBC Bank-1916 | 10/19/18 | 32749 | Jordan A. Karmann | - | 488.21 |
| CTBC Bank-1916 | 10/05/18 | 32658 | Jordan A. Karmann | - | 388.86 |
| CTBC Bank-1916 | 09/21/18 | 32607 | Jordan A. Karmann | - | 426.33 |
| CTBC Bank-1916 | 09/07/18 | 32485 | Jordan A. Karmann | - | 484.30 |
| CTBC Bank-1916 | 08/24/18 | 32389 | Jordan A. Karmann | - | 493.57 |
| CTBC Bank-1916 | 08/10/18 | 32283 | Jordan A. Karmann | - | 175.40 |
| CTBC Bank-1916 | 07/27/18 | 32215 | Jordan A. Karmann | - | 394.24 |
| CTBC Bank-1916 | 07/13/18 | 32114 | Jordan A. Karmann | - | 263.08 |
| CTBC Bank-1916 | 06/29/18 | 32050 | Jordan A. Karmann | - | 541.41 |
| CTBC Bank-1916 | 06/15/18 | 31969 | Jordan A. Karmann | - | 171.73 |
| CTBC Bank-1916 | 01/26/18 | 30954 | Jordan A. Karmann | - | 704.17 |
| CTBC Bank-1916 | 01/12/18 | 30850 | Jordan A. Karmann | - | 489.68 |
| CTBC Bank-1916 | 12/01/17 | 30506 | Jordan A. Karmann | - | 87.80 |
| CTBC Bank-1916 | 09/08/17 | 31015 | Jordan A. Karmann | - | 156.01 |
| Heritage Bank of Commerce-2416 | 08/25/17 | 26325 | Jordan A. Karmann | - | 614.79 |
| Heritage Bank of Commerce-2416 | 08/11/17 | 26216 | Jordan A. Karmann | - | 419.99 |
| Heritage Bank of Commerce-2416 | 07/28/17 | 26135 | Jordan A. Karmann | - | 567.12 |
| Heritage Bank of Commerce-2416 | 07/14/17 | 26034 | Jordan A. Karmann | - | 387.24 |
| Heritage Bank of Commerce-2416 | 06/30/17 | 25961 | Jordan A. Karmann | - | 490.19 |
| Heritage Bank of Commerce-2416 | 06/16/17 | 25871 | Jordan A. Karmann | - | 265.23 |
| | | | **Jordan A. Karmann Total** | | **10,408.75** |

# DC Solar Solutions, Inc.

Lead Case No.: BK-19-50130-GS
Detail - All Payments and Transfer in Two (2) Year Period

| Bank Account | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|
| Bank of America - Checking 1020 | 12/17/17 | 1505 | Julie Muraco | - | 5,000.00 |
| | | | **Julie Muraco Total** | | **5,000.00** |
| Heritage Bank of Commerce-2416 | 06/28/17 | WIRE | Antioch Mini Storage LLC | - | 2,044.38 |
| | | | **Antioch Mini Storage LLC Total** | | **2,044.38** |
| Heritage Bank of Commerce-2416 | 07/31/17 | 26190 | Lance M. Amato | - | 373.72 |
| Heritage Bank of Commerce-2416 | 07/28/17 | 26191 | Lance M. Amato | - | 795.72 |
| Heritage Bank of Commerce-2416 | 07/14/17 | 26038 | Lance M. Amato | - | 603.54 |
| | | | **Lance M. Amato Total** | | **1,772.98** |
| CTBC Bank-1916 | 10/18/17 | 30237 | Ryan J. Guidry | - | 443.53 |
| CTBC Bank-1916 | 10/04/17 | 30045 | Ryan J. Guidry | - | 503.11 |
| Heritage Bank of Commerce-2416 | 09/08/17 | 26463 | Ryan J. Guidry | - | 417.80 |
| Heritage Bank of Commerce-2416 | 06/23/17 | 25937 | Ryan J. Guidry | - | 310.81 |
| | | | **Ryan J. Guidry Total** | | **1,675.25** |
| CTBC Bank-1916 | 01/11/18 | 30914 | Robert V. Amato | - | 100.00 |
| Heritage Bank of Commerce-2416 | 05/10/17 | 25656 | Robert V. Amato | - | 25.00 |
| | | | **Robert V. Amato Total** | | **125.00** |
| Heritage Bank of Commerce-2416 | 03/03/17 | | Carrie S. Carpoff-Boden | - | 20.00 |
| Heritage Bank of Commerce-2416 | 02/10/17 | | Carrie S. Carpoff-Boden | - | 20.00 |
| | | | **Carrie S. Carpoff-Boden Total** | | **40.00** |
| | | | **Grand Total** | | **$ 86,343,411.34** |

Detail - Two (2) Year Payments

Page 31 of 31

2:43 PM
06/03/19
Accrual Basis

Case 19-50130-gs    Doc 88    Entered 08/08/19 14:43:45    Page 158 of 161

**Balance Sheet**
As of February 2, 2019

| | Feb 2, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank of America - Checking 1020 | -369.91 |
| Petty Cash | 7.00 |
| Petty Cash - Buena Park | 13.53 |
| Petty Cash - Las Vegas | 781.86 |
| **Total Checking/Savings** | 432.48 |
| **Accounts Receivable** | |
| **11000 · Accounts Receivable** | |
| **11100 · Notes Receivable** | |
| **11101 · Solar Eclipse Fund** | |
| 11101a · Solar Eclipse Fund Other | 884,895.45 |
| **Total 11101 · Solar Eclipse Fund** | 884,895.45 |
| 11102 · Solar Eclipse Fund III | 250,000.00 |
| **11103 · USB Fund I** | |
| 11103a · USB Fund I Other | 900,000.00 |
| 11103 · USB Fund I - Other | 7,893,897.31 |
| **Total 11103 · USB Fund I** | 8,793,897.31 |
| **11104 · USB Fund II** | |
| 11104a · USB Fund II Other | 1,350,000.00 |
| 11104 · USB Fund II - Other | 11,783,223.63 |
| **Total 11104 · USB Fund II** | 13,133,223.63 |
| 11105 · Solar Eclipse Fund IV | 22,901,397.14 |
| 11106 · Solar Eclipse Fund V | 10,316,177.92 |
| 11107 · Solar Eclipse Fund VI | 10,545,578.37 |
| 11108 · Solar Eclipse Fund VII | 21,022,803.79 |
| 11109 · Solar Eclipse Fund VIII | 19,511,744.63 |
| 11110 · Solar Eclipse Fund IX | 53,077,295.92 |
| 11112 · Solar Eclipse Fund X | 8,583,052.56 |
| 11114 · Solar Eclipse Fund XI | 19,175,522.43 |
| 11115 · Solar Eclipse Fund XII | 16,830,378.49 |
| 11116 · Solar Eclipse Fund XIV | 21,754,138.18 |
| 11117 · Solar Eclipse Fund XV | 14,516,190.02 |
| 11118 · Solar Eclipse Fund XVI | 29,729,443.20 |
| 11119 · Solar Eclipse Fund XVIII | 111,261,552.03 |
| 11120 · Solar Eclipse Fund XVII | 11,157,102.66 |
| 11121 · Solar Eclipse Fund XIX | 15,347,173.04 |
| 11122 · Solar Eclipse Fund XX | 10,233,792.68 |
| 11123 · Solar Eclipse Fund XXI | 11,628,029.01 |
| 11124 · Solar Eclipse Fund XXII | 19,548,291.75 |
| 11125 · Solar Eclipse Fund XXIII | 230,076,601.81 |
| 11126 · Solar Eclipse Fund XXIV | 11,638,026.35 |
| 11127 · Solar Eclipse Fund XXVI | 65,498,027.24 |
| 11128 · Solar Eclipse Fund XXVII | 29,701,920.91 |
| 11129 · Solar Eclipse Fund XXVIII | 12,056,386.66 |
| 11130 · Solar Eclipse Fund XXIX | 239,632,323.48 |
| 11131 · Solar Eclipse Fund XXX | 134,577,814.68 |
| 11132 · Solar Eclipse Fund XXXI | 12,420,458.80 |
| 11133 · Solar Eclipse Fund XXXII | 44,111,662.89 |
| 11134 · Solar Eclipse Fund XXXIII | 255,318,336.37 |
| 11135 · Solar Eclipse Fund XXXIV | 140,666,252.05 |
| **11199 · Notes Receivable - Other** | |
| 11199c · Dos Hernans LLC | 227,293.73 |
| 11199d · FEI Investors I, LLC | 3,862,522.41 |
| 11199e · Somay Holdings, LLC | 2,164,668.89 |
| 11199f · Barry Hacker - 2015 | 723,498.34 |
| 11199 · Notes Receivable - Other - Other | 1,904,011.28 |
| **Total 11199 · Notes Receivable - Other** | 8,881,992.65 |
| **Total 11100 · Notes Receivable** | 1,634,781,494.10 |
| **11000 · Accounts Receivable - Other** | 47,593,940.64 |
| **Total 11000 · Accounts Receivable** | 1,682,375,434.74 |
| **11111 · JG Energy Solutions** | 646,059.88 |
| **Total Accounts Receivable** | 1,683,021,494.62 |

2:43 PM
06/03/19
Accrual Basis

Case 19-50130-gs    Doc 88    Entered 08/08/19 14:43:45    Page 159 of 161

DC Solar Solution, Inc.
Balance Sheet
As of February 2, 2019

| | |
|---|---:|
| **Other Current Assets** | |
|     Due From Gov't Seizure | 6,710,363.95 |
|     To From Go Green Studio Rentals | 896.82 |
|     12300 · Employee Advances/Loans | |
|         12305 · Marques/Malosi Scanlan Loan | 3,510.26 |
|         12300 · Employee Advances/Loans - Other | 170.00 |
|     Total 12300 · Employee Advances/Loans | 3,680.26 |
|     12400 · Business Loans | |
|         12401 · Business Loan - DC Solar Dist. | 28,047,294.84 |
|         12402 · Business Loan - Solarmore Inv | 643,399.66 |
|         12407 · Solarmore Investments | 500,000.00 |
|         12410 · Solarmore Management Services | 200,000.00 |
|         12411 · Grayson Foods Inc | 25,000.00 |
|         12412 · Bay Area Screen Print | 69,995.00 |
|         12413 · Park Road LLC | 6,150,000.00 |
|         12414 · Business Loan - Halo Management | 1,639,133.21 |
|         12415 · Business Loan - Fou Dog | 1,575,000.00 |
|         12416 · Business Loan - Brandy Boy | 1,374,208.48 |
|         12417 · Business Loan - 140 Mason | 1,512,278.74 |
|         12418 · Business Loan - Dog Blue | 11,796,034.85 |
|         12419 · Business Loan - Distribution | 20,116,639.51 |
|         12420 · Business Loan - 4021 Pike Lane | 2,226,558.54 |
|         12421 · Business Loan - Dora Dog | 4,760,396.72 |
|         12422 · Business Loan - Sirius Light | 655,900.92 |
|         12423 · Business Loan - Martinez Clippe | 650,100.00 |
|         12424 · Business Loan - 2750 Maxwell Wa | 3,007,453.34 |
|         12425 · Business Loan - CDRL Nutritiona | 249,010.00 |
|         12426 · Business Loan - Headways | 145,000.00 |
|         12427 · Business Loan - 811 Brown St | 1,525.00 |
|         12428 · Business Loan - Panda Bear Intl | 16,165.50 |
|         12429 · Business Loan-DC Solar Freedom | 50,000.00 |
|         12430 · Business Loan - Bay Area Screen | 25,000.00 |
|         12400 · Business Loans - Other | 750,000.00 |
|     Total 12400 · Business Loans | 86,186,094.31 |
|     13700 · Payroll Service Customer Asset | -360.56 |
| **Total Other Current Assets** | 92,900,674.78 |
| **Total Current Assets** | 1,775,922,601.88 |
| **Fixed Assets** | |
|     12200 · Automobile | 4,694,227.35 |
|     12250 · Motorcycle | 9,200.56 |
|     12290 · Transportation Equipment | 9,051,693.00 |
|     15000 · Furniture and Equipment | 435,762.19 |
|     15001 · Small Equipment | 143,225.60 |
|     15100 · Computer Equipment | 982,856.39 |
|     15200 · Copy/Label Maker | 40,404.56 |
|     15500 · Machinery & Equipment | 841,304.02 |
|     15600 · Roof Top Solar System | 442,200.00 |
|     15700 · Building and Leasehold improvem | 448,027.20 |
|     16000 · Solar Roof Tops | 1,940.00 |
|     17000 · Accumulated Depreciation | -6,802,761.26 |
| **Total Fixed Assets** | 10,388,079.61 |
| **Other Assets** | |
|     19000 · Security Deposit | 218,012.75 |
|     19300 · Escrow Deposit | 100,000.00 |
|     19500 · Deposit | 2,740,525.63 |
|     19550 · Prepaid Expenses | 9,590,552.97 |
| **Total Other Assets** | 12,649,091.35 |
| **TOTAL ASSETS** | **1,798,959,772.84** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         20000 · Accounts Payable | 15,870,592.11 |
|       Total Accounts Payable | 15,870,592.11 |
|       Credit Cards | |

2:43 PM
06/03/19
Accrual Basis

Case 19-50130-gs    Doc 88    Entered 06/08/19 14:43:45    Page 160 of 161

DC Solar Solutions, Inc.
Balance Sheet
As of February 2, 2019

| | |
|---|---:|
| 20400 · WEX Fleet Card | 59,640.45 |
| 20500 · Shell Gas Card | -3,547.21 |
| 20600 · US Bank Edge Platinum Card | 204.91 |
| 20700 · Chase Marriott Rewards | -83,244.97 |
| **Total Credit Cards** | **-26,946.82** |
| **Other Current Liabilities** | |
| To/From 140 Mason LLC | -75,459.43 |
| To/From 2750 Maxwell Way LLC | -6,764.69 |
| To/From 475 Channel Road, LLC | -815,000.00 |
| To/From Antioch Mini Storage | 165,608.95 |
| To/From Bay Area Screen Print | -1,572.48 |
| To/From Brandy Boy Properties | 574,087.20 |
| To/From DC Solar Distribution | -365,060.50 |
| To/From DC Solar Freedom | 1,136,318.91 |
| To/From Dog Blue Property | -666,874.47 |
| To/From Dora Dog Properties | -2,240.45 |
| To/From Go Green Studio Rentals | -3,977,787.84 |
| To/From Headways Hair and Spa | -100,256.92 |
| To/From Martinez Clippers | -1,576.53 |
| To/From Renewable Mgmt Services | 25,000.00 |
| To/From Renewable Waste Sol | -50,000.00 |
| To/From Solar Eclipse Fund III | -65,000.00 |
| To/From Solar Eclipse Fund IV | 1,000,000.00 |
| To/From Solar Eclipse Fund V | 675,000.00 |
| To/From Solar Eclipse Fund XI | 675,000.00 |
| To/From Solar Eclipse Fund XVI | 950,000.00 |
| To/From Solar Eclipse Fund XXI | 160,512.00 |
| To/From Solar Eclipse Fund XXII | 975,000.00 |
| To/From Solar Eclipse Fund XXIV | 260,512.00 |
| To/From Solar Eclipse Fund XXVI | 500,000.00 |
| To/From Solar Eclipse Fund XXX | 1,500,000.00 |
| To/From Solar Eclipse Fund XXXI | 200,000.00 |
| To/From Solar More Investments | -385,178.68 |
| To/From Solarmore Mgt Services | 1,460,000.00 |
| To/From USB DC Solar Fund I | 14,999.00 |
| To/From USB DC Solar Fund II | 58,343.73 |
| 21100 · Direct Deposit Liabilities | -0.20 |
| 24000 · Payroll Liabilities | |
| 24104 · Petty Cash Reimbursement | 111.47 |
| 24000 · Payroll Liabilities - Other | -164,881.27 |
| **Total 24000 · Payroll Liabilities** | **-164,769.80** |
| 24500 · Security Deposit - Payable | 14,800.00 |
| 25501 · Accrued Income Taxes | 18,103,772.00 |
| **Total Other Current Liabilities** | **21,771,411.80** |
| **Total Current Liabilities** | **37,615,057.09** |
| **Long Term Liabilities** | |
| 26607 · Dodge Truck Loan | |
| Ram 2500  VIN #230416 Ally Fina | 31,036.72 |
| Ram 2500  VIN #298259 Ally Fina | 31,194.78 |
| Ram 2500  VIN# 277904 Ally Fina | -757.68 |
| Ram 2500  Vin# 277905 Ally Fina | -757.68 |
| Ram 2500  VIN# 277906 Ally Fina | -1,679.47 |
| Ram 2500  VIN# 277907 Ally Fina | -757.68 |
| Ram 2500  VIN# 586533 Ally Fina | 29,742.63 |
| Ram 2500  VIN# 586534 Ally Fina | 29,573.56 |
| Ram 2500  VIN# 586535 Ally Fina | 29,573.65 |
| Ram 2500  VIN# 586536 Ally Fina | 29,293.69 |
| Ram 2500  VIN# 586537 Ally Fina | 29,573.65 |
| Ram 2500  VIN# 586538 Ally Fina | 29,573.65 |
| Ram 2500  VIN# 586539 Ally Fina | 29,573.65 |
| Ram 2500  VIN# 586540 Ally Fina | 29,573.65 |
| Ram 2500  VIN# 586541 Ally Fina | 29,573.65 |
| Ram 2500  VIN# 586542 Ally Fina | 29,573.65 |
| Ram 2500  VIN# 597646 Ally Fina | 38,465.60 |
| Ram 2500  VIN# 277908 Ally Fina | -757.67 |

2:43 PM
06/03/19
Accrual Basis

Case 19-50130-gs    Doc 88    Entered 08/08/19 14:43:45    Page 161 of 161
Balance Sheet
As of February 2, 2019

| | |
|---|---:|
| Ram 3500 VIN #550625 Ally Fina | 43,816.41 |
| **Total 25607 · Dodge Truck Loan** | 435,428.76 |
| **25650 · Chevy Volt Loan** | |
| 25650-1 · Volt 2017 VIN# 184901 Ally | 27,864.80 |
| 25650-2 · Volt 2017 VIN# 189746 Ally | 27,756.59 |
| 25650-3 · Volt 2017 VIN# 191587 Ally | 27,493.87 |
| 25650-4 · Volt 2017 VIN# 203093 Ally | 27,943.29 |
| 25650-5 · Volt 2017 VIN# 203689 Ally | 28,000.48 |
| **Total 25650 · Chevy Volt Loan** | 139,059.03 |
| **25660 · Toyota Commercial Finance** | |
| 25660-1 · Forklift 8FGU25-88245 | 28,543.40 |
| 25660-2 · Forklift 8FGU25-88210 | 28,543.40 |
| 25660-3 · Forklift 8FGU25-88211 | 28,543.40 |
| 25660-4 · Forklift 8FGU25-88203 | 28,543.40 |
| 25660-5 · Forklift 8BWST32F43-11286 | -245.17 |
| 25660-6 · Forklift 8BWST32F43-11285 | -245.17 |
| **Total 25660 · Toyota Commercial Finance** | 113,683.26 |
| **25700 · Outlaw Prevost Serial# 712503** | 765,994.75 |
| **26010 · Deferred Rent Expense** | 648,018.00 |
| **29999 · Sales Tax Liability** | 48,403,999.50 |
| **Total Long Term Liabilities** | 50,506,183.30 |
| **Total Liabilities** | 88,121,240.39 |
| **Equity** | |
| Treasury Stock | -875,000.00 |
| 30100 · Capital Stock | 132,911.00 |
| **30200 · Contributed Capital** | |
| Carpoff | 500,000.49 |
| **Total 30200 · Contributed Capital** | 500,000.49 |
| **31400 · Shareholder Distributions** | |
| Carpoff | -113,001,160.89 |
| **Total 31400 · Shareholder Distributions** | -113,001,160.89 |
| **32000 · Retained Earnings** | 1,819,172,514.39 |
| Net Income | 4,909,267.46 |
| **Total Equity** | 1,710,838,532.45 |
| **TOTAL LIABILITIES & EQUITY** | 1,798,959,772.84 |